**Fill in this information to identify the case:**

Debtor name: Pioneer Health Services, Inc.
United States Bankruptcy Court for the: SOUTHERN DISTRICT OF MISSISSIPPI
Case number (if known): 16-01119

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| LEASING INNOVATIONS<br>261 NORTH HIGHWAY 101<br>SOLANA BEACH, CA 92075 | | | | | | $ 940,893.06 |
| PEOPLES BANK<br>PO BOX 7<br>MENDENHALL, MS 39114 | | | | | | $ 365,803.19 |
| FIRST FINANCIAL<br>DEPT #2067<br>PO BOX 897618<br>CHICAGO, IL 60680 | | | | | | $ 137,676.23 |
| UNITED HEALTHCARE<br>MEDICAL INSURANCE, DEPT CH10151<br>PALATINE, IL 60055 | | | | | | $ 104,427.48 |
| HEALTHCARE CODING & CONSULTING<br>8000 SUMMERLIN LAKES DR., SUITE 200<br>FORT MYERS, FL 33907 | | | | | | $ 96,961.91 |
| COMPLIANCE 360<br>210 ROUTE 4 EAST SUITE 103<br>PARAMUS, NJ 7652 | | | | | | $ 84,551.44 |
| RELAYHEALTH, INC.<br>PO BOX 98347<br>CHICAGO, IL 60693 | | | | | | $ 62,873.81 |

Debtor  **Pioneer Health Services, Inc.**                                    Case number *(if known)*  **16-01119**
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| EASTERN ALLIANCE INSURANCE GRP  PO BOX 206  EAST PETERSBURG, PA 17520 | | | | | | $ 47,856.66 |
| COMMERCIAL STATIONERY  723 SCOOBA STREET  HATTIESBURG, MS 39401 | | | | | | $ 46,569.92 |
| HEALTHTECH SOLUTIONS GROUP LLC  5110 MARYLAND WAY SUITE 200  BRENTWOOD, TN 37027 | | | | | | $ 39,562.50 |
| MDB BEHAVIORAL HEALTH SERVICES  232 MARKET STREET  FLOWOOD, MS 39232 | | | | | | $ 36,000.00 |
| CIGNA HEALTH & LIFE (MEDICAL)  PO BOX 644546  PITTSBURG, PA 15264 | | | | | | $ 30,677.97 |
| MEDONE  PO BOX 708278  SANDY, UT 84070 | | | | | | $ 28,493.47 |
| PURCHASE POWER MAGEE  PO BOX 856042  LOUISVILLE, KY 40285 | | | | | | $ 26,391.50 |
| HP ACCT RECEIVABLE  11311 CHINDEN BLVD MS 305  BOISE, ID 83714 | | | | | | $ 26,114.24 |
| INSIGHT  PO BOX 731069  DALLAS, TX 75373 | | | | | | $ 24,636.88 |
| LOGICAL FRONT  3080 SKYVUE CIRCLE  WEST JORDAN, UT 84088 | | | | | | $ 23,202.49 |
| THE BURGESS GROUP PA  2506 LAKELAND DR STE 401  JACKSON, MS 39232 | | | | | | $ 20,825.00 |
| PURCHASE POWER MAGEE  PO BOX 856042  LOUISVILLE, KY 40285 | | | | | | $ 16,072.20 |
| STROUDWATER ASSOCIATES  50 SEWALL STREET STE 102  PORTLAND, ME  04102 | | | | | | $ 15,183.29 |