UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  PIONEER HEALTH SERVICES, INC.,  CASE NO.  16-01119-NPO
ET AL.[1]

DEBTORS  CHAPTER 11

AMENDED NOTICE OF RECONSTITUTION OF CHAPTER 11 UNSECURED CREDITORS' COMMITTEE IN THESE JOINTLY ADMINISTERED CASES

NOTICE IS HEREBY GIVEN that Henry G. Hobbs, Jr., Acting United States Trustee for Region 5 ("UST"), has reconstituted the unsecured creditors' committee in these jointly-administered bankruptcy cases by adding Management Plus Inc., and ERx, LLC, to serve on the committee as reflected on the attached Appointment of Unsecured Creditors' Committee.

RESPECTFULLY SUBMITTED, this the 5th day of July, 2016.

HENRY G. HOBBS, JR.
Acting United States Trustee
Region 5, Judicial Districts of
Louisiana and Mississippi

By:  /s/Christopher J. Steiskal, Sr.
CHRISTOPHER J. STEISKAL, SR.

CHRISTOPHER J. STEISKAL, SR. (MSB #101654)
TRIAL ATTORNEY
U.S. DEPARTMENT OF JUSTICE
OFFICE OF THE U.S. TRUSTEE, REGION 5
501 EAST COURT STREET, SUITE 6-430
JACKSON, MISSISSIPPI  39201
TEL:  (601) 965-5241
FAX:  (601) 965-5226 / EMAIL:  christopher.j.steiskal@usdoj.gov

---

[1] On April 6, 2016, the bankruptcy cases of *Pioneer Health Services of Patrick County, Inc.*, No. 16-01120-NPO; *Pioneer Health Services of Newton County, LLC*, No. 16-01121-NPO; *Pioneer Health Services of Stokes County, Inc.*, No. 16-01122-NPO; *Pioneer Health Services of Choctaw County, LLC*, No. 16-01123-NPO; *Pioneer Health Services of Oneida, LLC*, No. 16-01124-NPO; *Pioneer Health Services of Monroe County, Inc.*, No. 16-01125-NPO, were administratively consolidated into the bankruptcy case of *Pioneer Health Services, Inc.*, No. 16-01119-NPO. On April 15, 2016, the bankruptcy case of *Pioneer Health Services of Early County, LLC*, No. 16-01243-NPO, was administratively consolidated. On June 29, 2016, the bankruptcy case of *Medicomp, Inc*., No. 16-01126-NPO, was also administratively consolidated.  These cases are hereinafter referred to collectively as "the Debtors."

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     PIONEER HEALTH SERVICES, INC.,     CASE NO.     16-01119-NPO
ET AL.[2]

DEBTOR(S)     CHAPTER 11

### APPOINTMENT OF CHAPTER 11 CREDITORS' COMMITTEE IN THESE JOINTLY-ADMINISTERED CASES

PURSUANT to 11 U.S.C. § 1102, Henry G. Hobbs, Jr., Acting United States Trustee for Region 5 ("UST"), hereby appoints the following creditors holding unsecured claims in these jointly-administered bankruptcy cases to serve on the unsecured creditors' committee:

**NAME AND ADDRESS OF INDIVIDUAL SERVING AND NAME OF CREDITOR**:

1. McKesson Technologies, Inc.
   Peter Young, OFC #4703
   5995 Windward Parkway
   Alpharetta, GA  30005
   Tel: (404) 338-2384

2. Cardinal Health 200, LLC & Cardinal Health 414, LLC
   Brad Phister
   7000 Cardinal Place
   Dublin, OH  43017
   Tel: (614) 553-3315

3. Scott Medical Imaging, LLC
   Mohammad Saleh
   730 Ridgewood Road, Suite C
   Ridgeland, MS  39157
   Tel: (601) 957-6447

---

[2] On April 6, 2016, the bankruptcy cases of *Pioneer Health Services of Patrick County, Inc.*, No. 16-01120-NPO; *Pioneer Health Services of Newton County, LLC*, No. 16-01121-NPO; *Pioneer Health Services of Stokes County, Inc.*, No. 16-01122-NPO; *Pioneer Health Services of Choctaw County, LLC*, No. 16-01123-NPO; *Pioneer Health Services of Oneida, LLC*, No. 16-01124-NPO; and *Pioneer Health Services of Monroe County, Inc.*, No. 16-01125-NPO, were administratively consolidated into the bankruptcy case of *Pioneer Health Services, Inc.*, No. 16-01119-NPO.  On April 15, 2016, the bankruptcy case of *Pioneer Health Services of Early County, LLC*, No. 16-01243-NPO, was administratively consolidated.  On June 29, 2016, the bankruptcy case of *Medicomp, Inc.*, No. 16-01126-NPO, was also administratively consolidated.  These cases are hereinafter referred to collectively as "the Debtors."

    4.       Management Plus, Inc.
              Phyllis Spence
              P.O. Box 908
              Madison, MS 39130
              Tel: (601) 898-4774

    5.       ERx, LLC
              Robert Devrnja, M.D.
              3109 Tooles Bend Road
              Knoxville, TN 37922
              Tel: (865) 777-1300

RESPECTFULLY SUBMITTED, this the 5th day of July, 2016.

                                            HENRY G. HOBBS, JR.
                                            Acting United States Trustee
                                            Region 5, Judicial Districts of
                                            Louisiana and Mississippi

                              By:    */s/Christopher J. Steiskal, Sr.*
                                            CHRISTOPHER J. STEISKAL, SR.

CHRISTOPHER J. STEISKAL, SR. (MSB #101654)
TRIAL ATTORNEY
U.S. DEPARTMENT OF JUSTICE
OFFICE OF THE U.S. TRUSTEE, REGION 5
501 EAST COURT STREET, SUITE 6-430
JACKSON, MISSISSIPPI 39201
TEL: (601) 965-5241
FAX: (601) 965-5226
EMAIL: christopher.j.steiskal@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that I have this day mailed via first class U.S. Mail, and/or forwarded via electronic mail, a true and correct copy of the foregoing pleading to the below named individual(s):

McKesson Technologies, Inc.
Peter Young, OFC #4703
5995 Windward Parkway
Alpharetta, GA 30005

Cardinal Health 200, LLC &
Cardinal Health 414, LLC
Brad Phister
7000 Cardinal Place
Dublin, OH 43017

Management Plus Inc.
Phyllis Spence
P.O. Box 908
Madison, MS 39130

ERx, LLC
Robert Devrnja, M.D.
3109 Tooles Bend Road
Knoxville, TN 37922

Scott Medical Imaging, LLC
Mohammad Saleh
730 Ridgewood Road, Suite C
Ridgeland, MS 39157

Craig M. Geno
James A. McCullough, II
Darryl S. Laddin
Sean C. Kulka

DATED, this the 5th day of July, 2016.

*/s/Christopher J. Steiskal, Sr.*
CHRISTOPHER J. STEISKAL, SR.