# EXHIBIT 4

# EXHIBIT 4

Pioneer Health Services, Inc.
Aging as of 8-8-2016

| # | Customer # | Invoice Date | Invoice # | Contract # | PO # | Reference Key 1 | Assignment | Amount | Due Date | Days Past Due | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 1071816 | 5/4/2015 | 100073819 | 7002873855 | | 1-1J3XX1 | 7002873855 | $1,665.29 | 6/5/2015 | 430 | Post Petition |
| 6 | 1071816 | 5/4/2015 | 100073838 | 7002873856 | | 1-1FO1VV | 7002873856 | $5,611.08 | 6/5/2015 | 430 | Post Petition |
| 7 | 1071816 | 6/4/2015 | 100060453 | 7002887682 | | 1-1BFHTD_PS1 | 7002887682 | $21,507.05 | 7/5/2015 | 400 | Post Petition |
| 8 | 1071816 | 10/5/2015 | 100060446 | 7002978415 | NO PO PROVIDED | 1-1BX8C9_PS1 | 7002978415 | $42,919.43 | 11/5/2015 | 277 | Post Petition |
| 9 | 1071816 | 10/5/2015 | 100060448 | 7002978414 | NO PO PROVIDED | 1-1M1D09 | 7002978414 | $3,507.04 | 11/5/2015 | 277 | Post Petition |
| 10 | 1071816 | 10/5/2015 | 100060450 | 7002978413 | NO PO PROVIDED | 1-1M1D3D | 7002978413 | $4,384.71 | 11/5/2015 | 277 | Post Petition |
| 11 | 1071816 | 1/23/2015 | 100060440 | 7003030771 | NO PO PROVIDED | 1-1FMREE | 7003030771 | $14,172.60 | 1/5/2016 | 216 | Post Petition |
| 12 | 1071816 | 1/23/2015 | 100060444 | 7003030770 | NO PO PROVIDED | 1-1FMR5E | 7003030770 | $7,333.53 | 1/5/2016 | 216 | Post Petition |
| 13 | 1071816 | 12/23/2015 | 100074202 | 7003031932 | NO PO PROVIDED | 1-1FMREE | 7003031932 | $5,871.00 | 1/5/2016 | 216 | Post Petition |
| 14 | 1071816 | 12/23/2015 | 100074203 | 7003031931 | NO PO PROVIDED | 1-1FMREE | 7003031931 | $4,822.00 | 1/5/2016 | 216 | Post Petition |
| 15 | 1071816 | 1/6/2016 | 100060438 | 7003062309 | NO PO PROVIDED | 1-18X8C9_PS1 | 7003062309 | $39,844.84 | 2/5/2016 | 185 | Post Petition |
| 16 | 1071816 | 2/4/2016 | 100073831 | 7003082566 | NO PO PROVIDED | 1-1HTC5I | 7003082566 | $28,340.02 | 3/5/2016 | 156 | Post Petition |
| 17 | 1071816 | 4/30/2016 | 7003147736 | 7003147736 | NO PO PROVIDED | | 7003147736 | $288.10 | 6/13/2016 | 75 | Post Petition Billing |
| 18 | 1071816 | 6/13/2016 | 7003176783 | 1-1CLXL_PS1 | NO PO PROVIDED | | 7003176783 | ($1,930.87) | 6/13/2016 | 56 | |
| 19 | 1071816 | 5/12/2016 | 7003160924 | 1-1J3XX1 | NO PO Provided | | 7003160924 | $16,792.58 | 6/15/2016 | 54 | Post Petition Billing |
| 20 | 1071816 | 5/12/2016 | 7003160925 | 1-1FO1VV | No PO Provided | | 7003160925 | $33,585.16 | 6/15/2016 | 54 | Post Petition Billing |
| 21 | 1071816 | 5/31/2016 | 7003164187 | CID 7094 | | | 7003164187 | $2.38 | 6/25/2016 | 44 | Ongoing Collections - No Disputes |
| 22 | 1071816 | 5/31/2016 | 7003164192 | MULTIPLE PO NUM | | | 7003164192 | $17,902.27 | 6/25/2016 | 44 | Ongoing Collections - No Disputes |
