# **EXHIBIT 4**

UnitedHealthcare Insurance Company
22703 Network Place
606731227C0003
Chicago IL 60673-1227


**UnitedHealthcare**
A UnitedHealth Group Company



Page: 2 of 55

1956473P5N0020002

Pioneer Health Services, Inc.
Greg Baldwin
100 Pioneer Way
Magee MS 39111

Invoice No:      0041091805
Invoice Date:    Jul 13, 2016
Customer No:     684454
Bill Group:      1
Coverage Pd:     08/01-08/31/2016
Due Date:        Aug 01, 2016

## Invoice Summary

| Description | Employee Count | Total Volume (000's) | Rate | Net Amount |
|---|---:|---:|---:|---:|
| Ambulatory Equipment Employees (HSA) | | | $0.00 | $0.00 |
| MS 2016 HSA CH+PS1 Plan AFK7 | | | $0.00 | $0.00 |
| Employee Only | 1 | | $469.46 | $469.46 |
| Subtotal - Ambulatory Equipment Employees (HSA) | 1 | | $0.00 | $469.46 |
| Ambulatory Equipment Employees (HSA) | | | $0.00 | $0.00 |
| MS 2016 HSA CH+PS1 Plan 96D | | | $0.00 | $0.00 |
| EE + Spouse | 2 | | $889.97 | $1,779.94 |
| Employee Only | 1 | | $399.09 | $399.09 |
| Subtotal - Ambulatory Equipment Employees (HSA) | 3 | | $0.00 | $2,179.03 |
| COBRA (HSA) | | | $0.00 | $0.00 |
| MS 2016 HSA CH+PS1 Plan AFK7 | | | $0.00 | $0.00 |
| EE + Spouse | 1 | | $1,046.90 | $1,046.90 |
| EE +1 or more Children | 2 | | $755.83 | $1,511.66 |
| Employee Only | 6 | | $469.46 | $2,816.76 |
| Subtotal - COBRA (HSA) | 9 | | $0.00 | $5,375.32 |
| Corporate Employees (HSA) | | | $0.00 | $0.00 |
| MS 2016 HSA CH+PS1 Plan AFK7 | | | $0.00 | $0.00 |
| EE + Family | 1 | | $1,375.52 | $1,375.52 |
| EE + Spouse | 2 | | $1,046.90 | $2,093.80 |
| EE +1 or more Children | 9 | | $755.83 | $6,802.47 |
| Employee Only | 72 | | $469.46 | $33,801.12 |
| Subtotal - Corporate Employees (HSA) | 84 | | $0.00 | $44,072.91 |
| Corporate Employees (HSA) | | | $0.00 | $0.00 |
| MS 2016 HSA CH+PS1 Plan 96D | | | $0.00 | $0.00 |
| EE + Family | 5 | | $1,169.34 | $5,846.70 |
| EE + Spouse | 4 | | $889.97 | $3,559.88 |
| EE +1 or more Children | 6 | | $642.53 | $3,855.18 |
| Employee Only | 32 | | $399.09 | $12,770.88 |
| Subtotal - Corporate Employees (HSA) | 47 | | $0.00 | $26,032.64 |
| Early County Employees (HSA) | | | $0.00 | $0.00 |
| MS 2016 HSA CH+PS1 Plan AFK7 | | | $0.00 | $0.00 |
| EE + Family | 2 | | $1,375.52 | $2,751.04 |
| EE +1 or more Children | 5 | | $755.83 | $3,779.15 |
| Employee Only | 75 | | $469.46 | $35,209.50 |
| Subtotal - Early County Employees (HSA) | 82 | | $0.00 | $41,739.69 |
| Early County Employees (HSA) | | | $0.00 | $0.00 |
| MS 2016 HSA CH+PS1 Plan 96D | | | $0.00 | $0.00 |
| EE + Family | 5 | | $1,169.34 | $5,846.70 |
| EE +1 or more Children | 1 | | $642.53 | $642.53 |
| Employee Only | 37 | | $399.09 | $14,766.33 |
| Subtotal - Early County Employees (HSA) | 43 | | $0.00 | $21,255.56 |
| Lackey Hospital Employees (HSA) | | | $0.00 | $0.00 |
| MS 2016 HSA CH+PS1 Plan AFK7 | | | $0.00 | $0.00 |
| EE + Family | 1 | | $1,375.52 | $1,375.52 |
| EE +1 or more Children | 14 | | $755.83 | $10,581.62 |

