# EXHIBIT A

## Post-Petition Invoices



10510 Twin Lakes Parkway
Charlotte, NC 28269-7658
Tel: 800-825-1786    Fax: 704-948-5779

**Bill To:**
Attn: Accounts Payable
PIONEER HEALTH SERVICES INC
110 PIONEER WAY
MAGEE, MS 39111-5501

| Invoice Number | 510017680 |
|---|---|
| Invoice Date | 01-APR-2016 |
| Transaction Type | Invoice |
| Amount Due | $4,527.78 |

Make Checks Payable To "Aramark"

**Remit To:**

Aramark
12483 COLLECTIONS CENTER DR
CHICAGO, IL 60693

**Ship To:**

000003269-LACKEY MEM HOSP
PIONEER HEALTH SERVICES INC
LACKEY MEMORIAL HOSPITAL
330 NORTH BROAD STREET
FOREST, MS 39074

| Payment Terms | Due Date | Customer PO | Customer Number |
|---|---|---|---|
| NET 30 | 01-MAY-2016 |  | 28061 |

| Line No. | Description | Quantity | Amount | Total Amount |
|---|---|---|---|---|
| 1 | Healthcare Technologies Services | 1 | 4,527.78 | 4,527.78 |

| Comments: | Currency | USD |
|---|---|---|
|  | Invoices Total | $4,527.78 |
|  | Shipping / Handling | $0.00 |
|  | Tax | $0.00 |
|  | Total | $4,527.78 |

Federal ID:                    ACTS

Page 1 of 1



10510 Twin Lakes Parkway
Charlotte, NC 28269-7658
Tel: 800-825-1786    Fax: 704-948-5779

**Bill To:**
Attn: Accounts Payable
PIONEER HEALTH SERVICES INC
110 PIONEER WAY
MAGEE, MS 39111-5501

| Invoice Number | 510017679 |
|---|---|
| Invoice Date | 01-APR-2016 |
| Transaction Type | Invoice |
| Amount Due | $4,844.72 |

Make Checks Payable To "Aramark"

**Remit To:**

Aramark
12483 COLLECTIONS CENTER DR
CHICAGO, IL 60693

**Ship To:**

000003269-PIONEER COM HOSP ABERDEEN
PIONEER HEALTH SERVICES INC
PIONEER COMMUNITY HOSPITAL OF ABERD
400 SOUTH CHESTNUT STREET
ABERDEEN, MS 39730

| Payment Terms | Due Date | Customer PO | Customer Number |
|---|---|---|---|
| NET 30 | 01-MAY-2016 | | 28061 |

| Line No. | Description | Quantity | Amount | Total Amount |
|---|---|---|---|---|
| 1 | Healthcare Technologies Services | 1 | 4,527.78 | 4,527.78 |

Comments:

| | |
|---|---|
| Currency | USD |
| Invoices Total | $4,527.78 |
| Shipping / Handling | $0.00 |
| Tax | $316.94 |
| Total | $4,844.72 |

Federal ID:          ACTS

Page 1 of 1



10510 Twin Lakes Parkway
Charlotte, NC 28269-7658
Tel: 800-825-1786     Fax: 704-948-5779

**Bill To:**
Attn: Accounts Payable
PIONEER HEALTH SERVICES INC
110 PIONEER WAY
MAGEE, MS 39111-5501

| Invoice Number | 510017678 |
|---|---|
| Invoice Date | 01-APR-2016 |
| Transaction Type | Invoice |
| Amount Due | $4,844.72 |

Make Checks Payable To "Aramark"

**Remit To:**

Aramark
12483 COLLECTIONS CENTER DR
CHICAGO, IL 60693

**Ship To:**

000003269-PIONEER COM HOSP NEWTON
PIONEER HEALTH SERVICES INC
PIONEER COMMUNITY HOSPITAL OF NEWTO
9421 EASTSIDE DRIVE EXTENSION
NEWTON, MS 39345

| Payment Terms | Due Date | Customer PO | Customer Number |
|---|---|---|---|
| NET 30 | 01-MAY-2016 | | 28061 |

| Line No. | Description | Quantity | Amount | Total Amount |
|---|---|---|---|---|
| 1 | Healthcare Technologies Services | 1 | 4,527.78 | 4,527.78 |

| Comments: | Currency | USD |
|---|---|---|
| | Invoices Total | $4,527.78 |
| | Shipping / Handling | $0.00 |
| | Tax | $316.94 |
| | Total | $4,844.72 |

