UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     PIONEER HEALTH SERVICES, INC.,     CASE NO.    16-01119-NPO
ET AL.[1]

DEBTORS                                            CHAPTER 11

## NOTICE OF RESIGNATION OF MEMBER OF CHAPTER 11 UNSECURED CREDITORS' COMMITTEE IN THESE JOINTLY ADMINISTERED CASES

NOTICE IS HEREBY GIVEN by Henry G. Hobbs, Jr., Acting United States Trustee for Region 5 ("UST"), that one member of the unsecured creditors' committee in these jointly-administered bankruptcy cases, Management Plus, Inc., has resigned from service on the committee as reflected on the attached Resignation of Member.

RESPECTFULLY SUBMITTED, this the 2nd day of May, 2017.

                                                    HENRY G. HOBBS, JR.
                                                    Acting United States Trustee
                                                    Region 5, Judicial Districts of
                                                    Louisiana and Mississippi

                                    By:     /s/Christopher J. Steiskal, Sr.
                                                    CHRISTOPHER J. STEISKAL, SR.

CHRISTOPHER J. STEISKAL, SR. (MSB #101654)
TRIAL ATTORNEY
U.S. DEPARTMENT OF JUSTICE
OFFICE OF THE U.S. TRUSTEE, REGION 5
501 EAST COURT STREET, SUITE 6-430
JACKSON, MISSISSIPPI 39201
TEL: (601) 965-5241
FAX: (601) 965-5226 / EMAIL: christopher.j.steiskal@usdoj.gov

---

[1] On April 6, 2016, the bankruptcy cases of *Pioneer Health Services of Patrick County, Inc.*, No. 16-01120-NPO; *Pioneer Health Services of Newton County, LLC*, No. 16-01121-NPO; *Pioneer Health Services of Stokes County, Inc.*, No. 16-01122-NPO; *Pioneer Health Services of Choctaw County, LLC*, No. 16-01123-NPO; *Pioneer Health Services of Oneida, LLC*, No. 16-01124-NPO; *Pioneer Health Services of Monroe County, Inc.*, No. 16-01125-NPO, were administratively consolidated into the bankruptcy case of *Pioneer Health Services, Inc.*, No. 16-01119-NPO. On April 15, 2016, the bankruptcy case of *Pioneer Health Services of Early County, LLC*, No. 16-01243-NPO, was administratively consolidated. On June 29, 2016, the bankruptcy case of *Medicomp, Inc.*, No. 16-01126-NPO, was also administratively consolidated. These cases are hereinafter referred to collectively as "the Debtors."

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     PIONEER HEALTH SERVICES, INC.,     CASE NO.     16-01119-NPO
ET AL.[2]

DEBTOR(S)                                              CHAPTER    11

## RESIGNATION OF MEMBER OF CHAPTER 11 CREDITORS' COMMITTEE IN THESE JOINTLY-ADMINISTERED CASES

PURSUANT to 11 U.S.C. § 1102, Henry G. Hobbs, Jr., Acting United States Trustee for Region 5 ("UST"), hereby announces that the following creditor in these jointly-administered bankruptcy cases has resigned from service on the unsecured creditors' committee:

**NAME AND ADDRESS OF INDIVIDUAL SERVING AND NAME OF CREDITOR:**

         Management Plus, Inc.
         Phyllis Spence
         P.O. Box 908
         Madison, MS 39130
         Tel: (601) 898-4774

A copy of the creditor's resignation letter is attached hereto as Exhibit 1.

RESPECTFULLY SUBMITTED, this the 2nd day of May, 2017.

                                             HENRY G. HOBBS, JR.
                                             Acting United States Trustee
                                             Region 5, Judicial Districts of
                                             Louisiana and Mississippi

                           By:     */s/Christopher J. Steiskal, Sr.*
                                       CHRISTOPHER J. STEISKAL, SR.

---

[2] On April 6, 2016, the bankruptcy cases of *Pioneer Health Services of Patrick County, Inc.*, No. 16-01120-NPO; *Pioneer Health Services of Newton County, LLC*, No. 16-01121-NPO; *Pioneer Health Services of Stokes County, Inc.*, No. 16-01122-NPO; *Pioneer Health Services of Choctaw County, LLC*, No. 16-01123-NPO; *Pioneer Health Services of Oneida, LLC*, No. 16-01124-NPO; and *Pioneer Health Services of Monroe County, Inc.*, No. 16-01125-NPO, were administratively consolidated into the bankruptcy case of *Pioneer Health Services, Inc.*, No. 16-01119-NPO. On April 15, 2016, the bankruptcy case of *Pioneer Health Services of Early County, LLC*, No. 16-01243-NPO, was administratively consolidated. On June 29, 2016, the bankruptcy case of *Medicomp, Inc.*, No. 16-01126-NPO, was also administratively consolidated. These cases are hereinafter referred to collectively as "the Debtors."

CHRISTOPHER J. STEISKAL, SR. (MSB #101654)
TRIAL ATTORNEY
U.S. DEPARTMENT OF JUSTICE
OFFICE OF THE U.S. TRUSTEE, REGION 5
501 EAST COURT STREET, SUITE 6-430
JACKSON, MISSISSIPPI 39201
TEL: (601) 965-5241
FAX: (601) 965-5226
EMAIL: christopher.j.steiskal@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that I have this day mailed via first class U.S. Mail, and/or forwarded via electronic mail, a true and correct copy of the foregoing pleading to the below named individual(s):

McKesson Technologies, Inc.
Peter Young, OFC #4703
5995 Windward Parkway
Alpharetta, GA 30005

Cardinal Health 200, LLC &
Cardinal Health 414, LLC
Brad Phister
7000 Cardinal Place
Dublin, OH 43017

Management Plus Inc.
Phyllis Spence
P.O. Box 908
Madison, MS 39130

ERx, LLC
Robert Devrnja, M.D.
3109 Tooles Bend Road
Knoxville, TN 37922

Scott Medical Imaging, LLC
Mohammad Saleh
730 Ridgewood Road, Suite C
Ridgeland, MS 39157

Craig M. Geno
James A. McCullough, II
Darryl S. Laddin
Sean C. Kulka

Management Plus Inc.
Phyllis Spence
P.O. Box 921
Madison, MS 39130

DATED, this the 2nd day of May, 2017.

*/s/Christopher J. Steiskal, Sr.*
CHRISTOPHER J. STEISKAL, SR.

Phyllis C. Spence  
P. O Box 921  
Madison MS  39130  
601.668.0085

April 24, 2017

Ronald H. McAlpin             Via E-mail: ronald.mcalpin@usdoj.gov  
United States Department of Justice  
501 E. Court St., Suite 6-430  
Jackson, Mississippi 39201-5002

Re:     *Pioneer Health Services, Inc., et al*, Chapter 11 Case No. 16-01119-NPO in the United States Bankruptcy Court for the Southern District of Mississippi

Mr. McAlpin:

Please accept this correspondence as my resignation from the Unsecured Creditors Committee in the above referenced matter, effective as of this date.

Sincerely,

*[signature]*  
Phyllis Spence

c:  William J. Little, Jr. – bill@lentzlittle.com  
    Christopher J. Steiskal, Esq. – christopher.j.steiskal@usdoj.gov  
    Darryl S. Laddin, Esq. – dladdin@agg.com  
    James A. McCullough, II, Esq. – jmccullough@brunini.com  
    Sean C. Kulka, Esq. – sean.kulka@agg.com



EXHIBIT 1