IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:
PIONEER HEALTH SERVICES, INC.[1]                    NO. 16-01119-NPO
         DEBTOR                                      CHAPTER 11

## REPORT OF SALE OF REAL PROPERTY [STOKES MOB]

COMES NOW Pioneer Health Services, Inc. (the **"Debtor"** or the **"Seller"**) and files this, its *Report of Sale of Real Property [Stokes MOB]* (the "Report"), and in support thereof would respectfully show as follows, to-wit:

1. Debtor attaches hereto as **Exhibit "A"** and incorporates herein by reference the Settlement Statement for the sale of 167 Moore Road, King, NC 27021 (the "Stokes MOB") to Coastal Medical Properties, LLC.

2. The sale of the Stokes MOB has been completed, the supporting documents have been forwarded to the appropriate offices for recording, and the funds have been disbursed as required by the Court in the Sale Order dated November 16, 2017, and entered in the Court's records as Docket Number 2551.

---

[1] On April 6, 2016, the bankruptcy cases of *Pioneer Health Services of Patrick County, Inc.*, No. 16-01120-NPO; *Pioneer Health Services of Newton County, LLC*, No. 16-01121-NPO; *Pioneer Health Services of Stokes County, Inc.*, No. 16-01122-NPO; *Pioneer Health Services of Choctaw County, LLC*, No. 16-01123-NPO; *Pioneer Health Services of Oneida, LLC*, No. 16-01124-NPO; and *Pioneer Health Services of Monroe County, Inc.*, No. 16-01125-NPO were administratively consolidated into the bankruptcy case of *Pioneer Health Services, Inc.*, No. 16-01119-NPO. Debtor *Pioneer Health Services of Early County, LLC*, No. 16-01243-NPO, filed its Chapter 11 bankruptcy case on April 8, 2016, and was administratively consolidated into the "main" case of *Pioneer Health Services, Inc.*, No. 16-01119-NPO, on April 15, 2016. Debtor *Medicomp, Inc.*, No. 16-01126, filed its Chapter 11 bankruptcy case on March 30, 2016, and was administratively consolidated into the "main" case of *Pioneer Health Services, Inc.*, No. 16-01119-NPO, on June 29, 2016. All of these cases are hereinafter referred to collectively as "the Debtor".

3. Accordingly, all disbursements contemplated in the closing statement have now been made and the net proceeds have been transferred to an interest-bearing, escrow account established pursuant to the guidelines promulgated by the Office of the United States Trustee.

DATED, this the ___15___ day of December, 2017.

                                          Respectfully submitted,

                                          PIONEER HEALTH SERVICES, INC.

                                          By Its Attorneys,

                                          LAW OFFICES OF CRAIG M. GENO, PLLC

                                          By: _/s/ Craig M. Geno_____
                                                 Craig M. Geno

OF COUNSEL:

Craig M. Geno; MSB No. 4793
Jarret P. Nichols; MSB No. 99426
LAW OFFICES OF CRAIG M. GENO, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
jnichols@cmgenolaw.com

N:\Firm Data\Users\Bankrupt\Pioneer Health\Pleadings\Sale - Stokes\Stokes MOB\Report of Sale - Stokes MOB 12-6-17.wpd

## CERTIFICATE OF SERVICE

I, Craig M. Geno, do hereby certify that I have caused to be served this date, via electronic filing transmission, a true and correct copy of the above and foregoing to all creditors and parties in interest, all creditors of PHS Oneida, and to the following:

Ronald H. McAlpin, Esq.
ronald.mcalpin@usdoj.gov

Christopher J. Steiskal, Esq.
christopher.j.steiskal@usdoj.gov

Sean C. Kulka, Esq.
sean.kulka@agg.com

Brian I. Swett, Esq.
bswett@mcguirewoods.com

J. Trevor Johnston, Esq.
Tjohnston@mcguirewoods.com

Darryl S. Laddin, Esq.
dladdin@agg.com

James A. McCullough, II
jmccullough@brunini.com

Robert Dozier, Esq.
robert.e.dozier@usdoj.gov

Vito Pacione, Esq.
vpacione@pfs-law.com

THIS, the 15th of December, 2017.

_____
Craig M. Geno




EXHIBIT "A"

### First American Title Insurance Company
### National Commercial Services
30 North LaSalle Street, Suite 2700 • Chicago, IL 60602

Office Phone:(800)333-3993  Office Fax:(312)553-0480

## Settlement Statement

**File No:** NCS-865981-CHI2
**Escrow Officer:** Rogelio Pineda/RP
**Estimated Settlement Date:** 11/21/2017
**Disbursement Date:** 11/21/2017

