IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:
PIONEER HEALTH SERVICES, INC.[1]                    NO. 16-01119-NPO
         DEBTOR                                                    CHAPTER 11

REPORT OF SALE OF SUBSTANTIALLY ALL OF THE
ASSETS OF PIONEER HEALTH SERVICES OF EARLY COUNTY, LLC

COMES NOW Pioneer Health Services, Inc. (the "**Debtor**" or the "**Seller**") and files this, its *Report of Sale of Substantially All of the Assets Owned by Pioneer Health Services of Early County, LLC (16-01243-NPO)* (the "Report"), and in support thereof would respectfully show as follows, to-wit:

1.    Debtor attaches hereto as **Exhibit "A"** and incorporates herein by reference the Closing Statement for the Sale of Pioneer Health Services of Early County, LLC to LifeBrite Hospital Group of Early, LLC.

2.    The sale of the assets of Pioneer Health Services of Early County, LLC has been completed, the supporting documents have been forwarded to the appropriate offices for recording, and the funds have been disbursed as required by the Court in the Sale Order dated August 21, 2017, and entered in the Court's records as Docket Number 2257.

---

[1] On April 6, 2016, the bankruptcy cases of *Pioneer Health Services of Patrick County, Inc.*, No. 16-01120-NPO; *Pioneer Health Services of Newton County, LLC*, No. 16-01121-NPO; *Pioneer Health Services of Stokes County, Inc.*, No. 16-01122-NPO; *Pioneer Health Services of Choctaw County, LLC*, No. 16-01123-NPO; *Pioneer Health Services of Oneida, LLC*, No. 16-01124-NPO; and *Pioneer Health Services of Monroe County, Inc.*, No. 16-01125-NPO were administratively consolidated into the bankruptcy case of *Pioneer Health Services, Inc.*, No. 16-01119-NPO. Debtor *Pioneer Health Services of Early County, LLC*, No. 16-01243-NPO, filed its Chapter 11 bankruptcy case on April 8, 2016, and was administratively consolidated into the "main" case of *Pioneer Health Services, Inc.*, No. 16-01119-NPO, on April 15, 2016. Debtor *Medicomp, Inc.*, No. 16-01126, filed its Chapter 11 bankruptcy case on March 30, 2016, and was administratively consolidated into the "main" case of *Pioneer Health Services, Inc.*, No. 16-01119-NPO, on June 29, 2016. All of these cases are hereinafter referred to collectively as "the Debtor".

3. Accordingly, all disbursements contemplated in the closing statement have now been made and the net proceeds have been transferred to an interest-bearing, escrow account established pursuant to the guidelines promulgated by the Office of the United States Trustee.

DATED, this the 15th day of December, 2017.

Respectfully submitted,

PIONEER HEALTH SERVICES, INC.

By Its Attorneys,

LAW OFFICES OF CRAIG M. GENO, PLLC

By: _____
Craig M. Geno

OF COUNSEL:

Craig M. Geno; MSB No. 4793
Jarret P. Nichols; MSB No. 99426
LAW OFFICES OF CRAIG M. GENO, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
jnichols@cmgenolaw.com

N:\Firm Data\Users\Bankrupt\Pioneer Health\Pleadings\Sale - Early & Monroe\Early Sale Order\Report of Sale - Early 12-12-17.wpd

-3-

## CERTIFICATE OF SERVICE

I, Craig M. Geno, do hereby certify that I have caused to be served this date, via electronic filing transmission, a true and correct copy of the above and foregoing to all creditors and parties in interest, all creditors of PHS Oneida, and to the following:

| | |
|---|---|
| Ronald H. McAlpin, Esq.<br>ronald.mcalpin@usdoj.gov | Darryl S. Laddin, Esq.<br>dladdin@agg.com |
| Christopher J. Steiskal, Esq.<br>christopher.j.steiskal@usdoj.gov | James A. McCullough, II<br>jmccullough@brunini.com |
| Sean C. Kulka, Esq.<br>sean.kulka@agg.com | Robert Dozier, Esq.<br>robert.e.dozier@usdoj.gov |
| Brian I. Swett, Esq.<br>bswett@mcguirewoods.com | Robert Alan Byrd, Esq.<br>rab@byrdwiser.com |
| J. Trevor Johnson, Esq.<br>Tjohnston@mcguirewoods.com | Adam M. Walters, Esq.<br>awalters@walterslawpc.com |

THIS, the 15th of December, 2017.

