## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 16-01119-NPO |
| PIONEER HEALTH SERVICES, INC., *et al.* [1], | |
| | Jointly Administered |
| Debtors. | |

## MOTION TO COMPEL DEBTORS TO COMPLY WITH APPLICABLE LAW REGARDING PATIENT RECORDS AND OTHER DOCUMENTS, OR, IN THE ALTERNATIVE, TO COMPLY WITH 11 U.S.C. § 351

VCC Bank, formerly known as Community Capital Bank of Virginia, as Servicing Agent for VCC 08-05, LLC (collectively, the "VCC Lender") and Patrick County Real Estate, LLC (the "Owner" and together with the VCC Lender, the "Movants"), seek entry of an order compelling Pioneer Health Services of Patrick County, Inc. ("Pioneer of Patrick County") and "), Pioneer Health Services, Inc. ("Pioneer Health") to comply with applicable Federal and State law regarding the retention and provision of access to patient records and other documents, or, in the alternative, to comply with 11 U.S.C. § 351.  In support thereof, the Movants state as follows:

### Jurisdiction

1.     The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2.     Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

---

[1] On April 6, 2016, the bankruptcy cases of Pioneer Health Services of Patrick County, Inc., No. 16-01120-NPO; Pioneer Health Services of Newton County, LLC, No. 16-01121-NPO; Pioneer Health Services of Stokes County, Inc., No. 16-01122-NPO; Pioneer Health Services of Choctaw County, LLC, No.16-01123-NPO; Pioneer Health Services of Oneida, LLC, No. 16-01124-NPO; and Pioneer Health Services of Monroe County, Inc., No. 16-01125-NPO were administratively consolidated into the bankruptcy case of Pioneer Health Services, Inc., No. 16-01119-NPO.  Debtor Pioneer Health Services of Early County, LLC, No. 16-01243-NPO, filed its Chapter 11 bankruptcy case on April 8, 2016.  Pioneer Health Services of Early County, LLC, No. 16-01243-NPO was administratively consolidated into the "main" case of Pioneer Health Services, Inc., No. 16-01119-NPO, on April 15, 2016.

3.     The bases for the relief requested herein are sections 105 and 351 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code").

## Factual Background

4.     On March 30, 2016 (the "Petition Date"), Pioneer Health and Pioneer of Patrick County (collectively, the "Debtors"), filed petitions in the United States Bankruptcy Court for the Southern District of Mississippi (the "Court") under chapter 11 of the Bankruptcy Code.  The Debtors remain in possession of their respective existing assets and manage their properties and affairs as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

5.     On April 6, 2016, the Court entered an order [Docket No. 44] authorizing the joint administration and procedural consolidation of the chapter 11 cases pursuant to Bankruptcy Rule 1015(b).

6.     Pioneer of Patrick County owned and operated a critical access hospital facility in rural southwest Virginia.  The hospital was managed and run by Pioneer Health, which, on information and belief, is still responsible for actively managing and addressing the wind down of the Pioneer of Patrick County hospital which is now closed.

7.     Pioneer of Patrick County, is indebted to the VCC Lender in connection with certain loans (the "Loans").  The Loans are reflected by: (i) that certain Promissory Note from Pioneer of Patrick County dated May 6, 2013 in the original principal amount of $4,919,798.00 ("Note A"); and (ii) that certain Promissory Note from Pioneer of Patrick County dated May 6, 2013 in the original principal amount of $1,870,202.00 ("Note B," and together with Note A, the "VCC Lender Notes").  Copies of the VCC Lender Notes were attached as Exhibit A to the Lenders' Motion to Compel Adequate Protection (the "Adequate Protection Motion") [Doc No. 126] and are incorporated herein by reference.

2

8. The VCC Notes are subject to the terms of that certain Loan and Disbursement Agreement dated May 6, 2013, by and among Pioneer of Patrick County and VCC 08-05, LLC (the "Loan Agreement"). A copy of the Loan Agreement was attached as Exhibit B to the Adequate Protection Motion and is incorporated herein by reference.

