# Exhibit A

(Invoices)

Page 1 of 1

# Alliance HealthCare Services

PO Box 19532, - Irvine, CA 92623
(949) 242-5300

**STATEMENT FOR SERVICES RENDERED**

| | |
|---|---|
| **Invoice Date** | 03/31/2016 |
| **Invoice No.** | INV0372722 |
| **Customer No.** | All-14624 |
| **Terms** | Net 15 |
| **Region** | 777 |

**MRI**

BILLING ADDRESS:

Monroe Regional Hospital-Aberde
400 S Chestnut St
Aberdeen, MS  39730-3335

SERVICE ADDRESS:

Monroe Regional Hospital-Aberde
400 South Chestnut Street
Aberdeen, MS  39730

**Send Payments To:**

Alliance HealthCare Services
PO Box 55826
Los Angeles, CA  90074-5826

| LINE | PATIENT NAME | I.D. | INSURANCE | CPT CODE | DESCRIPTION | DATE OF SERVICE | I/O | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | *Unit Visit (SIGNA 206)* | | | | Unit Visit | 03/17/2016 Thu | | $0.00 |
| 2 | | | MEDICARE | 70553 | Brain W & W/O | 03/18/2016 Fri | O | $385.00 |
| 3 | | | MEDICARE | 73221 | Upper Ext w/o | 03/18/2016 Fri | O | $385.00 |
| 4 | | | UNITEDHL | 72141 | C-Spine W/O | 03/21/2016 Mon | O | $385.00 |
| 5 | | | UNITEDHL | 70551 | Brain W/O Con | 03/21/2016 Mon | O | $385.00 |
| 6 | | | MEDICARE | 72148 | L-Spine W/O | 03/24/2016 Thu | O | $385.00 |
| 7 | | | MEDICARE | 72195 | Pelvis w/o | 03/24/2016 Thu | O | $385.00 |
| 8 | | | PRIVATE | 72141 | C-Spine W/O | 03/24/2016 Thu | O | $385.00 |
| 9 | | | MEDICARE | 72148 | L-Spine W/O | 03/24/2016 Thu | O | $385.00 |
| 10 | | | BLCROSS | 70553 | Brain W & W/O | 03/25/2016 Fri | O | $385.00 |
| 11 | | | UNITEDHL | 70553 | Brain W & W/O | 03/25/2016 Fri | O | $385.00 |
| 12 | | | SELF PAY | 72148 | L-Spine W/O | 03/28/2016 Mon | O | $385.00 |
| 13 | | | BLCROSS | 70336 | TMJ | 03/31/2016 Thu | O | $385.00 |
| 14 | | | MEDICARE | 72148 | L-Spine W/O | 03/31/2016 Thu | O | $385.00 |
| 15 | | | MEDICARE | 70551 | Brain W/O Con | 03/31/2016 Thu | I | $385.00 |

**Total**  $5,390.00

# Alliance HealthCare Services

PO Box 19532, - Irvine, CA 92623
(949) 242-5300

**STATEMENT FOR SERVICES RENDERED**

| | |
|---|---|
| **Invoice Date** | 03/31/2016 |
| **Invoice No.** | INV0373046 |
| **Customer No.** | All-21786 |
| **Terms** | Net 15 |
| **Region** | 555 |

**MRI**

BILLING ADDRESS:

Pioneer Health Services
** MAIL MANUAL INVTO PRIMARY AD

SERVICE ADDRESS:

