**Exhibit 2**



FEDERAL I.D. 63-0864426

Remit to:
Maynard Cooper & Gale
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL  35203-2618

By Wire:
Regions Bank
ABA: 062005690 /  SWIFT: UPNBUS44
USD Account: 0001323776
Account Name: Maynard Cooper & Gale Operating

Healthcare Management Partners, LLC
Derek Pierce, as Receiver
1919 Oxmoor Road, Suite # 394
Birmingham, AL  35209

Invoice No:  1060076
Invoice Date:  12/22/17
Client No:  17207
Matter No:  0005

RE: Pioneer Health

For Legal Services  Rendered Through 11/30/17

Fees                                                                                          $42,858.00
Expenses                                                                                         $823.37

**Total This Invoice**                                                              **$43,681.37**

17207-0005                                                                                                                            December 22, 2017
Pioneer Health                                           **Exhibit 2**                                                                         Page 2

Healthcare Management Partners, LLC                                                   Invoice No:    1060076
Derek Pierce, as Receiver                                                             Invoice Date:  12/22/17
1919 Oxmoor Road, Suite # 394                                                         Client No:     17207
Birmingham, AL 35209                                                                  Matter No:     0005

RE: Pioneer Health

| Date     | Timekeeper  | Hours | Narrative |
|----------|-------------|-------|-----------|
| 10/24/17 | J. Murphree | 0.30  | Emails with C Moylan regarding new engagement regarding Pioneer CRO; review docket and attention to same; |
| 10/25/17 | J. Murphree | 3.50  | Emails with HMP team regarding new engagement regarding Pioneer CRO; review docket and attention to same; research law regarding CRO duties; [redacted] review documents from C Moylan. |
| 10/26/17 | J. Murphree | 4.10  | Conference call with HMP team regarding history of engagement and issues with fee application; attention to issues and strategy with same; review objections and pleadings; multiple phone calls and emails with Geno, UST, B Little and D Laddin regarding continuance, fee objections, payment issues and management issues. |
| 10/26/17 | E. Parrott  | 0.50  | Conferring with C. Moylan and R. Winters about the issues underlying HMP's fee application and the filed objections. |
| 10/26/17 | E. Parrott  | 0.20  | Conferring with U.S. Trustee's office about a future conference call with an attorney for the U.S. Trustee to address our forthcoming motion to continue and any issues the U.S. Trustee's office may have with the filed fee application. |
| 10/26/17 | E. Parrott  | 0.30  | Drafting email to attorney for the U.S. Attorney about future conference call to address our forthcoming motion to continue and any issues the U.S. Trustee's office may have with the filed fee application. |
| 10/27/17 | J. Murphree | 1.10  | Multiple phone calls and emails with D Laddin and S Kulka regarding continuance and threatened motion to remove; detailed email with HMP regarding same; consider response and strategy with respect to same; revise and attention to motion to continue; phone calls and emails with Geno and B Little regarding same. |
| 10/27/17 | E. Parrott  | 1.00  | Drafting motion to continue hearing on fee application and corresponding objections and to extend deadline for the U.S. Trustee to respond to the application. |
| 10/28/17 | J. Murphree | 2.00  | Review pleadings and term sheet; emails with HMP team; consider response to motion and objections. |
| 10/29/17 | J. Murphree | 2.70  | Review pleadings; multiple emails with HMP team; conference call with HMP team; attention to strategy and response to threatened motion to remove. |
| 10/30/17 | A. Shaver   | 2.00  | Review underlying bankruptcy pleadings, with emphasis on cash collateral orders and related filings |

