_____



SO ORDERED,

**Judge Neil P. Olack**
**United States Bankruptcy Judge**
**Date Signed: January 26, 2018**

The Order of the Court is set forth below. The docket reflects the date entered.
_____


## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **IN RE:** | **BANKRUPTCY PROCEEDING** |
| **PIONEER HEALTH SERVICES, INC. et al** [1] | **CASE NO. 16-01119 NPO** |
| | **CHAPTER 11** |
| **DEBTOR.** | **Jointly Administered** |

### ORDER GRANTING MOTION FOR CONTINUANCE OF HEARING ON LEASING INNOVATIONS' NOTICE OF OPEN ISSUES WITH RESPECT TO LEASING INNOVATIONS, INC.'S MOTIONS FOR RELIEF FROM THE AUTOMATIC STAY
### [Dkt. 2791]

This matter was set for telephonic hearing on January 17, 2018, at 2:30 p.m. to consider Commercial Loan Investment IV, LLC's ("CLI") motion for continuance of hearing [Dkt. 2791]

---

[1] On April 6, 2016, the bankruptcy cases of In re Pioneer Health Services of Patrick County, Inc., Case No. 16-01220-NPO; In re Pioneer Health Service of Newton County, LLC, Case No. 16-01121-NPO; In re Pioneer Health Services of Stokes County, Inc., Case No. 16-01122-NPO; In re Pioneer Health Services of Choctaw County, LLC, Case No. 16-01123-NPO; In re Pioneer Health Services of Oneida, LLC, Case No. 16-01124-NPO; and In re Pioneer Health Services of Monroe County, Inc., Case No. 16-01125-NPO were administratively consolidated into the bankruptcy case of In re Pioneer Health Services, Inc., Case No. 16-01119-NPO. On April 15, 2016, the bankruptcy case of In re Pioneer Health Services of Early County, LLC, Case No. 16-01243-NPO was administratively consolidated into In re Pioneer Health Services, Inc., Case No. 16-01119-NPO. On June 29, 2016, the bankruptcy case of In re Medicomp, Inc., Case No. 16-01126 was administratively consolidated into In re Pioneer Health Services, Inc., Case No. 16-01119-NPO. All of these cases are hereinafter referred to collectively as "the Debtor."

on Leasing Innovations' "Notice of Open Issues" [Dkt. 2712], set for January 18, 2018, at 9:00 a.m. Based upon the representations of counsel, the hearing to consider Leasing Innovations' "Notice of Open Issues" [Dkt. 2712], and the responses filed by CLI [Dkt. 2783 and Debtor [Dkt. 2784], is reset for February 28, 2018 at 9:00 a.m.

**SO ORDERED, ADJUDGED, and DECREED**.

## END OF ORDER ##

Submitted by:

/s/ Patrick O. Gray
Patrick O. Gray, MSB #104030
Attorney for CLI
1490 Northbank Parkway
Tuscaloosa, AL 35406
(205) 750-8111
patrick@watsonsewell.com