_____



**SO ORDERED,**

**Judge Neil P. Olack**
**United States Bankruptcy Judge**
**Date Signed: February 2, 2018**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

IN RE:

PIONEER HEALTH SERVICES, INC., *et al.*[1],      CASE NO. 16-01119-NPO

                                                                                             CHAPTER 11
DEBTOR.                                                                          Jointly Administered

**ORDER GRANTING MOTION TO COMPEL DEBTORS TO COMPLY WITH APPLICABLE LAW REGARDING PATIENT RECORDS AND OTHER DOCUMENTS, OR, IN THE ALTERNATIVE, TO COMPLY WITH 11 U.S.C. § 351** *[Dkt. #2779]*

On January 18, 2018, there came on for the Court's consideration the *Motion to Compel Debtors to Comply with Applicable Law Regarding Patient Records and Other Documents, or, in the Alternative, to Comply with 11 U.S.C. § 351* (the "**Motion**") **[Dkt. #2779]** filed by VCC Bank, formerly known as Community Capital Bank of Virginia, as Servicing Agent for BCC 08-05, LCC (collectively, the "**VCC Lender**") and Patrick County Real Estate, LLC (the "**Owner**"

---

[1] On April 6, 2016, the bankruptcy cases of *Pioneer Health Services of Patrick County, Inc.*, No. 16-01120-NPO; *Pioneer Health Services of Newton County, LLC*, No. 16-01121-NPO; *Pioneer Health Services of Stokes County, Inc.*, No. 16-01122-NPO; *Pioneer Health Services of Choctaw County, LLC*, No. 16-01123-NPO; *Pioneer Health Services of Oneida, LLC*, No. 16-01124-NPO; and *Pioneer Health Services of Monroe County, Inc.*, No. 16-01125-NPO were administratively consolidated into the bankruptcy case of *Pioneer Health Services, Inc.*, No. 16-01119-NPO. Debtor *Pioneer Health Services of Early County, LLC*, No. 16-01243-NPO, filed its Chapter 11 bankruptcy case on April 8, 2016. *Pioneer Health Services of Early County, LLC*, No. 16-01243-NPO was administratively consolidated into the "main" case of *Pioneer Health Services, Inc.*, No. 16-01119-NPO, on April 15, 2016. Debtor *Medicomp, Inc.*, No. 16-01126, filed its Chapter 11 bankruptcy case on March 30, 2016. *Medicomp, Inc.* was administratively consolidated into the "main" case of *Pioneer Health Services, Inc.*, No. 16-01119-NPO, on June 29, 2016. All of these cases are hereinafter referred to collectively as "the Debtor".

{JX304061.1}

and together with the VCC Lender, the "**Movants**"), and the *Answer and Response thereto* **[Dkt. #2793]** filed by Pioneer Health Services, Inc. (the "**Debtor**") in the above-referenced jointly administered Chapter 11 proceeding.  The Court, having considered the pleadings and the arguments presented by counsel, finds that the Motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED that the Motion is granted.

IT IS FURTHER ORDERED that the Records (as defined in the Motion) are to be removed from the Property (as defined in the Motion) by February 20, 2018, and the Debtor is hereby ordered to comply with all applicable law.

***END OF ORDER***

SUBMITTED BY:

*s/ Kristina M. Johnson*
Kristina M. Johnson, MSB #9382
JONES WALKER LLP
190 East Capitol Street, Suite 800 (39201)
Post Office Box 427
Jackson, Mississippi  39205-0427
Telephone  (601) 949-4785
Telecopy  (601) 949-4804
Email  kjohnson@joneswalker.com

and

Michael A. Condyles (VA 27807)
Jeremy S. Williams (VA 77469)
KUTAK ROCK LLP
Riverfront Plaza
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219-3500
Telephone: (804) 644-1700
Facsimile: (804) 783-6192
michael.condyles@kutakrock.com
jeremy.williams@kutakrock.com

*Counsel for the Movants*

APPROVED AS TO FORM:

*s/ Craig M. Geno*
Craig M. Geno (MSB No. 4793)
Jarret P. Nichols (MSB No. 99426)
**LAW OFFICES OF CRAIG M. GENO, PLLC**
587 Highland Colony Parkway
Ridgeland, MS  39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
jnichils@cmgenolaw.com

*Counsel for the Debtor*