## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:
PIONEER HEALTH SERVICES, INC.[1]　　　　　　　　　　NO. 16-01119-NPO
　　　　　　DEBTOR　　　　　　　　　　　　　　　　　　CHAPTER 11

### SUPPLEMENTAL REPORT OF SALE OF SUBSTANTIALLY ALL OF THE ASSETS OF MEDICOMP, INC.

COMES NOW Pioneer Health Services, Inc. (the "**Debtor**" or the "**Seller**") and files this, its *Supplemental Report of Sale of Substantially All of the Assets Owned by Medicomp, Inc.* (the "Report"), and in support thereof would respectfully show as follows, to-wit:

1.　Debtor previously filed its Report of Sale of Substantially All of the Assets Owned by Medicomp, Inc. **[DK #2754]**, a copy of which is attached, incorporated by reference and marked as **Exhibit "A"**.

2.　Subsequently, Debtor has received the remaining $230,000.00 of the purchase price due to it from EnduraCare Acute Care Services, LLC. The remaining purchase price was received by wire transfer on January 30, 2018, and was deposited into the Medicomp sales proceeds interest-bearing escrow account on February 8, 2018.

3.　In all other respects, the original Report of Sale of Substantially All of the Assets of Medicomp, Inc. remains intact and unaltered.

---

[1] On April 6, 2016, the bankruptcy cases of *Pioneer Health Services of Patrick County, Inc.*, No. 16-01120-NPO; *Pioneer Health Services of Newton County, LLC*, No. 16-01121-NPO; *Pioneer Health Services of Stokes County, Inc.*, No. 16-01122-NPO; *Pioneer Health Services of Choctaw County, LLC*, No. 16-01123-NPO; *Pioneer Health Services of Oneida, LLC*, No. 16-01124-NPO; and *Pioneer Health Services of Monroe County, Inc.*, No. 16-01125-NPO were administratively consolidated into the bankruptcy case of *Pioneer Health Services, Inc.*, No. 16-01119-NPO. Debtor *Pioneer Health Services of Early County, LLC*, No. 16-01243-NPO, filed its Chapter 11 bankruptcy case on April 8, 2016, and was administratively consolidated into the "main" case of *Pioneer Health Services, Inc.*, No. 16-01119-NPO, on April 15, 2016. Debtor *Medicomp, Inc.,* No. 16-01126, filed its Chapter 11 bankruptcy case on March 30, 2016, and was administratively consolidated into the "main" case of *Pioneer Health Services, Inc.,* No. 16-01119-NPO, on June 29, 2016. All of these cases are hereinafter referred to collectively as "the Debtor".

-2-

DATED, this the ____ day of February, 2018.

          Respectfully submitted,

          PIONEER HEALTH SERVICES, INC.

          By Its Attorneys,

          LAW OFFICES OF CRAIG M. GENO, PLLC

          By: _____
               Craig M. Geno

OF COUNSEL:

Craig M. Geno; MSB No. 4793
Jarret P. Nichols; MSB No. 99426
LAW OFFICES OF CRAIG M. GENO, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
jnichols@cmgenolaw.com

N:\Firm Data\Users\Bankrupt\Pioneer Health\Pleadings\Sale - Medicomp\Supplemental Report of Sale - Medicomp 2-7-18.wpd

## CERTIFICATE OF SERVICE

I, Craig M. Geno, do hereby certify that I have caused to be served this date, via electronic filing transmission, a true and correct copy of the above and foregoing to all creditors and parties in interest, all creditors of PHS Oneida, and to the following:

Ronald H. McAlpin, Esq.
ronald.mcalpin@usdoj.gov

Christopher J. Steiskal, Esq.
christopher.j.steiskal@usdoj.gov

Sean C. Kulka, Esq.
sean.kulka@agg.com

Brian I. Swett, Esq.
bswett@mcguirewoods.com

J. Trevor Johnson, Esq.
Tjohnston@mcguirewoods.com

Darryl S. Laddin, Esq.
dladdin@agg.com

James A. McCullough, II
jmccullough@brunini.com

Robert Dozier, Esq.
robert.e.dozier@usdoj.gov

Kevin Kobbe, Esq.
Kevin.kobbe@dlapiper.com

THIS, the 12th of February, 2018.

