IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:
PIONEER HEALTH SERVICES, INC.[1]                    NO. 16-01119-NPO
                    DEBTOR                          CHAPTER 11

### REPORT OF SALE OF MEMBERSHIP INTERESTS IN RURAL SOLUTIONS, LLC

COMES NOW Pioneer Health Services, Inc. (the "**Debtor**" or the "**Seller**") and files this, its *Report of Sale of Membership Interests in Rural Solutions, LLC* (the "Report"), and in support thereof would respectfully show as follows, to-wit:

1. Debtor attaches hereto as **Exhibit "A"** and incorporates herein by reference the Sources and Uses for the Sale of Membership Interests in Rural Solutions, LLC to Rush Health Systems, Inc.

2. The sale of the membership interests in Rural Solutions, LLC has been completed, the supporting documents have been forwarded to the appropriate offices for recording, and the funds have been disbursed as required by the Court in the Sale Order dated March 1, 2017, and entered in the Court's records as Docket Number 1748.

---

[1] On April 6, 2016, the bankruptcy cases of *Pioneer Health Services of Patrick County, Inc.*, No. 16-01120-NPO; *Pioneer Health Services of Newton County, LLC*, No. 16-01121-NPO; *Pioneer Health Services of Stokes County, Inc.*, No. 16-01122-NPO; *Pioneer Health Services of Choctaw County, LLC*, No. 16-01123-NPO; *Pioneer Health Services of Oneida, LLC*, No. 16-01124-NPO; and *Pioneer Health Services of Monroe County, Inc.*, No. 16-01125-NPO were administratively consolidated into the bankruptcy case of *Pioneer Health Services, Inc.*, No. 16-01119-NPO. Debtor *Pioneer Health Services of Early County, LLC*, No. 16-01243-NPO, filed its Chapter 11 bankruptcy case on April 8, 2016, and was administratively consolidated into the "main" case of *Pioneer Health Services, Inc.*, No. 16-01119-NPO, on April 15, 2016. Debtor *Medicomp, Inc.*, No. 16-01126, filed its Chapter 11 bankruptcy case on March 30, 2016, and was administratively consolidated into the "main" case of *Pioneer Health Services, Inc.*, No. 16-01119-NPO, on June 29, 2016. All of these cases are hereinafter referred to collectively as "the Debtor".

3. Accordingly, all disbursements contemplated in the closing statement have now been made and the net proceeds have been transferred to an interest-bearing, escrow account established pursuant to the guidelines promulgated by the Office of the United States Trustee.

DATED, this the 13 day of March, 2018.

                                                        Respectfully submitted,

                                                        PIONEER HEALTH SERVICES, INC.

                                                        By Its Attorneys,

                                                        LAW OFFICES OF CRAIG M. GENO, PLLC

                                                        By: /s/ Craig M. Geno
                                                               Craig M. Geno

OF COUNSEL:

Craig M. Geno; MSB No. 4793
Jarret P. Nichols; MSB No. 99426
LAW OFFICES OF CRAIG M. GENO, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
jnichols@cmgenolaw.com

N:\Firm Data\Users\Bankrupt\Pioneer Health\Pleadings\Sale - Rural Solutions\Report of Sale - Rural Solutions 3-12-18.wpd

**CERTIFICATE OF SERVICE**

I, Craig M. Geno, do hereby certify that I have caused to be served this date, via electronic filing transmission, a true and correct copy of the above and foregoing to all creditors and parties in interest, all creditors of PHS Oneida, and to the following:

Ronald H. McAlpin, Esq.
ronald.mcalpin@usdoj.gov

Christopher J. Steiskal, Esq.
christopher.j.steiskal@usdoj.gov

Sean C. Kulka, Esq.
sean.kulka@agg.com

Brian I. Swett, Esq.
bswett@mcguirewoods.com

Richard A. Montague, Jr.
montagur@phelps.com

Darryl S. Laddin, Esq.
dladdin@agg.com

James A. McCullough, II
jmccullough@brunini.com

Robert Dozier, Esq.
robert.e.dozier@usdoj.gov

J. Trevor Johnson, Esq.
Tjohnston@mcguirewoods.com

THIS, the 13th of March, 2018.

