16-01119-NPO    Dkt 3035    Filed 05/04/18    Entered 05/04/18 15:48:33    Page 1 of 3

_____



        **SO ORDERED,**

*[signature]*

**Judge Neil P. Olack**
**United States Bankruptcy Judge**
**Date Signed: May 4, 2018**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

**PIONEER HEALTH SERVICES, INC.,**[1]     **CASE NO. 16-01119-NPO**
                                                          **JOINTLY ADMINISTERED**

      **DEBTORS.**     **CHAPTER 11**

### ORDER SETTING EVIDENTIARY HEARINGS
### ON JUNE 12, 2018 AND ESTABLISHING A
### <u>RESPONSE DEADLINE OF JUNE 7, 2018</u>

On May 4, 2018, the Court held a status conference (the "Status Conference") on certain contested matters filed in the above-styled chapter 11 bankruptcy case (the "Bankruptcy Case").

---

[1] On April 6, 2016, the bankruptcy cases of *Pioneer Health Services of Patrick County, Inc.*, No. 16-01120-NPO; *Pioneer Health Services of Newton County, LLC*, No. 16-01121-NPO; *Pioneer Health Services of Stokes County, Inc.*, No. 16-01122-NPO; *Pioneer Health Services of Choctaw County, LLC*, No. 16-01123-NPO; *Pioneer Health Services of Oneida, LLC*, No. 16-01124-NPO; and *Pioneer Health Services of Monroe County, Inc.*, No. 16-01125-NPO were administratively consolidated into the lead bankruptcy case of *Pioneer Health Services, Inc.*, No. 16-01119-NPO. The debtor, *Pioneer Health Services of Early County, LLC*, No. 16-01243-NPO, filed its chapter 11 bankruptcy case on April 8, 2016, and was administratively consolidated into the lead case of *Pioneer Health Services, Inc.*, No. 16-01119-NPO, on April 15, 2016. The debtor, *Medicomp, Inc.*, No. 16-01126-NPO, filed its chapter 11 bankruptcy case on March 30, 2016, and was administratively consolidated into the lead bankruptcy case of *Pioneer Health Services, Inc.*, No. 16-01119-NPO, on June 29, 2016. In this Order, all of these debtors are referred to collectively as the "Debtors."

The purpose of the Status Conference was to schedule evidentiary hearings on these pending contested matters and set deadlines for the Debtors, creditors, or other parties in interest to file responses.  In this Order, and two separate orders issued contemporaneously therewith, the Court sets or resets these contested matters for hearings on three different dates, selected with input from all counsel present at the Status Conference, with three correspondingly different response deadlines.

IT IS, THEREFORE, ORDERED that a hearing is scheduled for June 12, 2018, at 9:00 a.m. and a response deadline is set for June 7, 2018, on the following pending contested matters:

(1.) Request for Payment of Administrative Taxes and Administrative Proof of Claim (Dkt. 2990) filed by the Mississippi Department of Revenue

(2.) Motion of GE HFS, LLC for Entry of an Order Compelling Pioneer Health Services of Monroe County, Inc. to Make Payment of Post-Petition Lease Payments Pursuant to 11 U.S.C. § 365(d)(5) or, Alternatively, Allowing Administrative Claim Request Against Pioneer Health Services of Monroe County, Inc. Pursuant to 11 U.S.C. § 503(b)(1)(A) (Dkt. 3002) filed by GE HFS, LLC 200, LLC

(3.) Request for Payment of Administrative Expense Claim (Dkt. 3009) filed by Keely R. McNulty, Esq.

(4.) Prime Alliance Bank's Motion for an Administrative Expense Claim Related to Patrick Facility (Dkt. 3012) filed by Prime Alliance Bank, Inc.

(5.) Prime Alliance Bank's Motion for Abandonment and Request for Termination of § 362 Automatic Stay Related to Patrick Facility (Dkt. 3013) filed by Prime Alliance Bank, Inc.

(6.) Request for Payment of Administrative Taxes and Administrative Proof of Claim (Dkt. 277) filed by Mississippi Department of Revenue filed in Medicomp, Inc. case #16-01126

IT IS FURTHER ORDERED that all evidentiary hearings shall take place in the U.S. Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi.

IT IS FURTHER ORDERED that any stay provided by 11 U.S.C. § 362(a) is extended until the conclusion of the final hearing and a determination by the Court.

##END OF ORDER##