IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:
PIONEER HEALTH SERVICES, INC., ET AL.[1]             CHAPTER 11
Debtor            CASE NO. 16-01119-NPO

## MOTION TO AMEND SCHEDULES

COMES NOW Pioneer Health Services, Inc. (the "Debtor") and files this Motion to Amend Schedules (the "Motion") and in support thereof, would respectfully show as follows, to-wit:

1. The Debtor moves the Court for an Order to allow it to amend its Schedules in this Chapter 11 case.

2. A draft of the proposed Schedule Amendments is attached, incorporated by reference and marked as **Exhibit "A"**.

3. Also attached, as **Exhibit "B"**, is the *Court's Order Setting Deadlines for Filing Objections to Motion to Amend Schedules; Proofs of Claim, Objections to Proofs of Claim and Responses to Objections to Proofs of Claim and Setting Hearing Dates on Objections*.

WHEREFORE, PREMISES CONSIDERED, Debtor moves the Court for an Order allowing it to amend its Schedules. Debtor prays for general relief.

---

[1] On April 6, 2016, the bankruptcy cases of *Pioneer Health Services of Patrick County, Inc.*, No. 16-01120-NPO; *Pioneer Health Services of Newton County, LLC*, No. 16-01121-NPO; *Pioneer Health Services of Stokes County, Inc.*, No. 16-01122-NPO; *Pioneer Health Services of Choctaw County, LLC*, No. 16-01123-NPO; *Pioneer Health Services of Oneida, LLC*, No. 16-01124-NPO; and *Pioneer Health Services of Monroe County, Inc.*, No. 16-01125-NPO were administratively consolidated into the bankruptcy case of *Pioneer Health Services, Inc.*, No. 16-01119-NPO. Debtor *Pioneer Health Services of Early County, LLC,* No. 16-01243-NPO, filed its Chapter 11 bankruptcy case on April 8, 2016. *Pioneer Health Services of Early County, LLC,* No. 16-01243-NPO was administratively consolidated into the "main" case of *Pioneer Health Services, Inc.*, No. 16-01119-NPO, on April 15, 2016. Debtor *Medicomp, Inc.,* No. 16-01126, filed its Chapter 11 bankruptcy case on March 30, 2016. *Medicomp, Inc.* was administratively consolidated into the "main" case of *Pioneer Health Services, Inc.*, No. 16-01119-NPO, on June 29, 2016. All of these cases are hereinafter referred to collectively as "the Debtor".

DATED, this the 3rd day of July, 2018.

          Respectfully submitted,

          PIONEER HEALTH SERVICES, INC.

          By Its Attorneys,

          LAW OFFICES OF CRAIG M. GENO, PLLC

          By: _____
                Craig M. Geno

OF COUNSEL:

Craig M. Geno; MSB No. 4793
Jarret P. Nichols; MSB No. 99426
LAW OFFICES OF CRAIG M. GENO, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
jnichols@cmgenolaw.com

N:\Firm Data\Users\Bankrupt\Pioneer Health\Pleadings\Mot to Amend Schedules 7-3-18.wpd

## CERTIFICATE OF SERVICE

I, Craig M. Geno, do hereby certify that I have caused to be served this date, via electronic filing transmission, a true and correct copy of the above and foregoing to all creditors and parties in interest, all creditors of PHS Oneida, and to the following:

Christopher J. Steiskal, Esq.
christopher.j.steiskal@usdoj.gov

Sean C. Kulka, Esq.
sean.kulka@agg.com

Brian I. Swett, Esq.
bswett@mcguirewoods.com

Darryl S. Laddin, Esq.
dladdin@agg.com

James A. McCullough, II
jmccullough@brunini.com

Robert Dozier, Esq.
robert.e.dozier@usdoj.gov

William H. Leech, Esq.
bleech@cctb.com

THIS, the 3rd of July, 2018.