| 23 | 1071816 | 5/31/2016 | 7003164197 | CID 6824 | | | 7003164197 | $256.44 | 6/25/2016 | 44 | Ongoing Collections - No Disputes |
| 24 | 1071816 | 5/31/2016 | 7003164519 | 1-18X8C9_PS1 | No PO Provided | | 7003164519 | $30,731.47 | 6/25/2016 | 44 | April 1-31 2016 Post Petition Maintenance |
| 25 | 1071816 | 5/31/2016 | 7003164520 | 1-18X8C9_PS1 | No PO Provided | | 7003164520 | $30,731.47 | 6/25/2016 | 44 | May 1 - 31 2016 Post Petition Maintenance |
| 26 | 1071816 | 5/31/2016 | 7003164521 | 1-18X8C9_PS1 | No PO Provided | | 7003164521 | $30,731.47 | 6/25/2016 | 44 | June 1-30 2016 Post Petition Maintenance |
| 27 | 1071816 | 5/31/2016 | 7003164526 | 1-1BFHTD_PS1 | No PO Provided | | 7003164526 | $1,395.28 | 6/25/2016 | 44 | April 1-31 2016 Post Petition Maintenance |
| 28 | 1071816 | 5/31/2016 | 7003164527 | 1-1BFHTD_PS1 | No PO Provided | | 7003164527 | $1,395.28 | 6/25/2016 | 44 | May 1 - 31 2016 Post Petition Maintenance |
| 29 | 1071816 | 5/31/2016 | 7003164528 | 1-1BFHTD_PS1 | No PO Provided | | 7003164528 | $1,395.28 | 6/25/2016 | 44 | June 1-30 2016 Post Petition Maintenance |
| 30 | 1071816 | 5/31/2016 | 7003164533 | 1-1FMREE | No PO Provided | | 7003164533 | $139.10 | 6/25/2016 | 44 | April 1-31 2016 Post Petition Maintenance |
| 31 | 1071816 | 5/31/2016 | 7003164534 | 1-1FMREE | No PO Provided | | 7003164534 | $139.10 | 6/25/2016 | 44 | May 1 - 31 2016 Post Petition Maintenance |
| 32 | 1071816 | 5/31/2016 | 7003164535 | 1-1FMREE | No PO Provided | | 7003164535 | $139.10 | 6/25/2016 | 44 | June 1-30 2016 Post Petition Maintenance |
| 33 | 1071816 | 5/31/2016 | 7003164540 | 1-1FMR5E | No PO Provided | | 7003164540 | $139.10 | 6/25/2016 | 44 | April 1-31 2016 Post Petition Maintenance |
| 34 | 1071816 | 5/31/2016 | 7003164541 | 1-1FMR5E | No PO Provided | | 7003164541 | $139.10 | 6/25/2016 | 44 | May 1 - 31 2016 Post Petition Maintenance |
| 35 | 1071816 | 5/31/2016 | 7003164542 | 1-1FMR5E | No PO Provided | | 7003164542 | $139.10 | 6/25/2016 | 44 | June 1-30 2016 Post Petition Maintenance |
| 36 | 1071816 | 5/31/2016 | 7003164547 | 1-1GTW39 | No PO Provided | | 7003164547 | $236.47 | 6/25/2016 | 44 | April 1-31 2016 Post Petition Maintenance |
| 37 | 1071816 | 5/31/2016 | 7003164548 | 1-1GTW39 | No PO Provided | | 7003164548 | $236.47 | 6/25/2016 | 44 | May 1 - 31 2016 Post Petition Maintenance |
| 38 | 1071816 | 5/31/2016 | 7003164549 | 1-1GTW39 | No PO Provided | | 7003164549 | $236.47 | 6/25/2016 | 44 | June 1-30 2016 Post Petition Maintenance |
| 39 | 1071816 | 5/31/2016 | 7003164554 | 1-1HQ4W7 | No PO Provided | | 7003164554 | $88.81 | 6/25/2016 | 44 | April 1-31 2016 Post Petition Maintenance |
| 40 | 1071816 | 5/31/2016 | 7003164555 | 1-1HQ4W7 | No PO Provided | | 7003164555 | $88.81 | 6/25/2016 | 44 | May 1 - 31 2016 Post Petition Maintenance |