MB9705.GRN(33802)

Page: 3 of 55

1956473P5N0020002

Pioneer Health Services, Inc.
Greg Baldwin
100 Pioneer Way
Magee MS 39111

Invoice No:      0041091805
Invoice Date:    Jul 13, 2016
Customer No:     684454
Bill Group:      1
Coverage Pd:     08/01-08/31/2016
Due Date:        Aug 01, 2016

## Invoice Summary

| Description | Employee Count | Total Volume (000's) | Rate | Net Amount |
|---|---|---|---|---|
| Employee Only | 47 | | $469.46 | $22,064.62 |
| Subtotal - Lackey Hospital Employees (HSA) | 62 | | $0.00 | $34,021.76 |
| Lackey Hospital Employees (HSA) | | | $0.00 | $0.00 |
|   MS 2016 HSA CH+PS1 Plan 96D | | | $0.00 | $0.00 |
|     EE + Family | 6 | | $1,169.34 | $7,016.04 |
|     EE +1 or more Children | 6 | | $642.53 | $3,855.18 |
|     Employee Only | 50 | | $399.09 | $19,954.50 |
| Subtotal - Lackey Hospital Employees (HSA) | 62 | | $0.00 | $30,825.72 |
| Medicomp Employees (HSA) | | | $0.00 | $0.00 |
|   MS 2016 HSA CH+PS1 Plan AFK7 | | | $0.00 | $0.00 |
|     EE + Family | 1 | | $1,375.52 | $1,375.52 |
|     EE +1 or more Children | 8 | | $755.83 | $6,046.64 |
|     Employee Only | 38 | | $469.46 | $17,839.48 |
| Subtotal - Medicomp Employees (HSA) | 47 | | $0.00 | $25,261.64 |
| Medicomp Employees (HSA) | | | $0.00 | $0.00 |
|   MS 2016 HSA CH+PS1 Plan 96D | | | $0.00 | $0.00 |
|     EE + Spouse | 2 | | $889.97 | $1,779.94 |
|     EE +1 or more Children | 7 | | $642.53 | $4,497.71 |
|     Employee Only | 47 | | $399.09 | $18,757.23 |
| Subtotal - Medicomp Employees (HSA) | 56 | | $0.00 | $25,034.88 |
| Monroe County Employees (HSA) | | | $0.00 | $0.00 |
|   MS 2016 HSA CH+PS1 Plan AFK7 | | | $0.00 | $0.00 |
|     EE + Spouse | 1 | | $1,046.90 | $1,046.90 |
|     EE +1 or more Children | 5 | | $755.83 | $3,779.15 |
|     Employee Only | 49 | | $469.46 | $23,003.54 |
| Subtotal - Monroe County Employees (HSA) | 55 | | $0.00 | $27,829.59 |
| Monroe County Employees (HSA) | | | $0.00 | $0.00 |
|   MS 2016 HSA CH+PS1 Plan 96D | | | $0.00 | $0.00 |
|     EE + Family | 8 | | $1,169.34 | $9,354.72 |
|     EE + Spouse | 4 | | $889.97 | $3,559.88 |
|     EE +1 or more Children | 6 | | $642.53 | $3,855.18 |
|     Employee Only | 24 | | $399.09 | $9,578.16 |
| Subtotal - Monroe County Employees (HSA) | 42 | | $0.00 | $26,347.94 |
| Oneida Employees (HSA) | | | $0.00 | $0.00 |
|   MS 2016 HSA CH+PS1 Plan AFK7 | | | $0.00 | $0.00 |
|     EE +1 or more Children | 6 | | $755.83 | $4,534.98 |
|     Employee Only | 9 | | $469.46 | $4,225.14 |
| Subtotal - Oneida Employees (HSA) | 15 | | $0.00 | $8,760.12 |
| Oneida Employees (HSA) | | | $0.00 | $0.00 |
|   MS 2016 HSA CH+PS1 Plan 96D | | | $0.00 | $0.00 |
|     EE + Family | 1 | | $1,169.34 | $1,169.34 |
|     EE + Spouse | 1 | | $889.97 | $889.97 |
|     EE +1 or more Children | 1 | | $642.53 | $642.53 |
|     Employee Only | 9 | | $399.09 | $3,591.81 |
| Subtotal - Oneida Employees (HSA) | 12 | | $0.00 | $6,293.65 |
| Patrick County Employees (HSA) | | | $0.00 | $0.00 |
|   MS 2016 HSA CH+PS1 Plan AFK7 | | | $0.00 | $0.00 |