Federal ID:            ACTS

Page 1 of 1



10510 Twin Lakes Parkway
Charlotte, NC 28269-7658
Tel: 800-625-1766    Fax: 704-948-5779

**Bill To:**
Attn: Accounts Payable
PIONEER HEALTH SERVICES INC
110 PIONEER WAY
MAGEE, MS 39111-5501

| Invoice Number | HSC0077478 |
|---|---|
| Invoice Date | 27-APR-2016 |
| Transaction Type | Invoice |
| Amount Due | $13,046.43 |

Make Checks Payable To "Aramark"

**Remit To:**

Aramark
12483 COLLECTIONS CENTER DR
CHICAGO, IL 60693

**Ship To:**

000003269-PIONEER COM HOSP SCOTT
PIONEER HEALTH SERVICES INC
PIONEER COMMUNITY HOSPITAL OF SCOTT
18797 ALBERTA STREET
ONEIDA, TN 37841

| Payment Terms | Due Date | Customer PO | Customer Number |
|---|---|---|---|
| NET 30 | 27-MAY-2016 | | 28061 |

| Line No. | Description | Quantity | Amount | Total Amount |
|---|---|---|---|---|
| 1 | Labor | 1 | 3,531.50 | 3,531.50 |
| 2 | OPS Labor | 1 | 4,264.61 | 4,264.61 |
| 3 | Part | 1 | 332.80 | 332.80 |
| 4 | OPS Part | 1 | 1,404.85 | 1,404.85 |
| 5 | Travel | 1 | 1,470.00 | 1,470.00 |
| 6 | OPS Travel | 1 | 857.50 | 857.50 |

| Comments: | | |
|---|---|---|
| Invoices for Services as per attached report | Currency | USD |
| | Invoices Total | $11,861.26 |
| | Shipping / Handling | $0.00 |
| | Tax | $1,185.17 |
| | Total | $13,046.43 |

Federal ID:                    ACTS 1

Page 1 of 1



| | |
|---|---|
| Invoice Number | 510017969 |
| Invoice Date | 01-MAY-2016 |
| Transaction Type | Invoice |
| Amount Due | $4,527.78 |

10510 Twin Lakes Parkway
Charlotte, NC 28269-7658
Tel: 800-825-1786    Fax: 704-948-5779

Make Checks Payable To "Aramark"

**Remit To:**

Aramark
12483 COLLECTIONS CENTER DR
CHICAGO, IL 60693

**Bill To:**
Attn: Accounts Payable
PIONEER HEALTH SERVICES INC
110 PIONEER WAY
MAGEE, MS 39111-5501

**Ship To:**

000003269-LACKEY MEM HOSP
PIONEER HEALTH SERVICES INC
LACKEY MEMORIAL HOSPITAL
330 NORTH BROAD STREET
FOREST, MS 39074

| Payment Terms | Due Date | Customer PO | Customer Number |
|---|---|---|---|
| NET 30 | 31-MAY-2016 | | 28061 |

| Line No. | Description | Quantity | Amount | Total Amount |
|---|---|---|---|---|
| 1 | Healthcare Technologies Services | 1 | 4,527.78 | 4,527.78 |

Comments:

| | |
|---|---|
| Currency | USD |
| Invoices Total | $4,527.78 |
| Shipping / Handling | $0.00 |
| Tax | $0.00 |
| Total | $4,527.78 |

Federal ID:        ACTS

Page 1 of 1



10510 Twin Lakes Parkway
Charlotte, NC 28269-7658
Tel: 800-825-1786      Fax: 704-948-5779

**Bill To:**
Attn: Accounts Payable
PIONEER HEALTH SERVICES INC
110 PIONEER WAY
MAGEE, MS 39111-5501

| Invoice Number | 510017970 |
|---|---|
| Invoice Date | 01-MAY-2016 |
| Transaction Type | Invoice |
| Amount Due | $4,844.72 |