**Property:**
167 Moore Road, King, NC

**Buyer:**
First American Exchange Company as Qualified Intermediary for Coastal Medical Properties, LLC

**Seller:**
Pioneer Health Services of Stokes County, Inc.

| Buyer Charge | Buyer Credit | Description | Seller Charge | Seller Credit |
|---|---|---|---|---|
| | | **Consideration** | | |
| 1,900,000.00 | | Total Consideration | | 1,900,000.00 |
| | | **Adjustments** | | |
| 2,616.02 | | Real Estate Taxes | | 2,616.02 |
| | 2,560.00 | Medicomp Rent Proration | 2,560.00 | |
| | 2,305.21 | Wake Forest Pineridge Rent Proration | 2,305.21 | |
| | 140,000.00 | Earnest Money | | |
| | | **Title/Escrow Charges** | | |
| 375.00 | | Closing-Escrow Fee to First American Title Insurance Company National Commercial Services | 375.00 | |
| 1,800.00 | | Search and Exam to First American Title Insurance Company National Commercial Services | | |
| 2,774.00 | | Policy-Extended ALTA 2006 Owner's to First American Title Insurance Company National Commercial Services | | |
| 3,400.00 | | Endorsement (O) to First American Title Insurance Company National Commercial Services | | |
| 50.00 | | Estimated Recording Fees -Deed | | |
| | | Estimated Recording Fees -Release | 50.00 | |
| | | Estimated Documentary Transfer Tax | 3,800.00 | |
| | | **Disbursements Paid** | | |
| | | **Miscellaneous Disbursement** | | |
| 9,317.50 | | Legal Fees to Patzik, Frank & Samotny Ltd. | | |
| 4,250.00 | | Survey to Cooke Land Survey | | |
| | | 2015 Taxes to Stokes County Tax Collector | 27,239.70 | |
| | | 2016 Taxes to Stokes County Tax Collector | 595.96 | |
| | | 2016 Taxes to Stokes County Tax Collector | 24,611.65 | |
| | | 2017 Taxes to Stokes County Tax Collector | 573.46 | |
| | | 2017 Taxes to Stokes County Tax Collector | 23,288.97 | |
| 140,000.00 | | Earnest Money Return to Coastal Medical Properties, LLC | | |
| | 1,919,717.31 | Cash (X From) ( To) Buyer | | |
| | | Cash (X To) ( From) Seller | 1,817,216.07 | |
| 2,064,582.52 | 2,064,582.52 | Totals | 1,902,616.02 | 1,902,616.02 |

## Settlement Statement

**Settlement Date:** 11/21/2017  
**Officer:** Rogelio Pineda/RP

**File No:** NCS-865981-CHI2

PLEASE NOTE: A modification of money-transfer or disbursement instructions can be a red flag for Online Banking Fraud and could be a trap for the unwary. Should we knowingly receive such a modification, in the interest of prudence, we may consider it suspect and call a known and trusted phone number to verify its authenticity and accuracy. Your awareness and cooperation in taking appropriate steps to prevent fraud is greatly appreciated.

**BUYER(S):**

First American Exchange Company as Qualified Intermediary for Coastal Medical Properties, LLC, a North Carolina limited liability company

_____  
Rich Limb, Exchange Officer

Read and Approved by the Following Exchangers:

Coastal Medical Properties, LLC, a North Carolina limited liability company

By:_____  
Name: James Mark Vannoy  
Title: Member

By:_____  
Name: William E. Vannoy  
Title: Member

**SELLER(S):**

Pioneer Health Services of Stokes County, Inc., a North Carolina corporation

By: _KMcNulty_ (signature)  
Name: ~~Scott K. Phillips~~ Keely R. McNulty  
Title: ~~CRO~~ In-House Counsel

## Settlement Statement

**Settlement Date:** 11/21/2017  
**Officer:** Rogelio Pineda/RP

**File No:** NCS-865981-CHI2

PLEASE NOTE: A modification of money-transfer or disbursement instructions can be a red flag for Online Banking Fraud and could be a trap for the unwary. Should we knowingly receive such a modification, in the interest of prudence, we may consider it suspect and call a known and trusted phone number to verify its authenticity and accuracy. Your awareness and cooperation in taking appropriate steps to prevent fraud is greatly appreciated.

**BUYER(S):**

First American Exchange Company as Qualified Intermediary for Coastal Medical Properties, LLC, a North Carolina limited liability company

*/s/ Rich Limb/*

Rich Limb, Exchange Officer

**SELLER(S):**

Pioneer Health Services of Stokes County, Inc., a North Carolina corporation

By: _____  
Name: Scott K. Phillips  
Title: CRO

Read and Approved by the Following Exchangers:

Coastal Medical Properties, LLC, a North Carolina limited liability company

By: _____  
Name: James Mark Vannoy  
Title: Member

By: _____  
Name: William E. Vannoy  
Title: Member

## Settlement Statement

**Settlement Date:** 11/21/2017  
**Officer:** Rogelio Pineda/RP

**File No:** NCS-865981-CHI2

PLEASE NOTE: A modification of money-transfer or disbursement instructions can be a red flag for Online Banking Fraud and could be a trap for the unwary. Should we knowingly receive such a modification, in the interest of prudence, we may consider it suspect and call a known and trusted phone number to verify its authenticity and accuracy. Your awareness and cooperation in taking appropriate steps to prevent fraud is greatly appreciated.

**BUYER(S):**

First American Exchange Company as Qualified Intermediary for Coastal Medical Properties, LLC, a North Carolina limited liability company

_____  
Rich Limb, Exchange Officer

Read and Approved by the Following Exchangers:

Coastal Medical Properties, LLC, a North Carolina limited liability company

By: _____  
Name: James Mark Vannoy  
Title: Member

By: *William E Vannoy*  
Name: William E. Vannoy  
Title: Member

**SELLER(S):**

Pioneer Health Services of Stokes County, Inc., a North Carolina corporation

By:_____  
Name: Scott K. Phillips  
Title: CRO