_____
Craig M. Geno

## CLOSING STATEMENT
## ASSET PURCHASE AGREEMENT
### by and among
### PIONEER HEALTH SERVICES OF EARLY COUNTY, INC. ("Seller"),
### AND
### LIFEBRITE HOSPITAL GROUP OF EARLY, LLC ("Purchaser")

Closing Date: October 31, 2017

**FUNDS PAYABLE BY PURCHASER TO THE LAW OFFICES OF CRAIG M. GENO FOR THE BENEFIT OF THE SELLER:**

| | |
|---|---:|
| Cash Purchase Price (§3.1)[1] | $900,000.00 |
| **PLUS** Cure Amounts (Cigna, Bank of Early) | $65,645.56 |
| **PLUS** Buyer's Share of GA Bed Tax | $148,000.00 |
| **LESS** Amount held by Escrow Agent (§3.3) | ($375,000.00) |

**TOTAL FUNDS PAYABLE BY PURCHASER TO THE LAW OFFICES OF CRAIG M. GENO FOR THE BENEFIT OF SELLER ................. $738,645.56**

*See Exhibit A for Wire Instructions for the Law Offices of Craig M. Geno, PLLC*

**FUNDS PAYABLE BY THE LAW OFFICES OF CRAIG M. GENO TO SOLIC CAPITAL ADVISORS, LLC:**

| | |
|---|---:|
| 2% Success Fee | $75,530.71 |

*See Exhibit A for Wire Instructions for Solic Capital Advisors, LLC*

**FUNDS PAYABLE BY THE LAW OFFICES OF CRAIG M. GENO TO GEORGIA DEPARTMENT OF COMMUNITY HEALTH:**

| | |
|---|---:|
| Bed Tax | $250,000.00 |

**FUNDS PAYABLE BY THE LAW OFFICES OF CRAIG M. GENO TO CIGNA:**

| | |
|---|---:|
| Cure Amount | $7,411.56 |

**FUNDS PAYABLE BY THE LAW OFFICES OF CRAIG M. GENO TO BANK OF EARLY:**

| | |
|---|---:|
| Cure Amount | $58,234.00 |

The parties agree and acknowledge that the Closing is effective as of 12:01 a.m. on November 1, 2017.

*See Exhibit A for Wire Instructions for Bank of Early*

[Signature Page to Follow]

---

[1] Amount excludes contingent payment of $500,000.

4829-3421-9859.4



EXHIBIT "A"

IN WITNESS WHEREOF, the parties have executed this Closing Statement as of the date first above written.

HOSPITAL SELLER:

PIONEER HEALTH SERVICES OF EARLY COUNTY, LLC

By: *Scott K. Phillips* (signature)
Name: Scott K. Phillips
Title: CRO

PURCHASER:

LifeBrite Hospital Group of Early, LLC

By: _____
Name: _____
Title: _____

*[Signature Page to Closing Statement]*

IN WITNESS WHEREOF, the parties have executed this Closing Statement as of the date first above written.

**SELLER:**

**PIONEER HEALTH SERVICES OF EARLY COUNTY, LLC**

By: _____
Name: _____
Title: _____

**PURCHASER:**

**LifeBrite Hospital Group of Early, LLC**

By: *Christian Fletcher*
Name: Christian Fletcher
Title: Managing Member

# EXHIBIT A

## Wire Instructions

### Law Offices of Craig M. Geno, PLLC:

## WIRE INSTRUCTIONS

| | |
|---|---|
| Bank to receive Wire: | Regions Bank |
| Address of Receiving Bank: | 417 N 20th Street<br>Birmingham, AL 35203 |
| ABA Routing #: | 062005690 |
| Account Name: | Law Offices of Craig M. Geno, PLLC<br>Trust IOLTA Account |
| Account Address: | 587 Highland Colony Parkway Ridgeland, MS 39157 |
| Account Number: | 0145342199 |

4829-3421-9859.4

<u>**SOLIC Capital Advisors, LLC**</u>:

Northern Trust Bank
50 S. LaSalle
Chicago, IL 60675

Wire Instructions
ABA# 071000152
Acct# 3800869411

Swift - CNORUS44

(International Wires)

Beneficiary Name: SOLIC Capital Advisors, LLC

Federal Tax ID Number: 45-2035261

---

**Bank of Early:**

| | |
|---|---|
| Bank to receive Wire: | CenterState Bank of Florida, N.A. |
| Address of Receiving Bank: | 400 Interstate North Parkway, Suite 1200 Atlanta, GA 30339 |
| ABA Routing #: | 063116737 |
| Beneficiary Bank: | Bank of Early |
| Beneficiary Bank Address: | 12347 Columbia St. Blakeley, GA 39823 |
| Beneficiary Bank ABA #: | 061212002 |

*4829-3421-9859.4*          *[Signature Page to Closing Statement]*