9. The obligations due and owing in connection with the VCC Lender Notes were secured by, among other things, certain real property more commonly known as 18688 Jeb Stuart Highway, Stuart, Virginia 24171 (the "Property") and all rent generated in connection therewith, pursuant to and as more particularly described in that certain Deed of Trust, Security Agreement, Assignment of Leases and Rents and Fixture Filing dated May 6, 2013 and recorded in the Clerk's Office for the Circuit Court of Patrick County on May 6, 2013 as Instrument Number 130000816 (the "Deed of Trust"). A copy of the Deed of Trust was attached as Exhibit C to the Adequate Protection Motion and is incorporated herein by reference.

10. During the course of these bankruptcy cases, the Debtors conducted a marketing process in an attempt to sell the assets of Pioneer of Patrick County, including the Property. Unfortunately, those efforts failed and the Debtors closed the hospital that was operating on the Property. On October 18, 2017, the United States Department of Health and Human Services' Center for Medicare & Medicaid Services issued a letter to Pioneer of Patrick County terminating its "Critical Access" status and withdrawing Pioneer of Patrick County from the Medicare programs. As a result of these events, the Debtors agreed to grant the Lenders relief from the automatic stay and on November 27, 2017, the Court entered the *Consent Order Granting Abandonment and Granting Motion for Relief from Stay* [Doc. No. 2596].

11. Subsequent thereto, the VCC Lender initiated the foreclosure process and on December 20, 2017, a foreclosure sale was conducted with respect to the Property. VCC Lender was the high bidder at the foreclosure sale by virtue of its credit bid and assigned its rights in

3

connection therewith to the Owner, which is wholly owned by VCC 08-05, LLC.  A Trustee's Deed conveying the Property to the Owner has been recorded in the Clerk's Office for the Circuit Court of Patrick County, Virginia.

12.     Since the foreclosure sale, the Movants have contacted the Debtors on multiple occasions regarding the patient records and other documents stored at the Property (collectively, the "Records").  To date, the Debtors have not provided a meaningful response nor sought to remove and/or secure the Records.  Instead, the Debtors have merely asserted it lacks sufficient funds to address the situation.

13.     Multiple calls are being received each day from former patients of Pioneer of Patrick County seeking to obtain their records.

14.     On information and belief, the former patients of Pioneer of Patrick County require their records in order to continue with their treatments and receive adequate medical care.

15.     On information and belief, the failure of the Debtors to take control of the Records and establish a procedure and protocol to provide former patients access to such information is creating hardships among these patients that could have significant consequences to their health and wellbeing if not immediately addressed.

16.     In light of the Debtors failure to comply with applicable Federal and State law or the Bankruptcy Code, the Movants are seeking to compel such compliance.

## Relief Requested

17.     In order to maintain the safety and wellbeing of the public, hospitals and other healthcare businesses are highly regulated by state and federal governments and there exists specific State and Federal laws and regulations that impose requirements regarding the confidentiality, retention and storage of all related medical records and documents.

4849-4157-7818.1

18.     For instance, the Health Insurance Portability and Accountability Act of 1996 ("HIPPA"), Pub. L. No. 104-191, as amended by the Health Information Technology for Economic and Clinical Health Act of 2009, Pub. L. No. 111-5, addresses issues of confidentiality, privacy and security of medical records and is generally applicable to bankruptcy debtors and trustee.  3 *Collier on Bankruptcy*, ¶ 351.01, fn. 2 (Richard Levin & Henry J. Sommer eds., 16th ed.).

19.     Given that the Debtors have failed to take possession of the Records or otherwise administer patient access thereto, the Debtors are not maintaining the privacy, confidentiality and retention requirements regarding the Records and therefore, they are not in compliance with HIPPA.

20.     The Debtors failure to take possession of and administer patient access to the Records is also in violation of applicable Virginia law.  Pursuant to Virginia Code § 54.1-2403.3, medical records are the property of the health care provider.  As the owner of the Records, Pioneer of Patrick County, and Pioneer Health as the manager and agent of Pioneer of Patrick County, is governed by Virginia Code § 32.1-127.1:01, which provides that patient records must be stored electronically or preserved in paper format by the health care facility and a health care facility must make those records available to their patients in accordance with applicable law. Va. Code § 54.1-2403.3.