Pioneer Health Services
11740 Columbia Rd.
Blakely, GA  31723-1798

**Send Payments To:**

Alliance HealthCare Services
PO Box 96485
Chicago, IL  60693-6485

| LINE | PATIENT NAME | I.D. | INSURANCE | CPT CODE | DESCRIPTION | DATE OF SERVICE | I/O | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | ▮ | ▮ | UNITEDHL | 70551 | Brain W/O Con | 03/03/2016 Thu | O | $392.00 |
| 2 | Minimum Scan Adjustment | | | | Minimum Scan Chrg | 03/03/2016 Thu | | $392.00 |
| 3 | Minimum Scan Adjustment | | | | Minimum Scan Chrg | 03/03/2016 Thu | | $392.00 |
| 4 | Minimum Scan Adjustment | | | | Minimum Scan Chrg | 03/03/2016 Thu | | $392.00 |
| 5 | ▮ | ▮ | | 73221 | Upper Ext w/o | 03/10/2016 Thu | I | $392.00 |
| 6 | ▮ | ▮ | | 70551 | Brain W/O Con | 03/10/2016 Thu | I | $392.00 |
| 7 | Minimum Scan Adjustment | | | | Minimum Scan Chrg | 03/10/2016 Thu | | $392.00 |
| 8 | Minimum Scan Adjustment | | | | Minimum Scan Chrg | 03/10/2016 Thu | | $392.00 |
| 9 | ▮ | ▮ | MEDICARE | 73221 | Upper Ext w/o | 03/17/2016 Thu | O | $392.00 |
| 10 | ▮ | ▮ | UNITEDHL | 73221 | Upper Ext w/o | 03/17/2016 Thu | O | $392.00 |
| 11 | ▮ | ▮ | BCBS | 72148 | L-Spine W/O | 03/17/2016 Thu | O | $392.00 |
| 12 | ▮ | ▮ | UNITEDHL | 70551 | Brain W/O Con | 03/17/2016 Thu | O | $392.00 |
| 13 | ▮ | ▮ | BCBS | 73721 | Lower Ext w/o | 03/17/2016 Thu | O | $392.00 |
| 14 | Unit Visit (SIGNA 213) | | | | Unit Visit | 03/24/2016 Thu | | $0.00 |
| 15 | Minimum Scan Adjustment | | | | Minimum Scan Chrg | 03/24/2016 Thu | | $392.00 |
| 16 | Minimum Scan Adjustment | | | | Minimum Scan Chrg | 03/24/2016 Thu | | $392.00 |
| 17 | Minimum Scan Adjustment | | | | Minimum Scan Chrg | 03/24/2016 Thu | | $392.00 |
| 18 | Minimum Scan Adjustment | | | | Minimum Scan Chrg | 03/24/2016 Thu | | $392.00 |
| 19 | Unit Visit (SIGNA 213) | | | | Unit Visit | 03/31/2016 Thu | | $0.00 |
| 20 | Minimum Scan Adjustment | | | | Minimum Scan Chrg | 03/31/2016 Thu | | $392.00 |
| 21 | Minimum Scan Adjustment | | | | Minimum Scan Chrg | 03/31/2016 Thu | | $392.00 |
| 22 | Minimum Scan Adjustment | | | | Minimum Scan Chrg | 03/31/2016 Thu | | $392.00 |
| 23 | Minimum Scan Adjustment | | | | Minimum Scan Chrg | 03/31/2016 Thu | | $392.00 |

**Total** **$8,232.00**

Page 1 of 1

# Alliance HealthCare Services

PO Box 19532, - Irvine, CA 92623
(949) 242-5300

**STATEMENT FOR SERVICES RENDERED**

| | |
|---|---|
| **Invoice Date** | 11/15/2017 |
| **Invoice No.** | INV0408432 |
| **Customer No.** | AII-14624 |
| **Terms** | Net 15 |
| **Region** | 777 |

**MRI**

BILLING ADDRESS:

Monroe Regional Hospital-Aberde
400 S Chestnut St
Aberdeen, MS  39730-3335

SERVICE ADDRESS:

Monroe Regional Hospital-Aberde
400 South Chestnut Street
Aberdeen, MS  39730

**Send Payments To:**

Alliance HealthCare Services
PO Box 55826
Los Angeles, CA  90074-5826

| LINE | PATIENT NAME | I.D. | INSURANCE | CPT CODE | DESCRIPTION | DATE OF SERVICE | I/O | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | ▓▓▓ | ▓▓▓ | MEDICARE | 70551 | Brain W/O Con | 11/01/2017 Wed | O | $413.00 |
| 2 | ▓▓▓ | ▓▓▓ | MEDICAID | 70551 | Brain W/O Con | 11/01/2017 Wed | O | $413.00 |
| 3 | ▓▓▓ | ▓▓▓ | MEDICARE | 73721 | Lower Ext w/o | 11/01/2017 Wed | O | $413.00 |
| 4 | ▓▓▓ | ▓▓▓ | MEDICARE | 73721 | Lower Ext w/o | 11/01/2017 Wed | O | $413.00 |
| 5 | ▓▓▓ | ▓▓▓ | MEDICAID | 72148 | L-Spine W/O | 11/03/2017 Fri | O | $413.00 |
| 6 | ▓▓▓ | ▓▓▓ | MEDICARE | 73721 | Lower Ext w/o | 11/03/2017 Fri | I | $413.00 |
| 7 | ▓▓▓ | ▓▓▓ | MEDICAID | 70551 | Brain W/O Con | 11/06/2017 Mon | O | $413.00 |
| 8 | ▓▓▓ | ▓▓▓ | MEDICARE | 72146 | T-Spine W/O | 11/06/2017 Mon | O | $413.00 |
| 9 | ▓▓▓ | ▓▓▓ | MEDICARE | 73723 | Joint/Low Ext | 11/08/2017 Wed | O | $413.00 |
| 10 | ▓▓▓ | ▓▓▓ | BLCROSS | 73721 | Lower Ext w/o | 11/08/2017 Wed | O | $413.00 |
| 11 | ▓▓▓ | ▓▓▓ | BLCROSS | 73221 | Upper Ext w/o | 11/08/2017 Wed | O | $413.00 |
| 12 | ▓▓▓ | ▓▓▓ | MEDICARE | 70551 | Brain W/O Con | 11/10/2017 Fri | O | $413.00 |
| 13 | ▓▓▓ | ▓▓▓ | MEDICARE | 73221 | Upper Ext w/o | 11/10/2017 Fri | O | $413.00 |
| 14 | ▓▓▓ | ▓▓▓ | PRIVATE | 72141 | C-Spine W/O | 11/10/2017 Fri | O | $413.00 |
| 15 | ▓▓▓ | ▓▓▓ | MEDICARE | 70551 | Brain W/O Con | 11/13/2017 Mon | O | $413.00 |
| 16 | ▓▓▓ | ▓▓▓ | MEDICARE | 73221 | Upper Ext w/o | 11/13/2017 Mon | O | $413.00 |
| 17 | ▓▓▓ | ▓▓▓ | MEDICARE | 70551 | Brain W/O Con | 11/15/2017 Wed | O | $413.00 |
| 18 | ▓▓▓ | ▓▓▓ | MEDICARE | 72148 | L-Spine W/O | 11/15/2017 Wed | O | $413.00 |

**Total**  $7,434.00

Page 1 of 1

# Alliance HealthCare Services

PO Box 19532, - Irvine, CA 92623
(949) 242-5300

**STATEMENT FOR SERVICES RENDERED**

| | |
|---|---|
| **Invoice Date** | 12/31/2017 |
| **Invoice No.** | INV0412190 |
| **Customer No.** | All-14624 |
| **Terms** | Net 15 |
| **Region** | 777 |

**MRI**

BILLING ADDRESS:

Monroe Regional Hospital-Aberde
400 S Chestnut St
Aberdeen, MS  39730-3335

SERVICE ADDRESS:

Monroe Regional Hospital-Aberde
400 South Chestnut Street
Aberdeen, MS  39730

**Send Payments To:**

Alliance HealthCare Services
PO Box 55826
Los Angeles, CA  90074-5826

| LINE | PATIENT NAME | I.D. | INSURANCE | CPT CODE | DESCRIPTION | DATE OF SERVICE | I/O | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | Unit Visit (SIGNA 206) | | | | Unit Visit | 12/18/2017 Mon | | $0.00 |
| 2 | | | MEDICARE | 73721 | Lower Ext w/o | 12/20/2017 Wed | O | $413.00 |
| 3 | | | MEDICARE | 70551 | Brain W/O Con | 12/20/2017 Wed | O | $413.00 |
| 4 | | | BLCROSS | 72148 | L-Spine W/O | 12/22/2017 Fri | O | $413.00 |
| 5 | | | MEDICARE | 72148 | L-Spine W/O | 12/22/2017 Fri | O | $413.00 |
| 6 | | | | 70544 | MRA Brain w/o | 12/22/2017 Fri | O | $0.00 |
| 7 | | | | 70551 | Brain W/O Con | 12/22/2017 Fri | O | $0.00 |
| 8 | | | MEDICAID | 73221 | Upper Ext w/o | 12/27/2017 Wed | O | $413.00 |
| 9 | | | MEDICARE | 70551 | Brain W/O Con | 12/27/2017 Wed | O | $413.00 |
| 10 | | | MEDICAID | 72148 | L-Spine W/O | 12/29/2017 Fri | O | $413.00 |
| 11 | | | MEDICARE | 72141 | C-Spine W/O | 12/29/2017 Fri | O | $413.00 |
| 12 | | | MEDICARE | 72146 | T-Spine W/O | 12/29/2017 Fri | O | $413.00 |
| 13 | | | MEDICARE | 72148 | L-Spine W/O | 12/29/2017 Fri | O | $413.00 |
| 14 | | | MEDICARE | 70551 | Brain W/O Con | 12/29/2017 Fri | O | $413.00 |
| 15 | | | MEDICARE | 73721 | Lower Ext w/o | 12/29/2017 Fri | I | $413.00 |

**Total**     **$4,956.00**

Page 1 of 1

# Alliance HealthCare Services

PO Box 19532, - Irvine, CA 92623
(949) 242-5300

**STATEMENT FOR SERVICES RENDERED**

| | |
|---|---|
| **Invoice Date** | 12/15/2017 |
| **Invoice No.** | INV0410258 |
| **Customer No.** | All-14624 |
| **Terms** | Net 15 |
| **Region** | 777 |

**MRI**

BILLING ADDRESS:

Monroe Regional Hospital-Aberde
400 S Chestnut St
Aberdeen, MS  39730-3335

SERVICE ADDRESS:

Monroe Regional Hospital-Aberde
400 South Chestnut Street
Aberdeen, MS  39730

**Send Payments To:**

Alliance HealthCare Services
PO Box 55826
Los Angeles, CA  90074-5826

| LINE | PATIENT NAME | I.D. | INSURANCE | CPT CODE | DESCRIPTION | DATE OF SERVICE | I/O | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | Unit Visit (SIGNA 206) | | | | Unit Visit | 12/01/2017 Fri | | $0.00 |
| 2 | | | MEDICARE | 72148 | L-Spine W/O | 12/04/2017 Mon | O | $413.00 |
| 3 | | | BLCROSS | 73721 | Lower Ext w/o | 12/06/2017 Wed | O | $413.00 |
| 4 | | | BLCROSS | 72148 | L-Spine W/O | 12/06/2017 Wed | O | $413.00 |
| 5 | | | Ambetter | 72148 | L-Spine W/O | 12/06/2017 Wed | O | $413.00 |
| 6 | | | MEDICARE | 72148 | L-Spine W/O | 12/08/2017 Fri | O | $413.00 |
| 7 | | | Humana Gold | 70551 | Brain W/O Con | 12/08/2017 Fri | O | $413.00 |
| 8 | | | MEDICARE | 72148 | L-Spine W/O | 12/08/2017 Fri | O | $413.00 |
| 9 | | | MEDICARE | 70551 | Brain W/O Con | 12/11/2017 Mon | O | $413.00 |
| 10 | | | MEDICARE | 73721 | Lower Ext w/o | 12/13/2017 Wed | O | $413.00 |
| 11 | Unit Visit (SIGNA 206) | | | | Unit Visit | 12/15/2017 Fri | | $0.00 |