17207-0005  
Pioneer Health

**Exhibit 2**

December 22, 2017  
Page 3

| Date | Timekeeper | Hours | Narrative |
|---|---|---|---|
| 10/30/17 | J. Murphree | 6.50 | Review pleadings and history of case; multiple phone calls and emails with Geno, B Swett, UST, S Kulka and HMP team regarding revenue; attention to strategy and arguments; research law regarding same. |
| 10/30/17 | E. Parrott | 0.20 | Conferring with Court's staff about the status of our motion to continue hearing. |
| 10/30/17 | E. Parrott | 0.20 | Exchanging emails with U.S. Trustee about their non-opposition to our motion to continue hearing on HMP's fee application and setting up a future conference call with L. Murphree and myself regarding their potential objection to HMP's fee application. |
| 10/30/17 | E. Parrott | 0.20 | Exchanging emails with B. Little regarding a future conference call to discuss client's objection to HMP's fee application |
| 10/30/17 | E. Parrott | 0.20 | Revising the proposed order submitted in conjunction with our motion to continue hearing on HMP's fee application. |
| 10/31/17 | A. Shaver | 2.60 | Continue reviewing bankruptcy pleadings; begin drafting cash collateral summary |
| 10/31/17 | J. Murphree | 3.70 | [redacted] phone calls and emails with UST, S Kulka, Geno, B Swett and CONA, and HMP team; continued evolution of strategy; review revised budget. |
| 10/31/17 | E. Parrott | 0.50 | Conferring with the U.S. Trustee's attorneys regarding HMP's fee application and what HMP can do to address the trustee's concerns. |
| 11/01/17 | E. Parrott | 0.30 | Drafting email to all attorneys involved in HMP's fee application and the corresponding objections about the Court's hearing next Tuesday on motion to continue the fee application hearing. |
| 11/01/17 | J. Murphree | 2.60 | Attention to continuance of hearing; communications with opposing counsel regarding same and conditions to comply with UCC demands; attention to same; phone calls and emails with client regarding same; emails with UST and client regarding comments to time entries on fee app; attention to response to same. |
| 11/02/17 | E. Parrott | 0.20 | Exchanging emails with B. Little regarding tomorrow's call regarding his client's objection to HMP's fee application. |
| 11/02/17 | J. Murphree | 2.20 | Multiple phone calls and emails with client and opposing counsel regarding compliance with UCC demands; attention to resignation and litigaiton and hearing strategy; revise "compliance" language to appease UCC demand. |
| 11/03/17 | E. Parrott | 1.40 | Call with B. Little and L. Murphree regarding B. Little's client's objection to HMP's fee application. |
| 11/03/17 | J. Murphree | 3.40 | Multiple phone calls and emails with client and opposing counsel regarding compliance with UCC demands; amendment to engagement letter; attention to resignation and litigation and hearing strategy; draft detailed response to Geno regarding amendment to engagement letter. |
| 11/04/17 | J. Murphree | 0.30 | Emails with Geno and client regarding amendment to engagement letter. |
| 11/05/17 | J. Murphree | 0.30 | Emails with Geno and client regarding amendment to engagement letter. |
| 11/06/17 | E. Parrott | 1.20 | Call with R. Winters and C. Moylan regarding strategy and plan moving forward. |

17207-0005  
Pioneer Health

**Exhibit 2**

December 22, 2017  
Page 4

| Date | Timekeeper | Hours | Narrative |
|---|---|---|---|
| 11/06/17 | J. Murphree | 2.30 | Multiple phone calls and detailed emails with client, B Swett, Geno regarding engagement letter and 11/7 hearing; attention to issues with same; attention with potential objections to UCC fee app; attention to UST response for more information; attention to indemnity claim and potential D&O policy claims. |
| 11/07/17 | E. Parrott | 2.50 | Attending telephonically the Court's hearing on motion to continue hearing on HMP's fee application. |
| 11/07/17 | E. Parrott | 1.00 | Call with C. Moylan and R. Winters about this morning's hearing and strategy going forward. |
| 11/07/17 | J. Murphree | 4.30 | Prepare for and attend telephonic hearing on continuance; detailed email to client regarding expansive allegations raised at hearing and response strategy to same; attention to issues with same. |
| 11/08/17 | J. Lamar | 0.50 | Strategy regarding upcoming trial, issues raised by Committee. |
| 11/08/17 | J. Murphree | 1.70 | Attention to response and strategy regarding expansive allegations raised at hearing; attention to issues with same. |
| 11/10/17 | J. Murphree | 0.70 | Phone call with B Swett regarding removal motion, 11/7 hearing and mediating removal dispute; email from UCC regarding resignation; attention to issues and strategy with same. |
| 11/12/17 | J. Murphree | 2.10 | Emails with B Swett; detailed emails to HMP regarding call with B Swett and Strategy on discovery, arguments and plan of action on responding to "distraction" issues and allegation; attention to issues with same. |
| 11/13/17 | J. Lamar | 0.70 | Assessment of strategy related to resignation from CRO role. |
| 11/13/17 | E. Parrott | 0.50 | Call with C. Moylan and R. Winters regarding strategy in this case with respect to resignation request and moving forward. |
| 11/13/17 | E. Parrott | 0.50 | Analyzing strategy and procedure with respect to filing a response to the pending fee application objections, other pending deadlines in the case. |
| 11/13/17 | J. Murphree | 4.20 | Multiple phone calls and emails with HMP regarding strategy and potential resignation and issues with same; phone calls with B Swett, UCC, and Geno regarding resignation process and mechanics; attention to issues with same; research CRO duties and issues with resignation; research issues with privilege and relationship between CRO and debtor's counsel; listen to audio of 11/7 hearing. |
| 11/14/17 | J. Lamar | 2.30 | Attention to CRO strategy; drafted resignation letter for delivery by HMP to debtor; reviewed initial retention order. |
| 11/14/17 | J. Murphree | 3.80 | Conference call with HMP partners regarding resignation and strategy for defense of claims ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ phone call with C Moylan; attention to issues with resignation and strategy in light of call; multiple emails with opposing counsel regarding resignation and mechanics; revise resignation letter; emails with HMP regarding revisions. |
| 11/15/17 | J. Lamar | 0.90 | Attention to strategy regarding resignation, upcoming hearings. |
| 11/15/17 | A. Shaver | 1.50 | Attention to discovery to be served; begin drafting discovery requests and subpoenas. |
| 11/15/17 | J. Bussian | 0.50 | Attention to issues regarding potential deposition of debtor's attorney and privilege issues surrounding same. |