_____
Craig M. Geno

### IN THE UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:
PIONEER HEALTH SERVICES, INC.[1]               NO. 16-01119-NPO
             DEBTOR                              CHAPTER 11

### REPORT OF SALE OF SUBSTANTIALLY ALL
### OF THE ASSETS OF MEDICOMP, INC.

COMES NOW Pioneer Health Services, Inc. (the **"Debtor"** or the **"Seller"**) and files this, its *Report of Sale of Substantially All of the Assets Owned by Medicomp, Inc.* (the "Report"), and in support thereof would respectfully show as follows, to-wit:

1.    Debtor attaches hereto as **Exhibit "A"** and incorporates herein by reference the Closing Statement for the Sale of Medicomp, Inc. to EnduraCare Acute Care Services, LLC.

2.    The sale of the assets of Medicomp, Inc. has been completed, the supporting documents have been forwarded to the appropriate offices for recording, and the funds have been disbursed as required by the Court in the Sale Order dated December 1, 2017, and entered in the Court's records as Docket Number 2639.

3.    Accordingly, all disbursements contemplated in the closing statement have now been made and the net proceeds have been transferred to an interest-bearing, escrow account established pursuant to the guidelines promulgated by the Office of the United States Trustee.

---

[1] On April 6, 2016, the bankruptcy cases of *Pioneer Health Services of Patrick County, Inc.*, No. 16-01120-NPO; *Pioneer Health Services of Newton County, LLC*, No. 16-01121-NPO; *Pioneer Health Services of Stokes County, Inc.*, No. 16-01122-NPO; *Pioneer Health Services of Choctaw County, LLC*, No. 16-01123-NPO; *Pioneer Health Services of Oneida, LLC*, No. 16-01124-NPO; and *Pioneer Health Services of Monroe County, Inc.*, No. 16-01125-NPO were administratively consolidated into the bankruptcy case of *Pioneer Health Services, Inc.*, No. 16-01119-NPO. Debtor *Pioneer Health Services of Early County, LLC*, No. 16-01243-NPO, filed its Chapter 11 bankruptcy case on April 8, 2016, and was administratively consolidated into the "main" case of *Pioneer Health Services, Inc.*, No. 16-01119-NPO, on April 15, 2016. Debtor *Medicomp, Inc.*, No. 16-01126, filed its Chapter 11 bankruptcy case on March 30, 2016, and was administratively consolidated into the "main" case of *Pioneer Health Services, Inc.*, No. 16-01119-NPO, on June 29, 2016. All of these cases are hereinafter referred to collectively as "the Debtor".


EXHIBIT "A"

DATED, this the 29th day of December, 2017.

          Respectfully submitted,

          PIONEER HEALTH SERVICES, INC.

          By Its Attorneys,

          LAW OFFICES OF CRAIG M. GENO, PLLC

          By: /s/ Craig M. Geno
               Craig M. Geno

OF COUNSEL:

Craig M. Geno; MSB No. 4793
Jarret P. Nichols; MSB No. 99426
LAW OFFICES OF CRAIG M. GENO, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
jnichols@cmgenolaw.com

N:\Firm Data\Users\Bankrupt\Pioneer Health\Pleadings\Sale - Medicomp\Report of Sale - Medicomp 12-12-17.wpd

-2-

## CERTIFICATE OF SERVICE

I, Craig M. Geno, do hereby certify that I have caused to be served this date, via electronic filing transmission, a true and correct copy of the above and foregoing to all creditors and parties in interest, all creditors of PHS Oneida, and to the following:

Ronald H. McAlpin, Esq.
ronald.mcalpin@usdoj.gov

Christopher J. Steiskal, Esq.
christopher.j.steiskal@usdoj.gov

Sean C. Kulka, Esq.
sean.kulka@agg.com

Brian I. Swett, Esq.
bswett@mcguirewoods.com

J. Trevor Johnson, Esq.
Tjohnston@mcguirewoods.com

Darryl S. Laddin, Esq.
dladdin@agg.com

James A. McCullough, II
jmccullough@brunini.com

Robert Dozier, Esq.
robert.e.dozier@usdoj.gov

Kevin Kobbe, Esq.
Kevin.kobbe@dlapiper.com

THIS, the 29th of December, 2017.