_____
Craig M. Geno

**Sale of**
**Rural Solutions**
**To**
**Rush Health Systems, Inc.**

### SOURCES

| | | |
|---|---:|---:|
| Cash due at Closing | $ | 1,300,000.00 |
| Buyer Payment of RS Accounts Payable due to PHS | | 211,000.00 |
| **Total Sources** | **$** | **1,511,000.00** |

### USES

| | | |
|---|---:|---:|
| Payment of AP Transferred to PHS(1) | $ | 200,480.80 |
| SOLIC Fee - 2% Purchase Price | | 26,000.00 |
| SOLIC Escrow - 20% Purchase Price (2) | | 260,000.00 |
| Satisfaction of Accounts Receivable due from Buyer (3)(4) | | 649,355.00 |
| Remaining Proceeds to PHS (4) | | 375,164.20 |
| **Total Uses** | **$** | **1,511,000.00** |

### RECONCILIATION

**Total Net Proceeds to Pioneer**

| | |
|---|---:|
| RS Accounts Payable to PHS that is transferred to PHS (part of $200,480.80 of AP transferred to PHS | 77,480.64 |
| Satisfaction of Accounts Receivable due from Buyer (3)(4) | 649,355.00 |
| Remaining Proceeds to PHS | 375,164.20 |
| **Total to Pioneer Health Services** | **1,101,999.84** |
| Payment of Third-Party AP | 123,000.16 |
| Payment of SOLIC Fee | 26,000.00 |
| Payment of SOLIC Escrow | 260,000.00 |
| | 409,000.16 |
| **Total Proceeds** | **$ 1,511,000.00** |

(1) See "Transferred AP" tab for a list of Accounts Payable being tranferred from Rural Solutions LLC to Pioneer Health Systems, Inc. that should be paid with transaction proceeds.
(2) Pursuant to section 4.a of the SOLIC Capital Engagement letter, 20% of sales proceeds must be set aside in a reserve fund to pay SOLIC's aggregate minimum fee of $500,000. Upon closing of the Rural Solutions transaction, SOLIC will have received $40,000 in fees and the Reserve Fund will have a balance of $460,000.
(3) Satisfaction of Accounts Receivable due from Buyer represents amounts owed by Rush Heallth Systems, Inc. to Rural Solutions as of December 31, 2016. Does not include amounts due for February invoice.
(4) Reflects net proceeds to Pioneer Health Services, Inc.

**EXHIBIT "A"**

Rural Solutions, LLC
*Accounts Payable Assignment Per Asset Purchase Agreement*

| | Current Due | Retained by Rush Health | Assigned to PHS |
|---|---:|---:|---:|
| Baker Donelson | 59,691.00 | | 59,691.00 |
| Butler Snow | 12,500.00 | | 12,500.00 |
| eClinical Works | 2,086.50 | | 2,086.50 |
| Carbon 6 | 100.00 | | 100.00 |
| HealthStream | 1,250.00 | | 1,250.00 |
| Optum 360 | 208.84 | | 208.84 |
| Pioneer Health Services - 2016 | 270,737.57 | 211,000.00 | 59,737.57 |
| Pioneer Health Services - 2017 | 17,743.07 | | 17,743.07 |
| The ERA Leader | 67.60 | | 67.60 |
| Triagelogic Management | 13,300.00 | | 13,300.00 |
| Verizon Wireless | 581.10 | | 581.10 |
| Waller Lansden | 33,215.12 | | 33,215.12 |
| | 411,480.80 | 211,000.00 | 200,480.80 |

**BUYER:**

**RUSH HEALTH SYSTEMS, INC.**

By: _____
Christopher M. Rush
Its: Chief Financial Officer


**SELLER:**

**PIONEER HEALTH SERVICES, INC.**

By: _____

Its: _____

BUYER:

RUSH HEALTH SYSTEMS, INC.

By: _____
Christopher M. Rush
Its:    Chief Financial Officer


SELLER:

PIONEER HEALTH SERVICES, INC.

By: *[signature]*

Its:    Chief Restructuring Officer

[Signature Page to Sources and Uses]