_____
Craig M. Geno

### Fill in this information to identify the case:

Debtor name: **Pioneer Health Services, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF MISSISSIPPI**

Case number (if known): **16-01119**

☑ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| **2.18** | Priority creditor's name and mailing address<br>**Assurant Cancer & Acci/Union Security Insurance Company**<br>**P. O. Box 807009**<br>**Kansas City, MO 64184** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | unliquidated | unliquidated |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Accident Life Withheld** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (5) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |  |  |
| **2.19** | Priority creditor's name and mailing address<br>**Assurant Cancer & Acci/Union Security Insurance Company**<br>**P. O. Box 807009**<br>**Kansas City, MO 64184** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | unliquidated | unliquidated |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Cancer Insurance Withheld** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (5) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |  |  |
| **2.20** | Priority creditor's name and mailing address<br>**Assurant Dental & Visi/Union Security Insurance Company**<br>**P. O. Box 843300**<br>**Kansas City, MO 64184** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Health Insurance - Employee Deductions** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (5) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |  |  |

**EXHIBIT "A"**

| Debtor | **Pioneer Health Services, Inc.** | Case number (if known) | **16-01119** |
|---|---|---|---|
| | Name | | |

**2.21** Priority creditor's name and mailing address
**Assurant Dental & Visi/Union**
**Security Insurance Company**
**P. O. Box 843300**
**Kansas City, MO 64184**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

unliquidated    unliquidated

Date or dates debt was incurred

Basis for the claim:
**Dental Insurance Withheld**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.22** Priority creditor's name and mailing address
**Harold J. Barkley, Jr.**
**Chapter 13 Trustee**
**P. O. Box 321454**
**Flowood, MS 39232**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.23** Priority creditor's name and mailing address
**MDES**
**P.O. Box 1699**
**Jackson, MS 39215**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**SUTA**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.24** Priority creditor's name and mailing address
**MS Dept. of Human Serv**
**Att'n: Child Support E**
**P. O. Box 23094**
**Jackson, MS 39225**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Pioneer Health Services, Inc. | Case number (if known) | 16-01119 |
|---|---|---|---|
| | Name | | |

### 2.25

**Priority creditor's name and mailing address**
MS Dept. of Revenue
P. O. Box 1033
Jackson, MS 39215-1033

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**State Payroll Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**)

Is the claim subject to offset?
☑ No
☐ Yes

### 2.26

**Priority creditor's name and mailing address**
Pioneer Health Christm
P. O. Box 1100
Magee, MS 39111

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Christmas Club Savings Withheld**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**5**)

Is the claim subject to offset?
☑ No
☐ Yes

### 2.27

**Priority creditor's name and mailing address**
Employee Earned PTO

***See Attachment**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$383,405.51    $191,840.83

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**)

Is the claim subject to offset?
☑ No
☐ Yes

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

### 3.243

**Nonpriority creditor's name and mailing address**
McKesson Technologies
P. O. Box 98347
Chicago, IL 60693

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

**SUBTOTAL** $0.00

### Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

Total of claim amounts

| Debtor | Pioneer Health Services, Inc. | Case number (if known) | 16-01119 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 5a. Total claims from Part 1 | | 5a. $ | 383,405.51 |
| 5b. Total claims from Part 2 | | 5b. + $ | 0.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | | 5c. $ | 383,405.51 |