| 41 | 1071816 | 5/31/2016 | 7003164556 | 1-1HQ4W7 | No PO Provided | | 7003164556 | $88.81 | 6/25/2016 | 44 | June 1-30 2016 Post Petition Maintenance |
| 42 | 1071816 | 5/31/2016 | 7003168205 | 7003168205 | CID 6740 | | 7003168205 | $3,141.00 | 6/25/2016 | 44 | Ongoing Collections - No Disputes |
| 43 | 1071816 | 6/3/2016 | 7003174533 | 1-18X8C9_PS1 | NO PO PROVIDED | | 7003174533 | $30,731.47 | 7/5/2016 | 34 | Ongoing Collections - No Disputes |
| 44 | 1071816 | 6/3/2016 | 7003174534 | 1-1FMREE | NO PO PROVIDED | | 7003174534 | $139.10 | 7/5/2016 | 34 | Ongoing Collections - No Disputes |
| 45 | 1071816 | 6/3/2016 | 7003174535 | 1-1HQ4W7 | NO PO PROVIDED | | 7003174535 | $88.81 | 7/5/2016 | 34 | Ongoing Collections - No Disputes |
| 46 | 1071816 | 6/3/2016 | 7003174536 | 1-1FMR5E | NO PO PROVIDED | | 7003174536 | $139.10 | 7/5/2016 | 34 | Ongoing Collections - No Disputes |
| 47 | 1071816 | 6/3/2016 | 7003174537 | 1-1GTW39 | NO PO PROVIDED | | 7003174537 | $236.47 | 7/5/2016 | 34 | Ongoing Collections - No Disputes |
| 48 | 1071816 | 6/3/2016 | 7003174538 | 1-1BFHTD_PS1 | NO PO PROVIDED | | 7003174538 | $1,395.28 | 7/5/2016 | 34 | Ongoing Collections - No Disputes |
| 49 | 1071816 | 6/14/2016 | 7003176886 | 1-18XKQT | NO PO PROVIDED | | 7003176886 | $195,000.00 | 7/15/2016 | 24 | Ongoing Collections - No Disputes |

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 50 | 1071816 | 6/14/2016 | 7003177071 | 1-1BFHTD_PS1 | NO PO PROVIDED | | 7003177071 | $86,275.17 | 7/15/2016 | 24 | Ongoing Collections - No Disputes |
| 51 | 1071816 | 6/30/2016 | 7003188050 | 1-1BFHTD_PS1 | CID 7219 | | 7003188050 | $76.96 | 7/25/2016 | 14 | Ongoing Collections - No Disputes |
| 52 | 1071816 | 6/30/2016 | 7003188052 | 7003188052 | MULTIPLE PO NUM | | 7003188052 | $18,102.36 | 7/25/2016 | 14 | Ongoing Collections - No Disputes |
| 53 | 1071816 | 6/30/2016 | 7003188057 | 7003188057 | CID 6824 | | 7003188057 | $204.33 | 7/25/2016 | 14 | Ongoing Collections - No Disputes |
| 54 | 1071816 | 6/30/2016 | 7003188059 | 7003188059 | CID 6998 | | 7003188059 | $166.42 | 7/25/2016 | 14 | Ongoing Collections - No Disputes |
| 55 | 1071816 | 6/30/2016 | 7003188065 | 7003188065 | CID 6740 | | 7003188065 | $3,141.00 | 7/25/2016 | 14 | Ongoing Collections - No Disputes |
| 56 | 1071816 | 7/6/2016 | 7003192002 | 1-18XKQT | NO PO PROVIDED | | 7003192002 | $65,000.00 | 8/5/2016 | 3 | Ongoing Collections - No Disputes |
| 57 | 1071816 | 7/6/2016 | 7003193201 | 1-18X8C9_PS1 | NO PO PROVIDED | | 7003193201 | $30,731.47 | 8/5/2016 | 3 | Ongoing Collections - No Disputes |
| 58 | 1071816 | 7/6/2016 | 7003193202 | 1-1FMREE | NO PO PROVIDED | | 7003193202 | $139.10 | 8/5/2016 | 3 | Ongoing Collections - No Disputes |