MB8267.GRN(20402)

```
1956473P5N0020003
```

Pioneer Health Services, Inc.
Greg Baldwin
100 Pioneer Way
Magee MS 39111

Page:           4 of   55

Invoice No:    0041091805
Invoice Date:  Jul 13, 2016
Customer No:   684454
Bill Group:    1
Coverage Pd:   08/01-08/31/2016
Due Date:      Aug 01, 2016

## Invoice Summary

| Description | Employee Count | Total Volume (000's) | Rate | Net Amount |
|---|---|---|---|---|
| EE +1 or more Children | 10 | | $755.83 | $7,558.30 |
| Employee Only | 17 | | $469.46 | $7,980.82 |
| **Subtotal - Patrick County Employees (HSA)** | 27 | | $0.00 | $15,539.12 |
| Patrick County Employees (HSA) | | | $0.00 | $0.00 |
| MS 2016 HSA CH+PS1 Plan 96D | | | $0.00 | $0.00 |
| EE + Family | 2 | | $1,169.34 | $2,338.68 |
| EE +1 or more Children | 7 | | $642.53 | $4,497.71 |
| Employee Only | 24 | | $399.09 | $9,578.16 |
| **Subtotal - Patrick County Employees (HSA)** | 33 | | $0.00 | $16,414.55 |
| Stokes County Employees (HSA) | | | $0.00 | $0.00 |
| MS 2016 HSA CH+PS1 Plan AFK7 | | | $0.00 | $0.00 |
| EE + Family | 1 | | $1,375.52 | $1,375.52 |
| EE + Spouse | 2 | | $1,046.90 | $2,093.80 |
| EE +1 or more Children | 14 | | $755.83 | $10,581.62 |
| Employee Only | 47 | | $469.46 | $22,064.62 |
| **Subtotal - Stokes County Employees (HSA)** | 64 | | $0.00 | $36,115.56 |
| Stokes County Employees (HSA) | | | $0.00 | $0.00 |
| MS 2016 HSA CH+PS1 Plan 96D | | | $0.00 | $0.00 |
| EE + Family | 1 | | $1,169.34 | $1,169.34 |
| EE + Spouse | 2 | | $889.97 | $1,779.94 |
| EE +1 or more Children | 2 | | $642.53 | $1,285.06 |
| Employee Only | 38 | | $399.09 | $15,165.42 |
| **Subtotal - Stokes County Employees (HSA)** | 43 | | $0.00 | $19,399.76 |
| **TOTAL** | **787** | | **$0.00** | **$412,968.90** |

```
MB8267.GRN(20402)
```



Page: 52 of 55

Invoice No: 0041091847
Invoice Date: Jul 13, 2016
Customer No: 684454
Bill Group: 1
Coverage Pd: 05/01-07/31/2016
Due Date: Aug 01, 2016