Make Checks Payable To "Aramark"

**Remit To:**

Aramark
12483 COLLECTIONS CENTER DR
CHICAGO, IL 60693

**Ship To:**

000003269-PIONEER COM HOSP NEWTON
PIONEER HEALTH SERVICES INC
PIONEER COMMUNITY HOSPITAL OF NEWTO
9421 EASTSIDE DRIVE EXTENSION
NEWTON, MS 39345

| Payment Terms | Due Date | Customer PO | Customer Number |
|---|---|---|---|
| NET 30 | 31-MAY-2016 | | 28061 |

| Line No. | Description | Quantity | Amount | Total Amount |
|---|---|---|---|---|
| 1 | Healthcare Technologies Services | 1 | 4,527.78 | 4,527.78 |

| Comments: | Currency | USD |
|---|---|---|
| | Invoices Total | $4,527.78 |
| | Shipping / Handling | $0.00 |
| | Tax | $316.94 |
| | Total | $4,844.72 |

Federal ID:                ACTS

Page 1 of 1



10510 Twin Lakes Parkway
Charlotte, NC 28269-7658
Tel: 800-825-1786   Fax: 704-948-5779

| Invoice Number | 510017813 |
|---|---|
| Invoice Date | 01-MAY-2016 |
| Transaction Type | Invoice |
| Amount Due | $4,844.72 |

Make Checks Payable To "Aramark"

**Remit To:**

Aramark
12483 COLLECTIONS CENTER DR
CHICAGO, IL 60693

**Bill To:**
Attn: Accounts Payable
PIONEER HEALTH SERVICES INC
110 PIONEER WAY
MAGEE, MS 39111-5501

**Ship To:**

000003269-PIONEER COM HOSP ABERDEEN
PIONEER HEALTH SERVICES INC
PIONEER COMMUNITY HOSPITAL OF ABERD
400 SOUTH CHESTNUT STREET
ABERDEEN, MS 39730

| Payment Terms | Due Date | Customer PO | Customer Number |
|---|---|---|---|
| NET 30 | 31-MAY-2016 | | 28061 |

| Line No. | Description | Quantity | Amount | Total Amount |
|---|---|---|---|---|
| 1 | Healthcare Technologies Services | 1 | 4,527.78 | 4,527.78 |

Comments:

| | |
|---|---|
| Currency | USD |
| Invoices Total | $4,527.78 |
| Shipping / Handling | $0.00 |
| Tax | $316.94 |
| Total | $4,844.72 |

Federal ID:                ACTS

Page 1 of 1



10510 Twin Lakes Parkway
Charlotte, NC 28269-7656
Tel: 600-825-1786   Fax: 704-948-5779

**Bill To:**
Attn: Accounts Payable
PIONEER HEALTH SERVICES INC
110 PIONEER WAY
MAGEE, MS 39111-5501

| Invoice Number | HSC0080657 |
|---|---|
| Invoice Date | 25-MAY-2016 |
| Transaction Type | Invoice |
| Amount Due | $1,150.00 |

Make Checks Payable To "Aramark"

**Remit To:**

Aramark
12483 COLLECTIONS CENTER DR
CHICAGO, IL 60693

**Ship To:**

000003269-LACKEY MEM HOSP
PIONEER HEALTH SERVICES INC
LACKEY MEMORIAL HOSPITAL
330 NORTH BROAD STREET
FOREST, MS 39074

| Payment Terms | Due Date | Customer PO | Customer Number |
|---|---|---|---|
| NET 30 | 24-JUN-2016 | | 28061 |

| Line No. | Description | Quantity | Amount | Total Amount |
|---|---|---|---|---|
| 1 | OPS Labor | 1 | 1,150.00 | 1,150.00 |

| Comments: | Currency | USD |
|---|---|---|
| Invoices for Services as per attached report | Invoices Total | $1,150.00 |
| | Shipping / Handling | $0.00 |
| | Tax | $0.00 |
| | Total | $1,150.00 |