21.     In addition to applicable law requiring the Debtors to maintain and provide access to the Records, regulations of the Virginia State Board of Health provides that health care providers must maintain a patient record for a minimum of six years following the last patient encounter.  18 VAC § 85-20-26.  Similarly, Medicare regulations generally require that providers of Medicare services, like the Debtors, keep records for at least five years from the date of settlement of the claim against Medicare for payment.  *See* 42 U.S.C. § 1395(cc(a)(1)(I)(ii); 42

C.F.R. § 482.24(b)(1) (2005). As a result, applicable Federal and State law require the Debtors, including Pioneer of Patrick County, to maintain the Records for a minimum period and make them available to the patients upon request.

22.     The Debtors have sought to absolve themselves of responsibility with respect to the Records on the basis of insufficient funds to comply with Federal and State law. The Bankruptcy Code, however, does not permit such actions and instead mandates an alternative course.

23.     Section 351 of the Bankruptcy Code provides that for debtors involved in a "health care business" that do "not have a sufficient amount of funds to pay for the storage of patient records in the manner required under applicable Federal or State law," an alternative storage method and disposal protocol must be complied with. 11 U.S.C. § 351.[2]

24.     As a health care business without sufficient funds to comply with applicable Federal and State law, § 351of the Bankruptcy Code applies to the treatment of the Records in this instance. Under § 351, a debtor is required to:

> (A) promptly publish notice, in 1 or more appropriate newspapers, that if patient records are not claimed by the patient or an insurance provider (if applicable law permits the insurance provider to make that claim) by the date that is 365 days after the date of that notification, the trustee will destroy the patient records; and
>
> (B) during the first 180 days of the 365-day period described in subparagraph (A), promptly attempt to notify directly each patient that is the subject of the patient records and appropriate insurance carrier concerning the patient records by mailing to the most recent known address of that patient, or a family member or contact person for that patient, and to the appropriate insurance carrier an appropriate notice regarding the claiming or disposing of patient records.

---

[2] Pioneer of Patrick County acknowledges that it is a health care business as defined by 11 U.S.C. § 101(27A)) pursuant to its Voluntary Petition for Non-Individuals Filing for Bankruptcy [Case No. 16-01120; Doc. No. 1] filed in connection with its bankruptcy case.

11 U.S.C. § 351(1). If after providing this notice, the patient records are not claimed within 365 days, the health care business must:

> mail, by certified mail, at the end of such 365-day period a written request to each appropriate Federal agency to request permission from that agency to deposit the patient records with that agency, except that no Federal agency is required to accept patient records under this paragraph.

11 U.S.C. § 351(2).  If the contacted federal agency refuses to accept the records, then the debtor:

> shall destroy those records by—
> (A)      if the records are written, shredding or burning the records; or
> (B)      if the records are magnetic, optical, or other electronic records, by otherwise destroying those records so that those records cannot be retrieved.

11 U.S.C. § 351(3).

25.    To date, the Debtors have failed to comply with 11 U.S.C. § 351 and have not otherwise indicated their intent to comply.  As set forth above and in section 351, the Debtors are required to secure the Records and provide notice to patients of the possession of the Records and provide an opportunity and procedure for those patients to obtain such Records.  To date, as previously noted, the Debtors have failed and refused to take such actions.

26.    As a result, the Debtors should be compelled to either (i) take possession of the Records and establish a protocol, in accordance with governing Federal and State law, to make the Records available to the patients for the applicable time period; or, (ii) if it lacks sufficient funds to pay for storage in accordance with Federal and State law, to take possession of the Records and establish a protocol to make the Records available to the patients in compliance with section 351.

4849-4157-7818.1

**WHEREFORE**, the Movants request that the Court enter an order (i) compelling the Debtors to take immediate possession of the Records and establish a protocol to provide access to the Records in accordance applicable Federal and State law, or, in the alternative, to compel the Debtors to comply with 11 U.S.C. § 351, by taking possession of the Records and establishing a protocol to provide access to the Records and otherwise meeting the requirements of § 351; and (ii) granting any further relief the Court deems just and proper.