**Total** **$3,717.00**

Page 1 of 1

# Alliance HealthCare Services

PO Box 19532, - Irvine, CA 92623
(949) 242-5300

**STATEMENT FOR SERVICES RENDERED**

| | |
|---|---|
| **Invoice Date** | 11/30/2017 |
| **Invoice No.** | INV0409069 |
| **Customer No.** | All-14624 |
| **Terms** | Net 15 |
| **Region** | 777 |

**MRI**

BILLING ADDRESS:

Monroe Regional Hospital-Aberde
400 S Chestnut St
Aberdeen, MS  39730-3335

SERVICE ADDRESS:

Monroe Regional Hospital-Aberde
400 South Chestnut Street
Aberdeen, MS  39730

**Send Payments To:**

Alliance HealthCare Services
PO Box 55826
Los Angeles, CA  90074-5826

| LINE | PATIENT NAME | I.D. | INSURANCE | CPT CODE | DESCRIPTION | DATE OF SERVICE | I/O | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | [redacted] | [redacted] | MEDICARE | 72141 | C-Spine W/O | 11/17/2017 Fri | O | $413.00 |
| 2 | [redacted] | [redacted] | MEDICARE | 73221 | Upper Ext w/o | 11/17/2017 Fri | O | $413.00 |
| 3 | [redacted] | [redacted] | MEDICARE | 70551 | Brain W/O Con | 11/17/2017 Fri | O | $413.00 |
| 4 | [redacted] | [redacted] | MEDICARE | 72148 | L-Spine W/O | 11/17/2017 Fri | O | $413.00 |
| 5 | [redacted] | [redacted] | MEDICARE | 72141 | C-Spine W/O | 11/17/2017 Fri | O | $413.00 |
| 6 | [redacted] | [redacted] | Humana Gold | 70551 | Brain W/O Con | 11/20/2017 Mon | O | $413.00 |
| 7 | [redacted] | [redacted] | BLCROSS | 70543 | Orbit/Face/Neck | 11/20/2017 Mon | O | $413.00 |
| 8 | Unit Visit (SIGNA 206) | | | | Unit Visit | 11/22/2017 Wed | | $0.00 |
| 9 | [redacted] | [redacted] | MEDICARE | 73721 | Lower Ext w/o | 11/27/2017 Mon | O | $413.00 |
| 10 | [redacted] | [redacted] | MEDICARE | 72148 | L-Spine W/O | 11/29/2017 Wed | O | $413.00 |
| 11 | [redacted] | [redacted] | MEDICARE | 73721 | Lower Ext w/o | 11/29/2017 Wed | O | $413.00 |
| 12 | [redacted] | [redacted] | MEDICARE | 72141 | C-Spine W/O | 11/29/2017 Wed | O | $413.00 |
| 13 | [redacted] | [redacted] | MEDICARE | 72148 | L-Spine W/O | 11/29/2017 Wed | O | $413.00 |

**Total** $4,956.00

# Alliance HealthCare Services

PO Box 19532, - Irvine, CA 92623
(949) 242-5300

**STATEMENT FOR SERVICES RENDERED**

| | |
|---|---|
| **Invoice Date** | 10/31/2017 |
| **Invoice No.** | INV0407680 |
| **Customer No.** | All-21786 |
| **Terms** | Net 15 |
| **Region** | 555 |

**MRI**

BILLING ADDRESS:

Pioneer Health Services
** MAIL MANUAL INVTO PRIMARY AD

SERVICE ADDRESS:

Pioneer Health Services
11740 Columbia Rd.
Blakely, GA  31723-1798

**Send Payments To:**

Alliance HealthCare Services
PO Box 96485
Chicago, IL  60693-6485

| LINE | PATIENT NAME | I.D. | INSURANCE | CPT CODE | DESCRIPTION | DATE OF SERVICE | I/O | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | | | BCBS | 70551 | Brain W/O Con | 10/07/2017 Sat | O | $420.00 |
| 2 | | | | 72148 | L-Spine W/O | 10/07/2017 Sat | O | $420.00 |
| 3 | | | | 72141 | C-Spine W/O | 10/07/2017 Sat | O | $420.00 |
| 4 | | | MEDICARE | 72148 | L-Spine W/O | 10/07/2017 Sat | O | $0.00 |
| 5 | | | | 70553 | Brain W & W/O | 10/19/2017 Thu | O | $420.00 |
| 6 | | | | 72141 | C-Spine W/O | 10/19/2017 Thu | O | $0.00 |
| 7 | | | | 72146 | T-Spine W/O | 10/19/2017 Thu | O | $0.00 |
| 8 | | | | 72148 | L-Spine W/O | 10/19/2017 Thu | O | $0.00 |
| 9 | | | | 70551 | Brain W/O Con | 10/19/2017 Thu | I | $420.00 |
| 10 | | | | 73721 | Lower Ext, Joint w/o | 10/19/2017 Thu | O | $0.00 |
| 11 | Minimum Scan Adjustment | | | | Minimum Scan Chrg | 10/19/2017 Thu | | $420.00 |
| 12 | Minimum Scan Adjustment | | | | Minimum Scan Chrg | 10/19/2017 Thu | | $420.00 |
| 13 | Minimum Scan Adjustment | | | | Minimum Scan Chrg | 10/19/2017 Thu | | $420.00 |
| 14 | Minimum Scan Adjustment | | | | Minimum Scan Chrg | 10/19/2017 Thu | | $420.00 |
| 15 | Minimum Scan Adjustment | | | | Minimum Scan Chrg | 10/19/2017 Thu | | $420.00 |
| 16 | Minimum Scan Adjustment | | | | Minimum Scan Chrg | 10/19/2017 Thu | | $420.00 |
| 17 | Minimum Scan Adjustment | | | | Minimum Scan Chrg | 10/19/2017 Thu | | $420.00 |
| 18 | Minimum Scan Adjustment | | | | Minimum Scan Chrg | 10/19/2017 Thu | | $420.00 |
| 19 | Minimum Scan Adjustment | | | | Minimum Scan Chrg | 10/19/2017 Thu | | $420.00 |
| 20 | Minimum Scan Adjustment | | | | Minimum Scan Chrg | 10/19/2017 Thu | | $420.00 |
| 21 | Minimum Scan Adjustment | | | | Minimum Scan Chrg | 10/19/2017 Thu | | $420.00 |
| 22 | Additional charge to meet minimum amt per contract- 7 exams, Ref INV0405997 9/30/2017 | | | | | 10/31/2017 Tue | | $2,940.00 |

**Total** $9,660.00

Page 1 of 1

# Alliance HealthCare Services

PO Box 19532, - Irvine, CA 92623
(949) 242-5300

**STATEMENT FOR SERVICES RENDERED**

**Invoice Date** 04/30/2016
**Invoice No.** INV0374696
**Customer No.** All-21786
**Terms** Net 15
**Region** 555

**MRI**

BILLING ADDRESS:

Pioneer Health Services
** MAIL MANUAL INVTO PRIMARY AD

SERVICE ADDRESS:

Pioneer Health Services
11740 Columbia Rd.
Blakely, GA 31723-1798

Send Payments To:

Alliance HealthCare Services
PO Box 96485
Chicago, IL 60693-6485

| LINE | PATIENT NAME | I.D. | INSURANCE | CPT CODE | DESCRIPTION | DATE OF SERVICE | I/O | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | | | BCBS | 72148 | L-Spine W/O | 04/07/2016 Thu | O | $392.00 |
| 2 | | | MEDICAID | 73220 | Upper Ext w/o | 04/07/2016 Thu | O | $0.00 |
| 3 | | | MEDICARE | 70551 | Brain W/O Con | 04/07/2016 Thu | I | $392.00 |
| 4 | | | MEDICAID | 73223 | Joint/Up Ex | 04/14/2016 Thu | O | $0.00 |
| 5 | | | BCBS | 72148 | L-Spine W/O | 04/14/2016 Thu | O | $392.00 |
| 6 | | | | 70551 | Brain W/O Con | 04/14/2016 Thu | I | $392.00 |
| 7 | | | BCBS | 73721 | Lower Ext w/o | 04/21/2016 Thu | O | $392.00 |

**Total** $1,960.00