16-01119-NPO Dkt 2862-2 Filed 12/22/17 Entered 12/22/17 21:56:32 Page 5 of 10

17207-0005  
Pioneer Health

**Exhibit 2**

December 22, 2017  
Page 5

| Date | Timekeeper | Hours | Narrative |
|---|---|---|---|
| 11/15/17 | J. Murphree | 4.00 | Multiple detailed emails with HMP regarding resignation strategy and letter; revise resignation letter; phone calls and emails with opposing counsel regarding letter and pleadings for replacement CRO; listen to 11/7 hearing audio; attention to exercise of CRO duties by Geno and other unauthorized persons; attention to litigation and discovery strategy and issues with privilege between Geno and HMP as CRO; phone call and emails with C Moylan regarding strategy; multiple emails with Geno regarding motiont to appoint and exercise of debtor's judgment without CRO involvement. |
| 11/16/17 | A. Shaver | 1.50 | Continue drafting discovery to committee, committee counsel and debtors' counsel. |
| 11/16/17 | J. Lamar | 1.60 | Extensive assessment of overall strategy, needs for 12/19 hearing, pleading related to resignation, including revisions to draft motion prepared by committee counsel. |
| 11/16/17 | J. Murphree | 4.10 | Revise and finalize resignation letter; multiple emails and conference call with HMP regarding resignation mechanics and litigation strategy; attention to same; phone call with UST regarding objections and follow up explanations and resignation; emails with opposing counsel regarding motion to appoint; revise motion to appoint; attention to motion for status conference on 11/21 and mechanics of transition to new CRO; attention to discovery and subpoenas on UCC, Geno and Laddin; emails with opposing counsel and UST regarding resignation; attention to indemnification demand and reservation of rights; emails with HMP team regarding discovery requests; review emails from M Morgan. |
| 11/17/17 | J. Lamar | 1.30 | Extensive assessment of overall strategy, needs for discovery in advance of 12/19 hearing, revised content of discovery requests. |
| 11/17/17 | J. Murphree | 4.10 | Multiple detailed emails and calls with HMP regarding resignation mechanics, revisions to motion to appoint and litigation strategy; attention to same; emails with opposing counsel regarding motion to appoint and dispute over language; motion for status conference; revise motion to appoint; attention to motion for status conference on 11/21 and mechanics of transition to new CRO; attention to discovery and subpoenas on UCC, Geno and Laddin; phone calls to arrange deposition locations in Jackson and Atlanta; revise indemnification demand and reservation of rights and send to Geno; emails with HMP team regarding discovery requests; review emails from M Morgan; phone call with M Morgan; attention to UCC counsel invoice; review same ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ review Geno invoices regarding allegations against HMP and removal. |
| 11/18/17 | J. Murphree | 0.60 | Emails with Geno regarding motion to appoint; consider drafting HMP own motion; attention to collecting documents from HMP for discovery and defending allegations in removal dispute. |
| 11/19/17 | J. Murphree | 0.40 | Emails with Winters and Geno regarding motion to appoint. |
| 11/20/17 | A. Shaver | 1.00 | Finalize and preparing subpoenas for service. |
| 11/20/17 | E. Parrott | 1.50 | Preparing for following day's status conference regarding all pending items related to HMP, including all objections to its fee application. |
| 11/20/17 | E. Parrott | 0.40 | Reviewing and analyzing bankruptcy rules and local court procedure regarding a request for an expedited hearing. |