_____
Craig M. Geno

CLOSING STATEMENT
ASSET PURCHASE AGREEMENT
by and among
PIONEER HEALTH SERVICES, INC. ("Pioneer"),
MEDICOMP, INC. ("Seller")
AND
ENDURACARE ACUTE CARE SERVICES, LLC ("Purchaser")

Closing Date: November 30, 2017

Effective Date: 12:01 a.m. December 1, 2017

FUNDS PAYABLE BY PURCHASER TO THE LAW OFFICES OF CRAIG M. GENO FOR THE BENEFIT OF THE SELLER:

| | |
|---|---|
| Cash Purchase Price | $700,000.00 |
| PLUS Prepaid Rent | $7,583.33 |
| LESS Amount held by Escrow Agent | ($25,000.00) |
| **TOTAL FUNDS PAYABLE BY PURCHASER TO THE LAW OFFICES OF CRAIG M. GENO FOR THE BENEFIT OF SELLER** | **$682,583.33** |

*See Exhibit A for Wire Instructions for the Law Offices of Craig M. Geno, PLLC*

FUNDS PAYABLE BY THE LAW OFFICES OF CRAIG M. GENO TO SOLIC CAPITAL ADVISORS, LLC:

| | |
|---|---|
| 2% Success Fee | $20,893.95 |

*See Exhibit A for Wire Instructions for Solic Capital Advisors, LLC*

FUNDS PAYABLE BY THE LAW OFFICES OF CRAIG M. GENO TO LEASING INNOVATIONS:

| | |
|---|---|
| Equipment Pay Off - Patrick | $10,874.00 |
| Equipment Pay Off - Early | $7,450.00 |
| **TOTAL FUNDS PAYABLE BY THE LAW OFFICES OF CRAIG M. GENO TO LEASING INNOVATIONS:** | **$18,324.00[1]** |

FUNDS PAYABLE BY THE LAW OFFICES OF CRAIG M. GENO TO CIGNA HEALTH AND LIFE INSURANCE COMPANY:

| | |
|---|---|
| Cure Cost | $1,482.49 |

FUNDS PAYABLE BY THE LAW OFFICES OF CRAIG M. GENO TO CALIFORNIA REHABILITATION SERVICES, INC. dba INTERSTATE REHABILITATION SERVICES:

| | |
|---|---|
| Expense Reimbursement | $25,000.00 |

---

[1] Craig Geno to obtain wiring instructions.

4812-9299-3111.5



EXHIBIT "A"

The parties agree and acknowledge that the Closing is effective as of 12:01 a.m. on December 1, 2017.

The parties agree and acknowledge that the Disclosure Schedules attached hereto amend and replace in their entirety the Disclosure Schedules dated November 2, 2017.

*[Signature Page Follows]*

**IN WITNESS WHEREOF,** the parties have executed this Closing Statement as of the date first above written.

**PIONEER:**

**PIONEER HEALTH SERVICES, INC.**

By: *[signature]*
Name: Julie Grieger
Title: VP Finance, Secretary

**SELLER:**

**MEDICOMP, INC.**

By: *[signature]*
Name: Julie Grieger
Title: VP Finance, Secretary

**PURCHASER:**

**ENDURACARE ACUTE CARE SERVICES, LLC**

By: _____
Name: _____
Title: _____

[Signature Page to Closing Statement]

4812-9299-3111.1

**IN WITNESS WHEREOF**, the parties have executed this Closing Statement as of the date first above written.

PIONEER:

**PIONEER HEALTH SERVICES, INC.**

By: _____
Name: _____
Title: _____

SELLER:

**MEDICOMP, INC.**

By: _____
Name: _____
Title: _____

PURCHASER:

**ENDURACARE ACUTE CARE SERVICES, LLC**

By: _[signature]_____
Name: ARTHUR M. DOLORESCO
Title: CEO

[Signature Page to Closing Statement]

4812-9259-3111.3

## EXHIBIT A

### Wire Instructions

**Law Offices of Craig M. Geno, PLLC:**

### WIRE INSTRUCTIONS

| | |
|---|---|
| Bank to receive Wire: | Regions Bank |
| Address of Receiving Bank: | 417 N 20th Street<br>Birmingham, AL 35203 |
| ABA Routing #: | 062005690 |
| Account Name: | Law Offices of Craig M. Geno, PLLC<br>Trust IOLTA Account |
| Account Address: | 587 Highland Colony Parkway Ridgeland, MS 39157 |
| Account Number: | 0145342199 |

4812-9299-3111.5

**SOLIC Capital Advisors, LLC:**

Northern Trust Bank
50 S. LaSalle
Chicago, IL 60675

Wire Instructions
ABA# 071000152
Acct# 3800869411

Swift - CNORUS44

(International Wires)

Beneficiary Name: SOLIC Capital Advisors, LLC

Federal Tax ID Number: 45-2035261