| | PHS 507(a)(4) Earned PTO | | | | | |
|---|---|---|---|---|---|---|
| Employee Name | Code Subsection of Priority | Dates Debt was Incurred | Basis for Claim | Claim subject to offset? | Total Claim | Priority Amount |
| Allen, Hope | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 724.85 | $700.00 |
| Allen, Kelly | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 474.79 | $474.79 |
| Allen, Penny D | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 330.46 | $330.46 |
| Atkinson, Jennifer L | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 551.86 | $551.86 |
| Autmon, Mary L | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 41.17 | $41.17 |
| Baeuerle, Robyn M | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 660.36 | $660.36 |
| Bailey, Adriana | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 190.67 | $190.67 |
| Bairfield, Terri | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 1,129.67 | $1,108.60 |
| Barnard, Renee' M | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 907.50 | $907.50 |
| Barnes, Tracy A | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 260.31 | $260.31 |
| Baugh, Dwanna | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 161.91 | $161.91 |
| Blair, Debbie L | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 7,115.10 | $3,076.80 |
| Blakeney, Candy M | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 195.75 | $195.75 |
| Blanks, Reggie | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 541.71 | $541.71 |
| Bond, Veronica R | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 1,126.52 | $826.80 |
| Bowman, Hilary | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 71.34 | $71.34 |
| Bradford, Paula R | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 6,222.50 | $1,871.62 |
| Brown, Latreeta M | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 389.64 | $389.64 |
| Brownell, Brandy | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 339.00 | $339.00 |
| Cain, Sandra K | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 754.86 | $754.86 |
| Capalbo, Jaclynn H | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 787.12 | $787.12 |
| Carter, William M | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 63.00 | $63.00 |
| Champ, Trinicia T | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 126.53 | $126.53 |
| Chandler, Christopher | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 12,713.91 | $3,886.98 |
| Chapman, Patrick S | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 1,156.25 | $1,156.25 |
| Cline, Angela L | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 357.28 | $357.28 |
| Cole, Tammie M | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 73.61 | $73.61 |
| Coleman, Shelley L | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 515.88 | $500.00 |
| Collins, Tenesia | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 110.88 | $110.88 |
| Conway, Erica | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 1,026.63 | $1,026.63 |
| Cook, Amiee G | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 321.36 | $321.36 |
| Crout, Fetina M | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 2,479.93 | $1,423.20 |
| Culley, Chanda | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 89.47 | $89.47 |

| Name | Section | Period | Type | ? | Amount | Amount 2 |
|---|---|---|---|---|---|---|
| Cushing, Ginger M | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 12,110.86 | $3,455.16 |
| Davis, Fredrick V | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 770.58 | $628.40 |
| Davis, Mildred | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 8.63 | $8.63 |
| Davis, Richard J | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 2,779.99 | $1,682.80 |
| Davis, Shannon N | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 57.75 | $57.75 |
| Davis, Teresa K | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 1,308.23 | $1,308.23 |
| Dean, Brenda M | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 2,132.22 | $2,132.22 |
| Derouen, Patricia A | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 1,602.02 | $560.00 |
| Donaldson, Jeannette M | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 356.50 | $356.50 |
| Dunn, Morgan M | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 23,076.00 | $7,692.00 |
| Enis, Richard B | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 1,385.63 | $1,385.63 |
| Evans, Veronica | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 36.80 | $36.80 |
| Fairley, Dreama E | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 170.88 | $170.88 |
| Fairley, Racheal | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 789.88 | $560.00 |
| Fairley, Sharron | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 45.50 | $45.50 |
| Farmer, Amanda | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 204.40 | $204.40 |
| Filpi, Jeanette D | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 2,483.74 | $2,483.74 |
| Fortenberry, Theresa F | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 1,089.09 | $1,089.09 |
| Foster, Crystal S | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 3,339.50 | $687.60 |
| Futch, Felicia S | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 2,635.80 | $480.00 |
| Garner, Kelley C | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 730.27 | $730.27 |
| Gieger, Julie W | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 27,423.75 | $9,615.20 |
| Gieger, Tracy L | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 162.50 | $162.50 |
| Glenn, Vicki L | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 101.25 | $101.25 |
| Godfrey, Sharon L | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 10,767.84 | $3,455.16 |
| Grant, Wendy K | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 494.36 | $494.36 |
| Gray, Angela J | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 202.17 | $202.17 |
| Gray, Leah S | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 82.95 | $82.95 |
| Gray, Sophia L | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 189.34 | $189.34 |
| Gray, Vicky T | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 838.77 | $591.20 |
| Grenn, Wanda | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 353.40 | $353.40 |
| Griffith, Ashley K | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 267.75 | $267.75 |
| Hall, Tamatha D | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 9,973.74 | $3,461.60 |
| Hamilton, Gloria | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 4,532.80 | $1,916.54 |
| Hamilton, Lionel | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 1,651.02 | $865.20 |