| 59 | 1071816 | 7/6/2016 | 7003193203 | 1-1HQ4W7 | NO PO PROVIDED | | 7003193203 | $88.81 | 8/5/2016 | 3 | Ongoing Collections - No Disputes |
| 60 | 1071816 | 7/6/2016 | 7003193204 | 1-1FMR5E | NO PO PROVIDED | | 7003193204 | $139.10 | 8/5/2016 | 3 | Ongoing Collections - No Disputes |
| 61 | 1071816 | 7/6/2016 | 7003193205 | 1-1GTW39 | NO PO PROVIDED | | 7003193205 | $236.47 | 8/5/2016 | 3 | Ongoing Collections - No Disputes |
| 62 | 1071816 | 7/6/2016 | 7003193206 | 1-1BFHTD_PS1 | NO PO PROVIDED | | 7003193206 | $1,395.28 | 8/5/2016 | 3 | Ongoing Collections - No Disputes |
| 63 | 1071816 | 7/31/2016 | 7003206945 | 7003206945 | CID 7120 | | 7003206945 | $98.46 | 8/25/2016 | -17 | Ongoing Collections - No Disputes |
| 64 | 1071816 | 7/31/2016 | 7003206949 | 7003206949 | CID 7219 | | 7003206949 | $85.95 | 8/25/2016 | -17 | Ongoing Collections - No Disputes |
| 65 | 1071816 | 7/31/2016 | 7003206951 | 7003206951 | MULTIPLE PO NUM | | 7003206951 | $18,101.60 | 8/25/2016 | -17 | Ongoing Collections - No Disputes |
| 66 | 1071816 | 7/31/2016 | 7003206953 | 7003206953 | CID 6825 | | 7003206953 | $205.85 | 8/25/2016 | -17 | Ongoing Collections - No Disputes |
| 67 | 1071816 | 7/31/2016 | 7003206956 | 7003206956 | CID 6824 | | 7003206956 | $204.26 | 8/25/2016 | -17 | Ongoing Collections - No Disputes |
| 68 | 1071816 | 7/31/2016 | 7003206958 | 7003206958 | CID 6998 | | 7003206958 | $161.11 | 8/25/2016 | -17 | Ongoing Collections - No Disputes |
| 69 | 1071816 | 7/31/2016 | 7003206964 | 7003206964 | CID 6740 | | 7003206964 | $3,141.00 | 8/25/2016 | -17 | Ongoing Collections - No Disputes |
| 70 | 1071816 | 8/5/2016 | 7003211870 | 1-18XKQT | No PO Provided | | 7003211870 | $65,000.00 | 9/5/2016 | -28 | Ongoing Collections - No Disputes |
| 71 | 1071816 | 8/5/2016 | 7003211872 | RHF-036727-A | No PO Provided | | 7003211872 | $6,800.00 | 9/5/2016 | -28 | Ongoing Collections - No Disputes |
| 72 | 1071816 | 8/5/2016 | 7003214401 | 1-18X8C9_PS1 | No PO Provided | | 7003214401 | $30,731.47 | 9/5/2016 | -28 | Ongoing Collections - No Disputes |
| 73 | 1071816 | 8/5/2016 | 7003214402 | 1-1FMREE | No PO Provided | | 7003214402 | $139.10 | 9/5/2016 | -28 | Ongoing Collections - No Disputes |
| 74 | 1071816 | 8/5/2016 | 7003214403 | 1-1HQ4W7 | No PO Provided | | 7003214403 | $88.81 | 9/5/2016 | -28 | Ongoing Collections - No Disputes |
| 75 | 1071816 | 8/5/2016 | 7003214404 | 1-1FMR5E | No PO Provided | | 7003214404 | $139.10 | 9/5/2016 | -28 | Ongoing Collections - No Disputes |
| 76 | 1071816 | 8/5/2016 | 7003214405 | 1-1GTW39 | No PO Provided | | 7003214405 | $236.47 | 9/5/2016 | -28 | |
| 77 | 1071816 | 8/5/2016 | 7003214406 | 1-1BFHTD_PS1 | No PO Provided | | 7003214406 | $1,395.28 | 9/5/2016 | -28 | |
| 78 | | | | | | | | $908,151.50 | | | |