1956473P5N0020027

Pioneer Health Services, Inc.
Greg Baldwin
100 Pioneer Way
Magee MS 39111

## Adjustment Invoice Detail

| Name / Charge Period | ID / Plan | Coverage | Volume(000's) | Status | Charge Amount |
|---|---|---|---|---|---|
| 07/01-07/31/2016 | MS 2016 HSA CH+PS1 Plan AFJP | EE1+CHRN | | Trm | $ -761.85 |
| 07/01-07/31/2016 | MS 2016 CH+PS1 Plan YR1 Mod | EE-ONLY | | Trm | $ -527.90 |
| 07/01-07/31/2016 | MS 2016 HSA CH+PS1 Plan AFJP | EE-ONLY | | Trm | $ -473.20 |
| 07/01-07/31/2016 | MS 2016 CH+PS1 Plan YR1 Mod | EE-ONLY | | Trm | $ -527.90 |
| 07/01-07/31/2016 | MS 2016 HSA CH+PS1 Plan AFJP | EE-ONLY | | Trm | $ -473.20 |
| 07/01-07/31/2016 | MS 2016 HSA CH+PS1 Plan AFJP | EE-ONLY | | Trm | $ -473.20 |
| 07/01-07/31/2016 | MS 2016 HSA CH+PS1 Plan AFJP | EE-ONLY | | Trm | $ -473.20 |
| 07/01-07/31/2016 | MS 2016 CH+PS1 Plan YR1 Mod | EE-ONLY | | Trm | $ -527.90 |
| 06/01-06/30/2016 | MS 2016 CH+PS1 Plan YR1 Mod | EE-ONLY | | Chg | $527.90 |
| 07/01-07/31/2016 | MS 2016 CH+PS1 Plan YR1 Mod | EE-ONLY | | Chg | $527.90 |
| 07/01-07/31/2016 | MS 2016 CH+PS1 Plan YR1 Mod | EE1+CHRN | | Trm | $ -849.92 |
| 07/01-07/31/2016 | MS 2016 HSA CH+PS1 Plan AFJP | EE-ONLY | | Trm | $ -473.20 |
| 07/01-07/31/2016 | MS 2016 HSA CH+PS1 Plan AFJP | EE-ONLY | | Trm | $ -473.20 |
| 07/01-07/31/2016 | MS 2016 HSA CH+PS1 Plan AFJP | EE-ONLY | | Trm | $ -473.20 |
| 06/01-06/30/2016 | MS 2016 CH+PS1 Plan YR1 Mod | EE-ONLY | | Trm | $ -527.90 |
| 07/01-07/31/2016 | MS 2016 CH+PS1 Plan YR1 Mod | EE-ONLY | | Trm | $ -527.90 |
| 07/01-07/31/2016 | MS 2016 HSA CH+PS1 Plan AFJP | EE-ONLY | | Trm | $ -473.20 |
| 07/01-07/31/2016 | MS 2016 HSA CH+PS1 Plan AFJP | EE-ONLY | | Trm | $ -473.20 |
| 07/01-07/31/2016 | MS 2016 CH+PS1 Plan YR1 Mod | EE-ONLY | | Trm | $ -527.90 |
| 07/01-07/31/2016 | MS 2016 CH+PS1 Plan YR1 Mod | EE-ONLY | | Trm | $ -527.90 |

MB8270.GRN(10202)

Page: 53 of 55

1956473P5N0020027

Pioneer Health Services, Inc.
Greg Baldwin
100 Pioneer Way
Magee MS 39111

Invoice No:     0041091847
Invoice Date:   Jul 13, 2016
Customer No:    684454
Bill Group:     1
Coverage Pd:    05/01-07/31/2016
Due Date:       Aug 01, 2016