Federal ID:                    ACTS 1

Page 1 of 1



10510 Twin Lakes Parkway
Charlotte, NC 28269-7658
Tel: 800-925-1766    Fax: 704-948-5779

**Bill To:**
Attn: Accounts Payable
PIONEER HEALTH SERVICES INC
110 PIONEER WAY
MAGEE, MS 39111-5501

| Invoice Number | HSC0080658 |
|---|---|
| Invoice Date | 25-MAY-2016 |
| Transaction Type | Invoice |
| Amount Due | $2,801.40 |

Make Checks Payable To "Aramark"

**Remit To:**

Aramark
12483 COLLECTIONS CENTER DR
CHICAGO, IL 60693

**Ship To:**

000003269-PIONEER COM HOSP SCOTT
PIONEER HEALTH SERVICES INC
PIONEER COMMUNITY HOSPITAL OF SCOTT
18797 ALBERTA STREET
ONEIDA, TN 37841

| Payment Terms | Due Date | Customer PO | Customer Number |
|---|---|---|---|
| NET 30 | 24-JUN-2016 | | 28061 |

| Line No. | Description | Quantity | Amount | Total Amount |
|---|---|---|---|---|
| 1 | Labor | 1 | 178.50 | 178.50 |
| 2 | OPS Labor | 1 | 2,366.42 | 2,366.42 |

| Comments: | Currency | USD |
|---|---|---|
| Invoices for Services as per attached report | Invoices Total | $2,544.92 |
| | Shipping / Handling | $0.00 |
| | Tax | $256.48 |
| | Total | $2,801.40 |

Federal ID:    ACTS 1

Page 1 of 1



10510 Twin Lakes Parkway  
Charlotte, NC 28269-7658  
Tel: 800-825-1786    Fax: 704-948-5779

**Bill To:**  
Attn: Accounts Payable  
PIONEER HEALTH SERVICES INC  
110 PIONEER WAY  
MAGEE, MS 39111-5501

| Invoice Number | 510018046 |
|---|---|
| Invoice Date | 01-JUN-2016 |
| Transaction Type | Invoice |
| Amount Due | $4,690.78 |

Make Checks Payable To "Aramark"

**Remit To:**

Aramark  
12483 COLLECTIONS CENTER DR  
CHICAGO, IL 60693

**Ship To:**

000003269-LACKEY MEM HOSP  
PIONEER HEALTH SERVICES INC  
LACKEY MEMORIAL HOSPITAL  
330 NORTH BROAD STREET  
FOREST, MS 39074

| Payment Terms | Due Date | Customer PO | Customer Number |
|---|---|---|---|
| NET 30 | 01-JUL-2016 | | 28061 |

| Line No. | Description | Quantity | Amount | Total Amount |
|---|---|---|---|---|
| 1 | Healthcare Technologies Services | 1 | 4,690.78 | 4,690.78 |

| Comments: | Currency | USD |
|---|---|---|
| | Invoices Total | $4,690.78 |
| | Shipping / Handling | $0.00 |
| | Tax | $0.00 |
| | Total | $4,690.78 |

Federal ID:                    ACTS

Page 1 of 1



10510 Twin Lakes Parkway
Charlotte, NC 28269-7658
Tel: 800-825-1786  Fax: 704-948-5779

**Bill To:**
Attn: Accounts Payable
PIONEER HEALTH SERVICES INC
110 PIONEER WAY
MAGEE, MS 39111-5501

| Invoice Number | 510018047 |
|---|---|
| Invoice Date | 01-JUN-2016 |
| Transaction Type | Invoice |
| Amount Due | $5,019.13 |

Make Checks Payable To "Aramark"

**Remit To:**

Aramark
12483 COLLECTIONS CENTER DR
CHICAGO, IL 60693

**Ship To:**

000003269-PIONEER COM HOSP ABERDEEN
PIONEER HEALTH SERVICES INC
PIONEER COMMUNITY HOSPITAL OF ABERD
400 SOUTH CHESTNUT STREET
ABERDEEN, MS 39730

| Payment Terms | Due Date | Customer PO | Customer Number |
|---|---|---|---|
| NET 30 | 01-JUL-2016 | | 28061 |

| Line No. | Description | Quantity | Amount | Total Amount |
|---|---|---|---|---|
| 1 | Healthcare Technologies Services | 1 | 4,690.78 | 4,690.78 |

| Comments: | Currency | USD |
|---|---|---|
| | Invoices Total | $4,690.78 |
| | Shipping / Handling | $0.00 |
| | Tax | $328.35 |
| | Total | $5,019.13 |