Dated:  January 10, 2018
Richmond, Virginia

Respectfully submitted,

/s/ Michael A. Condyles
Michael A. Condyles (VA 27807)
Jeremy S. Williams (VA 77469)
KUTAK ROCK LLP
Riverfront Plaza
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219-3500
Telephone:     (804) 644-1700
Facsimile:      (804) 783-6192
michael.condyles@kutakrock.com
jeremy.williams@kutakrock.com

and

Kristina M. Johnson (MS Bar No. 9382)
Jones Walker LLP
190 East Capitol Street
Jackson, MS  39201
Tele:  (601) 949-4785
Fax:   (601) 949-4804
kjohnson@joneswalker.com
*Counsel for Movants*

8

## **CERTIFICATE OF SERVICE**

I, Michael A. Condyles, hereby certify that on January 10, 2018, a copy of the foregoing document was served via electronic filing in the CM/ECF system for the United States Bankruptcy Court for the Southern District of Mississippi, to all parties receiving electronic notices in this bankruptcy case and mailed with the United States Postal Service, Postage prepaid and e-mailed to the following and to the parties listed on the Amended Reduced Service List as of April, 2017, which is attached hereto and made a part hereof as follows:

Pioneer Health Services, Inc.
P.O. Box 1100
Magee, MS 39111
  *Debtor*

Craig M. Geno, Esq.
Law Office of Craig M. Geno, PLLC
587 Highland Colony Parkway
Ridgeland, MS  39157
  *Counsel to the Debtor*

Ronald H. McAlpin, Esq.
Margaret O. Middleton, Esq.
Christopher J. Steiskal, Sr., Esq.
United States Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201
  *Office of the U.S. Trustee*

Sean C. Kulka, Esq.
Darryl S. Laddin, Esq.
Arnall Golden Gregory LLP
171 17th St., NW, Ste. 2100
Atlanta, GA  30363
  *Counsel to the Official Unsecured*
  *Creditors' Committee*

James A. McCullough, II, Esq.
Brunini, Grantham, Grower & Hewes, PLLC
P.O. Drawer 119
Jackson, MS  39205
  *Counsel to the Official Unsecured*
  *Creditors' Committee*

/s/ Michael A. Condyles

4849-4157-7818.1

**PIONEER**
AMENDED REDUCED SERVICE LIST
As of April 2017
(APPROVED BY COURT)

DEBTOR:

Pioneer Health Services, Inc.
P.O. Box 1100
Magee, MS 39111

SECURED CREDITORS/CERTAIN LESSORS:

BancorpSouth
108 **E** Commerce Street
Aberdeen, MS 39730

Bank of Early
P.O. Box 527
Blakely, GA 39823

BMW Financial
P.O. Box 9001065
Louisville, KY 40290

Capital One Banking
4445 Willard Ave., 6th
Chevy Chase, MD 20815

Direct Credit Funding
3629 N. 700 E, #200
Ogden, UT 84414

Direct Credit Funding
3629 N 700 E #200
Ogden, UT 84414

First Financial Corporation
Dept. #2067
P.O. Box 87618
Chicago, IL 60680

First Financial Leasing
P.O. Box 87618
Chicago, IL 60680

Funding Well Capital
P.O. Box 790448
Saint Louis, MO 63179

F-anding-Welt-alpitat        **RETURNED**
2313ft-N7Heryden-Rd7,-6te'290
Scottsciaterie-652rai-6656