17207-0005  
Pioneer Health

**Exhibit 2**

December 22, 2017  
Page 6

| Date | Timekeeper | Hours | Narrative |
|---|---|---|---|
| 11/20/17 | E. Parrott | 0.20 | Conferring with Court's staff regarding the need for an expedited status conference on all pending matters related to HMP. |
| 11/20/17 | E. Parrott | 0.30 | Revising expedited motion for status conference. |
| 11/20/17 | J. Murphree | 4.90 | Detailed emails and calls with RW and CM regarding motion to appoint and response to motion to replace; attention to motion to replace without HMP comments and response/objection to same; emails with opposing counsel regarding same; phone call with B Swett regarding resignation issues, status conference and continuance of 12/19 evidentiary hearing and expedited discovery; finalize motion for status confernece and confer with court and other parties; finalize and file subpoenas; phone call with R Cochran regarding disclosure issues; attention to issues with attendance on 11/21 and exlcusion of HMP from sale and plan and other material decisions and hearings; attention to HMP emails with Geno regarding same; travel to Jackson; prepare for hearing; emails with opposing counsel regarding morning meeting to discuss tranistion and coordination of scheduling for HMP objections and discovery |
| 11/21/17 | J. Lamar | 2.60 | Attention to strategy for hearing, potential arguments and caselaw related to assertion of privilege, billing arrangements and potential challenges not already lodged against fee application. |
| 11/21/17 | A. Shaver | 1.00 | Research on privilege issue after resignation as CRO. |
| 11/21/17 | E. Parrott | 4.50 | Attending status conference regarding all pending items related to HMP. |
| 11/21/17 | J. Murphree | 9.00 | Meeting with RW to prepare for meetings and hearing; meetings with opposing counsel regarding scheduling, transition of CRO, proposed order; prepare for and attend hearings. |
| 11/22/17 | J. Lamar | 0.50 | Attention to results of 11/21 hearing and strategy for next steps. |
| 11/22/17 | E. Parrott | 0.40 | Drafting notice of withdrawal of discovery. |
| 11/22/17 | J. Murphree | 0.90 | Multiple emails and phone calls with R Winter and C Moylan regarding hearing, next steps, transition services and compensation, UST responses; attention to withdrawing subpoenas; review proposed interim CRO order; emails with opposing counsel regrading same; attention to same. |
| 11/26/17 | J. Murphree | 0.50 | Emails with HMP regarding next steps, response to motion to replace, UST responses and agreed order. |
| 11/27/17 | A. Shaver | 0.30 | Attention to response to Motion to Replace and emails regarding the same. |
| 11/27/17 | J. Lamar | 2.20 | Drafted response to Debtors' motion to replace HMP as CRO; attention to issues with same, including review of underlying motion, correspondence. |
| 11/27/17 | E. Parrott | 1.00 | Drafting notice and demand for indemnification from Debtors. |
| 11/27/17 | J. Murphree | 2.40 | Attention to indemnification demand, amendments to agreed CRO order and response to motion to replace; emails with opposing counsel and HMP regarding same. |
| 11/28/17 | J. Lamar | 0.50 | Attention to strategy regarding draft order approving resignation, required edits, filing of response. |
| 11/28/17 | E. Parrott | 0.60 | Call with C. Moylan and R. Winters regarding our response to the motion to replace and general strategy and our position going forward with respect to HMP's resignation. |

17207-0005　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　December 22, 2017
Pioneer Health　　　　　　　　　　　　**Exhibit 2**　　　　　　　　　　　　　　　　Page 7