| Name | Section | Period | Type | | Amount | Allowed |
|---|---|---|---|---|---|---|
| Hamm, Morgan D | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 509.25 | $509.25 |
| Hargrove, Shewanda G | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 95.64 | $95.64 |
| Harrison, Teri B | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 1,988.00 | $1,120.00 |
| Hayes, Annie M | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 850.59 | $520.00 |
| Hayes, Bridgett C | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 25.08 | $25.08 |
| Hazen, Lynda A | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 485.93 | $485.93 |
| Head, Justin | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 4,167.57 | $2,879.60 |
| Hill, Sharon | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 210.87 | $210.87 |
| Hornick, Brett A | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 1,761.89 | $620.00 |
| Houchen, Calesta D | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 269.88 | $269.88 |
| Hubbard, Kayla M | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 35.42 | $35.42 |
| Hudson, Clemmer | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 425.25 | $425.25 |
| Ilgenfritz, Carter | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 568.46 | $568.46 |
| Ingle, Jessica M | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 2,054.06 | $1,871.62 |
| Jackson, Nikita S | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 36.63 | $36.63 |
| Jennings, Faith A | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 291.33 | $291.33 |
| Johnson, Bobby | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 2,901.42 | $540.00 |
| Johnson, Latasha D | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 1,101.96 | $480.00 |
| Jones, Candice L | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 596.40 | $560.00 |
| Jones, Carolyn A | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 143.38 | $143.38 |
| Jones, LaRonda D | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 305.04 | $305.04 |
| Jones, Wanda G | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 82.29 | $82.29 |
| Kelly, Johnny T | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 3,209.29 | $580.00 |
| Kendrick, Latarsha R | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 315.52 | $0.00 |
| Kennedy, Joshua G | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 1,127.18 | $1,127.18 |
| King, Bonnie | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 1,079.23 | $700.00 |
| Knox, Crystal R | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 4,644.88 | $3,269.60 |
| Lawson, Terrell | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 1,361.97 | $576.80 |
| Lea, Patricia L | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 537.00 | $537.00 |
| Lee, Cynthia | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 1,153.75 | $590.00 |
| Lents, Vickie | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 251.08 | $251.08 |
| Mabry, Lashonda K | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 365.12 | $365.12 |
| Madison, Sharon K | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 1,034.56 | $1,034.56 |
| Martin, Jerishekia K | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 92.72 | $92.72 |
| Martin, Sandra S | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 9,796.22 | $3,653.60 |

| Name | | | | | | |
|---|---|---|---|---|---|---|
| Martin, Teresa | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 196.42 | $196.42 |
| McAfee, Samantha | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 116.38 | $116.38 |
| McAlister, Stephanie L | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 1,597.53 | $1,509.60 |
| Mcalpin, Dianne B | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 3,856.10 | $1,044.80 |
| McCrary Jr, Robert H | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 2,845.61 | $1,586.40 |
| McDaniel, Sonja D | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 823.60 | $800.00 |
| Mcdaniel, Stacy Y | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 3,600.00 | $600.00 |
| McGloster, Jerry D | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 1,185.23 | $1,185.23 |
| Mcintire, Rebecca J | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 4,228.68 | $2,303.44 |
| McNease, Brittany L | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 86.00 | $86.00 |
| McWhorter, William R | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 2,690.26 | $1,154.00 |
| Meadows, Brenda F | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 323.79 | $323.79 |
| Mikell, Gail | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 463.43 | $463.43 |
| Minor, Angela S | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 2,115.90 | $1,796.76 |
| Mitchell, Clarissa S | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 482.00 | $482.00 |
| Mitchell, Hunter L | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 116.56 | $116.56 |
| Moffatt, Joy L | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 1,344.24 | $480.00 |
| Morrow, Zachery A | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 2,899.09 | $1,730.80 |
| Mott, Joseph F | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 2,659.36 | $1,826.80 |
| Myers, Teressa J | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 1,197.38 | $1,197.38 |
| Noland, Matthew C | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 403.00 | $403.00 |
| Norman, Mark | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 6,605.96 | $3,310.82 |
| Parker, Sarentha M | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 565.05 | $565.05 |
| Pearce, Leslie D | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 1,121.45 | $540.00 |
| Pearson, Sonja R | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 226.10 | $226.10 |
| Peyton, Marquishia D | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 44.05 | $44.05 |
| Pickering-Aultman, Deborah I | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 11.62 | $11.62 |
| Pippins, Candice N | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 119.63 | $119.63 |
| Polk, Ashli N | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 77.13 | $77.13 |
| Ponder, Ashley N | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 360.00 | $360.00 |
| Pope, Eddie L | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 12,122.40 | $4,040.80 |
| Price, April S | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 282.49 | $282.49 |
| Purser, Kristy M | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 14.38 | $14.38 |
| Redmond, Dwanh | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 601.12 | $601.12 |
| Riser, Donna G | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 4,707.45 | $2,308.00 |

| Name | Section | Period | Type | | Amount | Amount |
|---|---|---|---|---|---|---|
| Robinson, Marsha' | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 196.13 | $196.13 |
| Rock, Dayna L | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 1,074.96 | $1,074.96 |
| Ross, Deborah V | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 6.01 | $6.01 |
| Sanders, Teresa A | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 2,094.42 | $1,042.72 |
| Sawyer, Melissa F | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 12,691.20 | $4,230.40 |
| Sawyer, Sydney | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 12,150.67 | $4,615.20 |
| Sclater, Eryca D | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 6.88 | $6.88 |
| Scoville, Curt A | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 16,154.40 | $5,384.80 |
| Shoemaker, Bruce E | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 872.04 | $480.00 |
| Shows, James D | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 1,583.80 | $1,583.80 |
| Silcox, Teresa C | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 3,426.89 | $1,307.60 |
| Sisson, Sara | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 438.89 | $438.89 |
| Smith, Amanda | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 69.63 | $69.63 |
| Smith, Paige A | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 85.33 | $85.33 |
| Smith, Stephanie A | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 231.00 | $231.00 |
| Smith, Teresa | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 574.48 | $574.48 |
| Staines, Shanell R | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 414.37 | $414.37 |
| Stanford, Julie M | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 766.32 | $766.32 |
| Stapp, Rikki C | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 588.05 | $588.05 |
| Stewart, Kimberly H | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 393.86 | $393.86 |
| Stewart, Melissa J | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 401.09 | $401.09 |
| Sullivan, Rhonda | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 474.87 | $440.00 |
| Swilley, Stephon T | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 644.09 | $580.00 |
| Gatlin, Amanda | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 634.18 | $634.18 |
| Taylor, John A | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 1,547.82 | $1,547.82 |
| Thompson, Adrea C | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 493.00 | $493.00 |
| Thompson, Tammy | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 441.14 | $441.14 |
| Tillman, Jason T | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 128.95 | $128.95 |
| Tillman, Pamela | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 13,845.60 | $4,615.20 |
| Townsend, Timothy C | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 520.90 | $520.90 |
| Tynes, Terrell E | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 100.75 | $100.75 |
| Valdez, Tiffany L | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 256.36 | $256.36 |
| Valentine, Rebecca L | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 356.25 | $356.25 |
| Vaquera, Leah N | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 847.00 | $847.00 |
| Waits, LaDonna D | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 3,945.26 | $1,567.60 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Walker, April M | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 2,776.64 | $1,730.80 |
| Walker, Sarita | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 330.00 | $330.00 |
| Walley, Jarvis | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 1,793.70 | $600.00 |
| Waters, Monique | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 898.04 | $520.00 |
| WATKINS, DEVIN S | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 84.06 | $84.06 |
| Weeks, Malissa S | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 425.28 | $425.28 |
| Welborn, Kriston N | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 378.13 | $378.13 |
| Welch, Shannon B | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 667.11 | $667.11 |
| Welch, Shasta M | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 2,504.69 | $1,871.62 |
| Westmoreland, Kayla | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 790.15 | $790.15 |
| White, Linda K | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 864.99 | $516.80 |
| Whittington, Crystal | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 365.84 | $365.84 |
| Widener, Stephen G | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 3,147.02 | $3,147.02 |
| Williams, Cassie M | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 539.04 | $480.00 |
| Williams, Jessica | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 192.15 | $192.15 |
| Williams, Lauren L | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 834.97 | $834.97 |
| Williams, Nicole M | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 3.25 | $3.25 |
| Wimberly, Ginger | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 2,236.88 | $1,250.00 |
| Yates, Buford | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 14,413.99 | $6,730.40 |
| Yates, Jennifer L | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 932.14 | $932.14 |
| Yelverton, Malory M | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 3,457.81 | $1,250.00 |
| York, Jack A | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 6,972.84 | $4,463.14 |
| Young, Sonja M | 507(a)(4) | 10/1/2015-3/31/2016 | Earned PTO | No | 208.38 | $208.38 |
| | | | | Total | 383,405.51 | 191,840.83 |



SO ORDERED,

Judge Neil P. Olack
United States Bankruptcy Judge
Date Signed: July 3, 2018

The Order of the Court is set forth below. The docket reflects the date entered.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

PIONEER HEALTH SERVICES, INC.,            CASE NO. 16-01119-NPO

DEBTOR.                                                          CHAPTER 11

### ORDER:  (1) SETTING DEADLINES FOR FILING MOTION TO AMEND SCHEDULES; OBJECTIONS TO MOTION TO AMEND SCHEDULES; PROOFS OF CLAIM; OBJECTIONS TO PROOFS OF CLAIM; AND RESPONSES TO OBJECTIONS TO PROOFS OF CLAIMS AND (2) SETTING HEARING DATES ON OBJECTIONS

Pursuant to the hearing held on June 29, 2018, in the above-referenced bankruptcy case, the Court finds that an order should be entered setting deadlines to file a motion to amend schedules, objections to the motion to amend schedules, proofs of claim, objections to proofs of claim, and responses to objections to proofs of claims, and setting dates for hearings on any objections filed.

IT IS HEREBY ORDERED THAT:

1.  Pioneer Health Services, Inc. (the "Debtor") shall file a motion to amend the schedules by July 3, 2018;

2.  Any interested party may file an objection to the motion to amend schedules by July 24, 2018.

Page 1 of 2



EXHIBIT "B"

3. A hearing on any such objection to the motion to amend the schedules shall be held at 9:00 a.m., on July 26, 2018, at the U.S. Bankruptcy Courtroom 4C, 501 East Court Street in Jackson, Mississippi (the "Bankruptcy Courtroom").

4. Should the Court overrule an interested party's objection to the motion to amend the schedules, that party may file a proof of claim by August 2, 2018.

5. The Debtor may file an objection to any such proof of claim by August 9, 2018.

6. The interested party filing the proof of claim may file a response to any such objection by September 10, 2018.

7. A hearing on any such objection to a proof of claim shall be held at 9:00 a.m., on September 14, 2018, in the Bankruptcy Courtroom.

8. The deadlines and dates contained in this Order may be extended only by the Court and only upon written motion for good cause shown.

##END OF ORDER##