## Adjustment Invoice Detail

| Name / Charge Period | ID / Plan | Coverage | Volume(000's) | Status | Charge Amount |
|---|---|---|---|---|---|
| 07/01-07/31/2016 | MS 2016 HSA CH+PS1 Plan AFJP | EE-ONLY | | Trm | $ -473.20 |
| 07/01-07/31/2016 | MS 2016 HSA CH+PS1 Plan AFJP | EE-ONLY | | Trm | $ -473.20 |
| 07/01-07/31/2016 | MS 2016 CH+PS1 Plan YR1 Mod | EE-ONLY | | Trm | $ -527.90 |
| 07/01-07/31/2016 | MS 2016 CH+PS1 Plan YR1 Mod | EE-ONLY | | Trm | $ -527.90 |
| 05/01-05/31/2016 | MS 2015 HSA CH+PS1 Plan V91 | EE-ONLY | | Trm | $ -443.46 |
| 06/01-06/30/2016 | MS 2016 HSA CH+PS1 Plan AFJP | EE-ONLY | | Trm | $ -473.20 |
| 07/01-07/31/2016 | MS 2016 HSA CH+PS1 Plan AFJP | EE-ONLY | | Trm | $ -473.20 |
| 06/01-06/30/2016 | MS 2016 HSA CH+PS1 Plan AFJP | EE-ONLY | | Trm | $ -473.20 |
| 07/01-07/31/2016 | MS 2016 HSA CH+PS1 Plan AFJP | EE-ONLY | | Trm | $ -473.20 |
| 07/01-07/31/2016 | MS 2016 CH+PS1 Plan YR1 Mod | EE-ONLY | | Trm | $ -527.90 |
| 07/01-07/31/2016 | MS 2016 CH+PS1 Plan YR1 Mod | EE-ONLY | | Trm | $ -527.90 |
| 07/01-07/31/2016 | MS 2016 CH+PS1 Plan YR1 Mod | EE-ONLY | | Trm | $ -527.90 |
| 07/01-07/31/2016 | MS 2016 HSA CH+PS1 Plan AFJP | EE1+CHRN | | Chg | $761.85 |
| 07/01-07/31/2016 | MS 2016 CH+PS1 Plan YR1 Mod | EE-ONLY | | Trm | $ -527.90 |
| 07/01-07/31/2016 | MS 2016 CH+PS1 Plan YR1 Mod | EE-ONLY | | Chg | $527.90 |
| 07/01-07/31/2016 | MS 2016 HSA CH+PS1 Plan AFJP | EE-ONLY | | Trm | $ -473.20 |
| 07/01-07/31/2016 | MS 2016 CH+PS1 Plan YR1 Mod | EE-ONLY | | Trm | $ -527.90 |
| 05/01-05/31/2016 | MS 2015 CH+PS1 Plan YR1 Mod | EE-ONLY | | Trm | $ -533.51 |
| 06/01-06/30/2016 | MS 2016 CH+PS1 Plan YR1 Mod | EE-ONLY | | Trm | $ -527.90 |
| 07/01-07/31/2016 | MS 2016 CH+PS1 Plan YR1 Mod | EE-ONLY | | Trm | $ -527.90 |
| 07/01-07/31/2016 | MS 2016 HSA CH+PS1 Plan AFJP | EE-ONLY | | Chg | $473.20 |
| 07/01-07/31/2016 | MS 2016 CH+PS1 Plan YR1 Mod | EE-ONLY | | Trm | $ -527.90 |

MB8270.GRN(10202)



Page:          54 of    55

1956473P5N0020028

Pioneer Health Services, Inc.
Greg Baldwin
100 Pioneer Way
Magee MS 39111

Invoice No:     0041091847
Invoice Date:   Jul 13, 2016
Customer No:    684454
Bill Group:     1
Coverage Pd:    05/01-07/31/2016
Due Date:       Aug 01, 2016

## Adjustment Invoice Detail

| Name / Charge Period | ID / Plan | Coverage | Volume(000's) | Status | Charge Amount |
|---|---|---|---|---|---|
| 07/01-07/31/2016 | MS 2016 CH+PS1 Plan YR1 Mod | EE-ONLY | | Trm | $ -527.90 |
| 07/01-07/31/2016 | MS 2016 CH+PS1 Plan YR1 Mod | EE-ONLY | | Trm | $ -527.90 |
| 07/01-07/31/2016 | MS 2016 HSA CH+PS1 Plan AFJP | EE-ONLY | | Trm | $ -473.20 |
| 07/01-07/31/2016 | MS 2016 CH+PS1 Plan YR1 Mod | EE-ONLY | | Trm | $ -527.90 |
| 07/01-07/31/2016 | MS 2016 CH+PS1 Plan YR1 Mod | EE1+CHRN | | Trm | $ -849.92 |
| 07/01-07/31/2016 | MS 2016 HSA CH+PS1 Plan AFJP | EE+FAMILY | | Chg | $1,386.48 |
| 07/01-07/31/2016 | MS 2016 HSA CH+PS1 Plan AFJP | EE1+CHRN | | Trm | $ -761.85 |
| 07/01-07/31/2016 | MS 2016 CH+PS1 Plan YR1 Mod | EE1+CHRN | | Trm | $ -849.92 |
| 07/01-07/31/2016 | MS 2016 CH+PS1 Plan YR1 Mod | EE-ONLY | | Trm | $ -527.90 |
| 07/01-07/31/2016 | MS 2016 CH+PS1 Plan YR1 Mod | EE1+CHRN | | Chg | $849.92 |
| 07/01-07/31/2016 | MS 2016 HSA CH+PS1 Plan AFJP | EE1+CHRN | | Trm | $ -761.85 |
| 07/01-07/31/2016 | MS 2016 CH+PS1 Plan YR1 Mod | EE1+CHRN | | Trm | $ -849.92 |
| 06/01-06/30/2016 | MS 2016 CH+PS1 Plan YR1 Mod | EE-ONLY | | Chg | $527.90 |
| 07/01-07/31/2016 | MS 2016 CH+PS1 Plan YR1 Mod | EE-ONLY | | Chg | $527.90 |
| 07/01-07/31/2016 | MS 2016 HSA CH+PS1 Plan AFJP | EE-ONLY | | Trm | $ -473.20 |
| 05/01-05/31/2016 | MS 2015 CH+PS1 Plan YR1 Mod | EE-ONLY | | Chg | $533.51 |
| 06/01-06/30/2016 | MS 2016 CH+PS1 Plan YR1 Mod | EE-ONLY | | Chg | $527.90 |
| 07/01-07/31/2016 | MS 2016 CH+PS1 Plan YR1 Mod | EE-ONLY | | Chg | $527.90 |
| 07/01-07/31/2016 | MS 2016 CH+PS1 Plan YR1 Mod | EE-ONLY | | Trm | $ -527.90 |
| 07/01-07/31/2016 | MS 2016 HSA CH+PS1 Plan AFJP | EE-ONLY | | Trm | $ -473.20 |
| TOTAL | | | | | $-19,566.54 |

MB8270.GRN(10202)

Page: 55 of 55

J956473P5N0020028

Pioneer Health Services, Inc.
Greg Baldwin
100 Pioneer Way
Magee MS 39111

Invoice No: 0041091847
Invoice Date: Jul 13, 2016
Customer No: 684454
Bill Group: 1
Coverage Pd: 05/01-07/31/2016
Due Date: Aug 01, 2016

## Adjustment Invoice Detail

| Name | | ID | | | | |
|---|---|---|---|---|---|---|
| Charge Period | Plan | | Coverage | Volume(000's) | Status | Charge Amount |

PLEASE VISIT EMPLOYER ESERVICES AT WWW.EMPLOYERESERVICES.COM TO perform real-time eligibility transactions, view and pay your invoices, request ID cards and more!

Employee and dependent information contained in this report is based on the most current information provided by the Employer, acting as Plan Sponsor and/or Plan Administrator (the organization which established the employee welfare plan for its employees) to the Company (a division of UnitedHealth Group contractually administering claims on behalf of the Employer). Changes to employees and dependent information are the responsibility of the Employer, acting as Plan Sponsor and/or Plan Administrator, and must be submitted to the Company on a timely basis. Please do not submit employee changes by noting them on this invoice. This address is used for payment purposes only and written instructions sent to this address will not be processed.

Applicable to Employers with Enrollees residing in Texas: Employers are responsible for premiums on Enrollees who are no longer eligible for group coverage until the end of the month in which you notify UnitedHealthcare of the Enrollee's termination. UnitedHealthcare's preferred method for notification of termination of coverage is through Employer eServices at www.employereservices.com.

Please contact your Billing/Accounts Receivable Representative if you have any questions. Thank you.

This invoice covers eligibility charges from the following entities:
UnitedHealthcare Insurance Company

MB8270.GRN(10202)