Federal ID:     ACTS

Page 1 of 1



**aramark**

10510 Twin Lakes Parkway
Charlotte, NC 28269-7658
Tel: 800-825-1786   Fax: 704-948-5779

**Bill To:**
Attn: Accounts Payable
PIONEER HEALTH SERVICES INC
110 PIONEER WAY
MAGEE, MS 39111-5501

| Invoice Number | 510018048 |
|---|---|
| Invoice Date | 01-JUN-2016 |
| Transaction Type | Invoice |
| Amount Due | $5,019.13 |

Make Checks Payable To "Aramark"

**Remit To:**

Aramark
12483 COLLECTIONS CENTER DR
CHICAGO, IL 60693

**Ship To:**

000003269-PIONEER COM HOSP NEWTON
PIONEER HEALTH SERVICES INC
PIONEER COMMUNITY HOSPITAL OF NEWTO
9421 EASTSIDE DRIVE EXTENSION
NEWTON, MS 39345

| Payment Terms | Due Date | Customer PO | Customer Number |
|---|---|---|---|
| NET 30 | 01-JUL-2016 | | 28061 |

| Line No. | Description | Quantity | Amount | Total Amount |
|---|---|---|---|---|
| 1 | Healthcare Technologies Services | 1 | 4,690.78 | 4,690.78 |

Comments:

| | |
|---|---|
| Currency | USD |
| Invoices Total | $4,690.78 |
| Shipping / Handling | $0.00 |
| Tax | $328.35 |
| Total | $5,019.13 |

Federal ID:          ACTS

Page 1 of 1



10510 Twin Lakes Parkway
Charlotte, NC 28269-7658
Tel: 800-825-1786    Fax: 704-948-5779

**Bill To:**
Attn: Accounts Payable
PIONEER HEALTH SERVICES INC
110 PIONEER WAY
MAGEE, MS 39111-5501

| Invoice Number | HSC0084993 |
|---|---|
| Invoice Date | 29-JUN-2016 |
| Transaction Type | Invoice |
| Amount Due | $431.85 |

Make Checks Payable To "Aramark"

**Remit To:**

Aramark
12483 COLLECTIONS CENTER DR
CHICAGO, IL 60693

**Ship To:**

000003269-LACKEY MEM HOSP
PIONEER HEALTH SERVICES INC
LACKEY MEMORIAL HOSPITAL
330 NORTH BROAD STREET
FOREST, MS 39074

| Payment Terms | Due Date | Customer PO | Customer Number |
|---|---|---|---|
| NET 30 | 29-JUL-2016 | | 28061 |

| Line No. | Description | Quantity | Amount | Total Amount |
|---|---|---|---|---|
| 1 | Part | 1 | 431.85 | 431.85 |

| Comments: | Currency | USD |
|---|---|---|
| Invoices for Services as per attached report | Invoices Total | $431.85 |
| | Shipping / Handling | $0.00 |
| | Tax | $0.00 |
| | Total | $431.85 |

Federal ID:                              ACTS 1

Page 1 of 1



10510 Twin Lakes Parkway
Charlotte, NC 28269-7658
Tel: 800-825-1766     Fax: 704-948-5779

**Bill To:**
Attn: Accounts Payable
PIONEER HEALTH SERVICES INC
110 PIONEER WAY
MAGEE, MS 39111-5501

| Invoice Number | HSC0084994 |
|---|---|
| Invoice Date | 29-JUN-2016 |
| Transaction Type | Invoice |
| Amount Due | $535.33 |

Make Checks Payable To "Aramark"

**Remit To:**

Aramark
12483 COLLECTIONS CENTER DR
CHICAGO, IL 60693

**Ship To:**

000003269-PIONEER COM HOSP SCOTT
PIONEER HEALTH SERVICES INC
PIONEER COMMUNITY HOSPITAL OF SCOTT
18797 ALBERTA STREET
ONEIDA, TN 37841

| Payment Terms | Due Date | Customer PO | Customer Number |
|---|---|---|---|
| NET 30 | 29-JUL-2016 | | 28061 |

| Line No. | Description | Quantity | Amount | Total Amount |
|---|---|---|---|---|
| 1 | Other | 1 | 490.00 | 490.00 |

| Comments: | Currency | USD |
|---|---|---|
| Invoices for Services as per attached report | Invoices Total | $490.00 |
| | Shipping / Handling | $0.00 |
| | Tax | $45.33 |
| | Total | $535.33 |

Federal ID:                    ACTS 1

Page 1 of 1



10510 Twin Lakes Parkway
Charlotte, NC 28269-7658
Tel: 800-825-1766    Fax: 704-948-5779

**Bill To:**
Attn: Accounts Payable
PIONEER HEALTH SERVICES INC
110 PIONEER WAY
MAGEE, MS 39111-5501

| Invoice Number | HSC0088222 |
|---|---|
| Invoice Date | 27-JUL-2016 |
| Transaction Type | Invoice |
| Amount Due | $425.00 |

Make Checks Payable To "Aramark"

**Remit To:**

Aramark
12483 COLLECTIONS CENTER DR
CHICAGO, IL 60693

**Ship To:**

000003269-LACKEY MEM HOSP
PIONEER HEALTH SERVICES INC
LACKEY MEMORIAL HOSPITAL
330 NORTH BROAD STREET
FOREST, MS 39074

| Payment Terms | Due Date | Customer PO | Customer Number |
|---|---|---|---|
| NET 30 | 26-AUG-2016 | | 28061 |

| Line No. | Description | Quantity | Amount | Total Amount |
|---|---|---|---|---|
| 1 | OPS Labor | 1 | 425.00 | 425.00 |

| Comments: | Currency | USD |
|---|---|---|
| Invoices for Services as per attached report | Invoices Total | $425.00 |
| | Shipping / Handling | $0.00 |
| | Tax | $0.00 |
| | Total | $425.00 |

Federal ID:                    ACTS 1

Page 1 of 1



10510 Twin Lakes Parkway
Charlotte, NC 28269-7658
Tel: 800-825-1786    Fax: 704-948-5779

**Bill To:**
Attn: Accounts Payable
PIONEER HEALTH SERVICES INC
110 PIONEER WAY
MAGEE, MS 39111-5501

| Invoice Number | HSC0088223 |
|---|---|
| Invoice Date | 27-JUL-2016 |
| Transaction Type | Invoice |
| Amount Due | $160.50 |

Make Checks Payable To "Aramark"

**Remit To:**

Aramark
12483 COLLECTIONS CENTER DR
CHICAGO, IL 60693

**Ship To:**

000003269-PIONEER COM HOSP ABERDEEN
PIONEER HEALTH SERVICES INC
PIONEER COMMUNITY HOSPITAL OF ABERD
400 SOUTH CHESTNUT STREET
ABERDEEN, MS 39730

| Payment Terms | Due Date | Customer PO | Customer Number |
|---|---|---|---|
| NET 30 | 26-AUG-2016 | | 28061 |

| Line No. | Description | Quantity | Amount | Total Amount |
|---|---|---|---|---|
| 1 | OPS Other | 1 | 150.00 | 150.00 |

| Comments: | Currency | USD |
|---|---|---|
| Invoices for Services as per attached report | Invoices Total | $150.00 |
| | Shipping / Handling | $0.00 |
| | Tax | $10.50 |
| | Total | $160.50 |

Federal ID:            ACTS 1

Page 1 of 1



10510 Twin Lakes Parkway
Charlotte, NC 28269-7658
Tel: 800-825-1786    Fax: 704-948-5779

**Bill To:**
Attn: Accounts Payable
PIONEER HEALTH SERVICES INC
110 PIONEER WAY
MAGEE, MS 39111-5501

| Invoice Number | 100278639 |
|---|---|
| Invoice Date | 29-JUN-2016 |
| Transaction Type | Credit Memo |
| Amount Due | -$1,155.11 |

Make Checks Payable To "Aramark"

**Remit To:**

Aramark
12483 COLLECTIONS CENTER DR
CHICAGO, IL 60693

**Ship To:**

000003269-PIONEER COM HOSP NEWTON
PIONEER HEALTH SERVICES INC
PIONEER COMMUNITY HOSPITAL OF NEWTO
9421 EASTSIDE DRIVE EXTENSION
NEWTON, MS 39345

| Payment Terms | Due Date | Customer PO | Customer Number |
|---|---|---|---|
|  | 29-JUN-2016 |  | 28061 |

| Line No. | Description | Quantity | Amount | Total Amount |
|---|---|---|---|---|
| 1 | Termed 6/23/16 - Credit 7 days | 1 | -1,079.54 | -1,079.54 |

| Comments: | Currency | USD |
|---|---|---|
|  | Invoices Total | -$1,079.54 |
|  | Shipping / Handling | $0.00 |
|  | Tax | -$75.57 |
|  | Total | -$1,155.11 |

Federal ID:                ACTS

Page 1 of 1



10510 Twin Lakes Parkway
Charlotte, NC 28269-7658
Tel: 800-625-1786   Fax: 704-948-5779

**Bill To:**
Attn: Accounts Payable
PIONEER HEALTH SERVICES INC
110 PIONEER WAY
MAGEE, MS 39111-5501

| Invoice Number | 100278640 |
|---|---|
| Invoice Date | 29-JUN-2016 |
| Transaction Type | Credit Memo |
| Amount Due | -$1,155.11 |

Make Checks Payable To "Aramark"

**Remit To:**

Aramark
12483 COLLECTIONS CENTER DR
CHICAGO, IL 60693

**Ship To:**

000003269-PIONEER COM HOSP ABERDEEN
PIONEER HEALTH SERVICES INC
PIONEER COMMUNITY HOSPITAL OF ABERD
400 SOUTH CHESTNUT STREET
ABERDEEN, MS 39730

| Payment Terms | Due Date | Customer PO | Customer Number |
|---|---|---|---|
|  | 29-JUN-2016 |  | 28061 |

| Line No. | Description | Quantity | Amount | Total Amount |
|---|---|---|---|---|
| 1 | Termed 6/23/16 - Credit 7 days | 1 | -1,079.54 | -1,079.54 |

| Comments: | | |
|---|---|---|
| | Currency | USD |
| | Invoices Total | -$1,079.54 |
| | Shipping / Handling | $0.00 |
| | Tax | -$75.57 |
| | Total | -$1,155.11 |
| Federal ID: | ACTS | |

Page 1 of 1



10510 Twin Lakes Parkway
Charlotte, NC 28269-7658
Tel: 800-825-1786    Fax: 704-948-5779

**Bill To:**
Attn: Accounts Payable
PIONEER HEALTH SERVICES INC
110 PIONEER WAY
MAGEE, MS 39111-5501

| Invoice Number | 100278638 |
|---|---|
| Invoice Date | 29-JUN-2016 |
| Transaction Type | Credit Memo |
| Amount Due | -$1,079.54 |

Make Checks Payable To "Aramark"

**Remit To:**

Aramark
12483 COLLECTIONS CENTER DR
CHICAGO, IL 60693

**Ship To:**

000003269-LACKEY MEM HOSP
PIONEER HEALTH SERVICES INC
LACKEY MEMORIAL HOSPITAL
330 NORTH BROAD STREET
FOREST, MS 39074

| Payment Terms | Due Date | Customer PO | Customer Number |
|---|---|---|---|
|  | 29-JUN-2016 |  | 28061 |

| Line No. | Description | Quantity | Amount | Total Amount |
|---|---|---|---|---|
| 1 | Termed 6/23/16 - Credit 7 days | 1 | -1,079.54 | -1,079.54 |

| Comments: | Currency | USD |
|---|---|---|
|  | Invoices Total | -$1,079.54 |
|  | Shipping / Handling | $0.00 |
|  | Tax | $0.00 |
|  | Total | -$1,079.54 |

Federal ID:            ACTS

Page 1 of 1