**NO SUCH NUMBER; UNABLE TO FORWARD**

GE Healthcare Financial
P.O. Box 641419
Pittsburgh, PA 15264-1419

Hawkers
P.O. Box 1100
Magee, MS 39111

Leaf
P. O. Box 64406
Cincinnati, OH 45264-4006

Leasing Innovations
261 North Hwy '101
Solana Beach, CA 92075

McKesson Technologies
P.O. Box 98347
Chicago, IL 60693

McKesson Technologies
400 - 5'th Avenue, #200
Waltham, MA 02451

Med One Capital
P.O. Box 708278
Sandy, UT 84070

NEC
24189 Network Place
Chicago, IL 60673

Novitas
2020 Technology, #100
Mechanicsburg, PA 17050

Peoples Bank
P.O. Box 7
Mendenhall, MS 39114

PHS - Funding Well Cap.
P.O. Box 790448
Saint Louis, MO 63179

PHS - Leasing Innovations
261 N. Hwy 101
Solana Beach, CA 92075

PHS - Med One
P.O. Box 708278
Sandy, UT 84070

Premium Credit Corporation
P.O. Box 1027
Magee, MS 39111

Premium Credit Corporation
1663 Simpson Hwy 49
Magee, MS 39111

Regions Bank
P.O. Box 2545
Birmingham, AL 35202

4848-0035-3877.1

Regions Equipment Finance
202 S. 40th
Hattiesburg, MS 39402

Siemens Financial
170 Wood Ave. South, 8th Floor
Iselin, NJ 08830

Stryker Flex Financial
25652 Network Place
Chicago, IL 60673

Trustmark
Commercial Loan Dept.
P.O. Box 1182
Jackson, MS 39215

Virginia Community Capital
110 Peppers Ferry Rd.
Christiansburg, VA 24073

**GOVERNMENT ENTITIES/TAXING AUTHORITIES:**

AL Dept. of Labor
649 Monroe St.
Montgomery, AL 36131

AL Dept. of Revenue
50 N. Ripley St.
Montgomery, AL 36104

Cahaba Govt Benefits
500 Corporate Parkway, #300
Birmingham, AL 35242

City of Aberdeen
Att'n: City Clerk
125 W. Commerce St.
Aberdeen, MS 39730

City of Blakely
P.O. Box 350
Blakely, GA 39823

City of Byram
P.O. Box 720609
Byram, MS 39272-0609

City of Magee
123 Main Ave. North
Magee, MS 39111-3598

City of Winston-Salem
Revenue Division
P.O. Box 580055
Charlotte, NC 28258-0055

County of Choctaw
P.O. Box 250
Ackerman, MS 39735

Department of Health
P.O. Box 198990
Nashville, TN 37219-8990

Department of Community Health
P.O. Box 277941
Atlanta, GA 30384-7941

Early County Health Department
618 Flowers Drive
Blakely, GA 39823-2804

Georgia Dept. of Labor
148 Andrew Young Intl
Atlanta, GA 30303

GA Dept of Revenue
P.O. Box 105544
Atlanta, GA 30348

GA Treasury & Financial
Dept. of Community Health
2 Peachtree Street NW
Atlanta, GA 30303-3172

Georgia Dept. of Community Health
P.O. Box 277941
Atlanta, GA 3384-7941

Hinds Co. Tax Collector
Attn: Eddie Fair
P.O. Box 1727
Jackson, MS 39150

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
c/o United States Attorney
501 E. Court Street., Suite 4.430
Jackson, MS 39201-5025

Madison County Tax Collector
Attn: Kay Pace
P.O. Box 113
Canton, MS 39046

MS Dept. of Employment
P.O. Box 22781
Jackson, MS 39225-2781

MDES
P.O. Box 1699
Jackson, MS 39215-1699

MS Dept. of Human Services
Child Support Enforcement
P.O. Box 23094
Jackson, MS 39225-3094

MS Dept. of Revenue
c/o Sylvie D. Robinson, Esq.
P.O. Box 22828
Jackson, MS 39225-2828

MS State Dept. of Health Criminal History
P.O. Box 1700
Jackson, MS 39215-1700

MS Dept. of Revenue
Bankruptcy Division
P.O. Box 22808
Jackson, MS 39225-2808

Miss. Dept. of Employment Security
Office of Legal Affairs
P.O. Box 1699
Jackson, MS 39215-1699

Monroe Co. Tax Collector
P.O. Box 578
Aberdeen,MS 39730

NC Dept. of Commerce
P.O. Box 26504
Raleigh, NC 27611

NC Dept. of Labor
1101 Mai(service Center
Raleigh, NC 27699-1100

NC Dept. of Revenue
501 N. Wilmington
Raleigh, NC 27604

NC Dept. of Revenue
P.O. Box 25000
Raleigh, NC 27640-0150

NC Div. of Employment Security
P.O. Box 26504
Raleigh, NC 27611

Newton Co. Tax Assessor & Collector
P.O. Box 7
Decatur, MS 39327

Palmetto GBA
P.O. Box 100277
Columbia, SC 29202

Patrick Co. Treasurer
P.O. Box 668
Stuart, VA 24171

Rankin County Tax Collector
Attn: Judy Fortenberry 211
E. Government, #B Brandon,
MS 39042

Scott County Chamber of Commerce
P. O. Box 766
Helenwood, TN 37755-0766

Scott Co. Tax Collector
100 E. First St.
Forest, MS 39074

Simpson County Chancery Clerk
Tommy Joe Harvey, Chancery Clerk
P.O. Box 367
Mendenhall, MS 39114-0367

Simpson Co. Tax Collector
Att'n: Charles Baldwin
P.O. Box 459
Mendenhall, MS 39114

Stokes Co. Tax Collector
1014 Main Street
Danbury, NC 27016

Stokes Co. Tax Dept.
P.O. Box 57
Danbury, NC 27016

Surry Co. Tax Collector
**P.O.** Box 576
Dobson, NC 27017-7056

Tennessee Department of Revenue
do Attorney General's Office
Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202-4015

TN Dept Env. & Conservation
WRS TN Tower, 10th Floor
312 Rosal L. Parks Ave
Nashville, TN 37243-1102

TN Dept. of Labor
P.O. Box 101
Nashville, TN 37202

Town of Oneida
121 Municipal Drive
Oneida, TN 37841

Town of Stuart
P.O. Box 422
Stuart, VA 24171

Town of Weir
Att'n: Cyndi Brooks
P.O. Box 217
Weir, MS 39772

USDA
P.O. Box 67
Decatur, MS 39327-0067

VA Dept. of Taxation
P.O. Box 27407
Richmond, VA 23261

VA Employment Commission
P.O. Box 1358
Richmond, VA 23218

**MEMBERS OF OFFICIAL COMMITTEE OF
UNSECURED CREDITORS:**

McKesson Technologies, Inc.
Peter Young, OFC #4703
5995 Windward Parkway
Alpharetta, GA 30005

Cardinal Health 200, LLC &
Cardinal Health 414, LLC
Brad Phister
7000 Cardinal Place
Dublin, OH 43017

Scott Medical Imaging, LLC
Mohammed Saleh
730 Ridgewood Road, Suite C
Ridgeland, MS 39157

Management Plus, Inc.
Phyllis Spence
P.O. Box 908
Madison, MS 39130

Erx, LLC
Robert Devrnja, **M.D.**
9724 Kingston Pike, Ste 1300
Knoxville, TN 37922

**MEDICOMP 20 LARGEST UNSECURED (only
those not listed previously on this reduced
matrix:**

Raintree Systems, Inc.
27307 Via Indistria
Temecula, CA 92590

Charlotte's Screen Printing, Inc.
775 Trickhambridge Rd
Brandon, MS 39042

The Burgess Group PA
2506 Lakeland Dr., Ste 401
Jackson, MS 39232

Micro Printing & Blueprint
225 East Pearl Street
Jackson, MS 39201

Insight Direct USA Inc
P.O. Box 731069
Dallas, TX 75373-1069

Dogwood Office Center
655 Pearl Orchard Rd
Ste 106-211
Ridgeland, MS 39157

**ATTORNEYS AND PARTIES HAVING
ENTERED AN APPEARANCE:**

Timothy J. Anzenberger
tim.anzenbergerarlaw.com

William R. Armstrong, Jr.
warmstronqwrapa.corncastbiz.net

Debra Devassy Babu
ddevassy PaskounIsdarcy.com

claypthebaldwinfirm.corn

jbarbernioneswalker.com

Charles F. F. Barbour
cbarbourRblswlaw.com

R. Michael Bolen
rmta,hoodbolen.corn

David A. Bowling
dabRlawbowlincbcorn

Victoria R. Bradshaw
vrbAwisecarter.com

Marc **E. Brand**
marcAbrandlawfirm.com

Kirk B. Burkley
khurkleyPbernsteinlaw.corn

Robert Alan Byrd
rabRbyrdwiser.com

J. Mitchell Carrington
Mitch.CarringtonRbutlersnow.com

**Pattf-dreatertese
peettmeseerneittireavatds7com**

**REMOVED - NO LONGER WORKS FOR
MCGUIRE WOODS**

Victoria M. Chamberlain
vmcft,lawbowling.com

Ryan K. Cochran
rvan.cochratiwallerlaw.com

Michael A. Condyles
michael.condyles(@,KutakRock.com

4848-0035-3877.1

| | | |
|---|---|---|
| **John A. Crawford, Jr.**<br>jack.crawfordAbutlersnow.com | **Thomas H. Dickenson**<br>tdickenson(@hdclaw.corn | **S. Carter Dobbs, Jr.**<br>carterdobbslawqmail.com |
| **Robert E. Dozier**<br>robert.e.dozier cr usdoi.ciov | **Heath Alan Fite**<br>heath.fiteAwaller.law.corn | **Betty Ruth Fox**<br>bfoxnwatkinseacier.com |
| **Stephen** E. **Gardner**<br>stevemardner(cD.younqwells.com | **Jeffrey K. Garfinkle**<br>igarfinkle(buchalter.com | **Marian** Garza<br>ecfnotices(a.ascensioncapitalcroup.com |
| Gill Geldreich<br>agbankcalgilaq.tn.gov | **Georgia Dept of Community Health**<br>wqroffnlaw.qa.gov | **Craig M. Geno**<br>cmcienoRcmgenolaw.com |
| Cody W. Gibson<br>cwolbsonlawqmail.com | **Glenn** E, **Glover**<br>qgloverbabc.com | **Douglas A. Goldstein**<br>dgoldsteinselawfirm.com |
| Eric S. Goldstein, **Esq.**<br>egoldsteinftgoodwin.com | G. Grant Greenwood<br>ggreenwood cc iamesbateslip.com | Chad J. Hammons<br>charnmonsioneswalkor.corn |
| **Karyn D. Heavenrich**<br>kheavenrichOsncquirewoods.corn | **Derek A. Henderson**<br>derekAderekhendersonlaw.corg | **Robert T. Higginbotham, Jr.**<br>bhibbinbothamAmhvplaw.com |
| **Robert M. Hirsh**<br>robert.hirshAarentfox.com | Jarret P. Hitchings<br>JPElitchingsRdtianemorris.com | James J. Holman<br>JJHolmanaduanemorris.com |
| **C. Thomas James III**<br>tiamesAlamesbatesllp.com | **Thomas Cleveland James**<br>tiamesftlamesbatesllp.com | **Paul G. Jennings**<br>pienninctsPbassberry.com |
| Harriett F. Johnson<br>harriett. iohnsonaeeoc.gov | Kristina **M.** Johnson<br>kiohrisonP,ioneswalker.corn | **T. Trevor Johnston**<br>tjohnstonmcquirewoods.com |

4848-0035-3877.1

| | | |
|---|---|---|
| Joe A. Joseph<br>jioseph(rOurr.com | Jon-Marc King<br>jonmarckingeaveslaw.com | Crane D. Kipp<br>cdkwisecarter.com |
| Sean C. Kuika<br>sean.kulka(@agg.com | Darryl Scott Laddin<br>darryl.laddinagg.com | Hanna Lahr<br>hlahrP.burr.com |
| John Lassiter<br>jlassite(Cpburr.com | Edward E. Lawler, Jr.<br>elawlermckaylawler.com | William H. Leech<br>bleech@cctb.com |
| Vanessa A. Leo<br>VleoRMPHlawfirm.com | Jordan M. Lewis<br>jrnontylewis(CPclifirm.com | William J. Little, Jr.<br>ecfa'Dientzlittle.com |
| Andrew F. Lopez<br>alopezall,mcquirewoods.com | Stephen T. Masley<br>smaslevPmcglinchey.com | Patrick F. McAllister<br>pmcallisterammilaw.com |
| Ronald H. McAlpin<br>ronald.mcalpinPusdol.gov | Robert L. McArty<br>Rob7mac(i)aol.corn | James A. McCullough, II<br>jmcculloughAbrunini.com |
| Stephanie B. McLarty<br>smclartvioneswalker.com | Christopher H. Meredith<br>cmeredith0cctb.com | Margaret 0. Middleton<br>marciaret.middletonusdoi.ciov |
| Katrina L. Miller<br>kmillerstites.com | James T. Mitchell<br>tmitchellRmitchellday.corn | Gregory A. Moffett<br>qmoffettpreti.com |
| Richard A. Montague, Jr.<br>rnontaaurephelps.com | John D. Moore<br>lohnnjohndmoorepa.com | Walter C. Morrison, IV<br>wmorrisonciainsben.com |
| David Ronald Musgrove<br>musgroveAmusgrovesmith.com | Walter A. Neely<br>andrew@sn-law.net | J. Walter Newman, IV<br>wnewman95@msn.com |

| | | |
|---|---|---|
| Jarret P. Nichols<br>jnicholsO,cmgenolaw.com | Douglas C. Noble<br>dnobloammonlaw.com | James W. O'Mara<br>omaraiOphelps.com |
| George Robert Parrott, 11<br>Robert.Parrottarlaw.com | Hiten Hasmukhlal Patel<br>hbate16¨Amphlawfirm.com | Scherrie L. Prince<br>sprinceprincelawassociates.com |
| Bean-R7Prober-<br>eveitehftreAe7cotyr | Jeff D. Rawlings<br>jeffrawlingsmacinnis.net | Mark D. Ray<br>mdravftumc.edu |

**REMOVED AT REQUEST OF CHRIS VEITCH**

| | | |
|---|---|---|
| Stephan A. Ray<br>sray cc mcdr-law.com | James E. Renfroe<br>jrenfroe camslawfirm.biz | Jeremy L. Retherford<br>iretherfordbalch.com |
| Sy'vie D. Robinson<br>Sylvle.robinsondor.ms.ciov | Kevin A. Rogers<br>krogerswellsmar.con, | Stephen W. Rosenblatt<br>steve.rosenblattAbutlersnow.com |
| Daniel R. Schimizzi<br>dschimizzi(@,bernsteinlaw.com | Eileen N. Shaffer<br>enslawPbollsouth.net | Henry C. Shelton<br>henry.sheltonAarlaw.com |
| Michael S. Smith, II<br>michaelAmusorovesmith.com | Jim F. Spencer, Jr.<br>IspencerAwatkinseager.com | Larry Spencer<br>spencerAkingandspencer.net |
| Olivia Spencer<br>spencer(a?kinciandspencer.net | Stephen D. Stamboulieh<br>sstambouliehamitchellday.com | Christopher J. Steiskal, Sr.<br>christopher.i.stelskalusdol.gov |
| Brian I. Swett<br>bswettPmcquirewoods.com | David Neal Usry<br>David.Usryausdol.gov | Melanie T. Vardaman<br>melanieAjohndmoorepa.com |
| J. Wilboum Vise<br>willvise(cmhvlaw.com | James D. Walde<br>waideAwaidelaw.com | Gregory J. Walsh<br>yreoftsundmakerfirm.com |

**Adam M. Walters**
awalters(amalterslawpc.com

**Matthew P. Weiner**
mattweinerparkerpoe.corn

**Grant White**
grantrwhiteamail.com

**Jeremy S. Williams**
Jeremy.WilliarrispKutakRock.om

**Andrew R. Wilson**
awilsonOblswlaw.com

**Marcus M. Wilson**
mwilsonblswlaw.corn

**Nicholas Van Wiser**
nwiserMyrdwiser.com

**Jeremy C. Wisler**
h_Nisleq@connollyciallagher.com

4841-4753-9546.1