| Date | Timekeeper | Hours | Narrative |
|---|---|---|---|
| 11/28/17 | E. Parrott | 0.30 | Conferring with B. Little regarding the status of his discovery requests to HMP. |
| 11/28/17 | E. Parrott | 0.30 | Drafting email to Bill Little confirming status of his discovery. |
| 11/28/17 | J. Murphree | 2.30 | Multiple phone calls and emails with HMP and opposing counsel regarding agreed order and revisions to same, supplement to CRO motion; HMP's supplemental declaration; responses to UST requests and issues; transition to new CRO; response to motion to replace; emails with conference room hosts in light of cancelling depositions; strategy for filing final fee application. |
| 11/29/17 | J. Murphree | 2.10 | Attention to entry of supplement and status of uploaded order; emails with Geno; emails with HMP regarding transtion and actions in interim period prior to entry of order; emails with UST regarding reservation of rights on HMP fee application; attention to same and emails with HMP. |
| 11/30/17 | E. Parrott | 0.80 | Drafting supplemental disclosure with respect to HMP's retention as CRO in case. |
| 11/30/17 | J. Murphree | 1.70 | Multiple emails with HMP regarding disclosure issues; emails with UST regarding same and reservation of objections; attention to fee application strategy; phone call with D Laddin regarding amended motion to replace; attention to same and approval of revised agreed order; emails with HMP regarding same; emails with opposing counsel and HMP regarding revised cash collateral stipulation; phone call with B Swett regarding same; research CRO duties when retained under 363 vs 327 in light of history of retention applications and orders in case; attention to entry of interim CRO order. |
| | Total | 133.50 | |

**Summary of Disbursements & Expenses**

| Date | Description | Amount |
|---|---|---|
| 11/07/17 | VENDOR: J&J Court Transcribers, Inc.; INVOICE#: 2017-02132; DATE: 11/21/2017 - (65) Pages Federal Court Documents Expedited on 11/7/2017 | 284.05 |
| 11/20/17 | MERCHANT: Westin Hotels & Resorts, Date: 11/20/2017 - Room - Travel to/from Jackson MS for Hearing on Status Conference. | 129.28 |
| 11/20/17 | MERCHANT: Westin Hotels & Resorts, Date: 11/20/2017 - Internet - Travel to/from Jackson MS for Hearing on Status Conference. | 9.95 |
| 11/20/17 | MERCHANT: Westin Hotels & Resorts (Esteele Wine Bar & Bistro), Date: 11/21/2017 - Breakfast with client Ron Winters - Travel to/from Jackson MS for Hearing on Status Conference. | 35.43 |
| 11/20/17 | MERCHANT: Leland J Murphree , Date: 11/20/2017 - Mileage for Travel to/from Jackson, Mississippi for Status Conference. | 253.59 |
| 11/21/17 | MERCHANT: Subway #11367, Richland, MS, Date: 11/21/2017 - lunch | 10.23 |
| 11/21/17 | MERCHANT: Lenny's Grill and Subs #10, Date: 11/21/2017 - Dinner | 10.62 |
| 11/21/17 | MERCHANT: Westin Hotels & Resorts, Date: 11/21/2017 - Parking - Travel to/from Jackson MS for Hearing on Status Conference. | 21.60 |
| 11/22/17 | MERCHANT: Clarks Exxon #21, Date: 11/22/2017 - Fuel | 22.32 |

| | | |
|---|---|---|
| 17207-0005 | | December 22, 2017 |
| Pioneer Health | **Exhibit 2** | Page 8 |

| | | |
|---|---|---:|
| 11/22/17 | MERCHANT: Hertz, Date: 11/22/2017 - car rental | 46.30 |
| | Total for disbursements and expenses | $823.37 |

| | |
|---|---:|
| **Total for services, disbursements and expenses** | **$43,681.37** |

17207-0005                                                              December 22, 2017
Pioneer Health                                  **Exhibit 2**                                               Page 9

## ACCOUNT SUMMARY

### OUTSTANDING INVOICES AS OF 12/22/17

| Invoice | Date | Fees | Disbursements | Payments | Total |
|---|---|---|---|---|---|
| 1060076 | 12/22/17 | 42,858.00 | 823.37 | (0.00) | 43,681.37 |
| Total Due | | 42,858.00 | 823.37 | (0.00) | 43,681.37 |

### ACCOUNT AGING

| | |
|---|---|
| 0 – 30 Days | $43,681.37 |
| 31 – 60 Days | $0.00 |
| 61 – 90 Days | $0.00 |
| 91 – 120 Days | $0.00 |
| Over 120 Days | $0.00 |

16-01119-NPO Dkt 2800-2 Filed 02/23/18 Entered 02/23/18 15:56:30 Page 10 of 10

17207-0005  
Pioneer Health

**Exhibit 2**

December 22, 2017  
Page 10



**STATEMENT**

Invoice date: 12/22/17

Invoice number: 1060076

Client name: Healthcare Management Partners, LLC

Matter number: 17207-0005

| | |
|---|---:|
| Total services billed this invoice | $42,858.00 |
| Total disbursements billed this invoice | $823.37 |
| TOTAL DUE THIS INVOICE | $43,681.37 |

TERMS: PAYMENT DUE UPON RECEIPT  
PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE