___



**SO ORDERED,**

*/s/ Neil P. Olack*

**Judge Neil P. Olack**
**United States Bankruptcy Judge**
**Date Signed: August 21, 2018**

**The Order of the Court is set forth below. The docket reflects the date entered.**
___

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: PIONEER HEALTH SERVICES, INC., *et al.*[1] | NO. 16-01119-NPO |
| JOINTLY ADMINISTERED DEBTORS | CHAPTER 11 |

### ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* (Dkt.#3540)

**THIS MATTER** came before the Court on the *Motion for Admission* Pro Hac Vice (the "Motion") filed by William H. Leech, a member of Copeland, Cook, Taylor & Bush, P.A., counsel to Capital One National Association ("Capital One"), pursuant to Miss. Bankr. L.R. 9010-1, requesting that Sarah B. Boehm be admitted to practice before this Court *pro hac vice* as co-counsel for Capital One in each of the above-captioned consolidated bankruptcy cases (the "Bankruptcy Cases"). The Court, having considered the Motion, finds that it well taken and should be granted as set forth herein.

**IT IS THEREFORE ORDERED**, that Sarah B. Boehm is admitted to practice before this Court *pro hac vice* as co-counsel for Capital One in the Bankruptcy Cases.

##END OF ORDER##

---

[1] Jointly administered with *In re Pioneer Health Services of Patrick County, Inc.*, No. 16-01220-NPO; *In re Pioneer Health Service of Newton County, LLC*, No. 16-01121-NPO; *In re Pioneer Health Services of Stokes County, Inc.*, No. 16-01122-NPO; *In re Pioneer Health Services of Choctaw County, LLC*, No. 16-01123-NPO; *In re Pioneer Health Services of Oneida, LLC*, No. 16-01124-NPO; *In re Pioneer Health Services of Monroe County, Inc.*, No. 16-01125-NPO; *In re Pioneer Health Services of Early County, LLC*, No. 16-01243-NPO; and *In re Medicomp, Inc.*, No. 16-01126-NPO.

**Prepared and Submitted to the Court By:**

<u>/s/ William H. Leech</u>
William H. Leech, MSB No. 1175
Christopher H. Meredith, MSB No. 103656
COPELAND, COOK, TAYLOR & BUSH, P.A.
600 Concourse, Suite 100
1076 Highland Colony Parkway (Zip—39157)
P.O. Box 6020
Ridgeland, MS  39158
Telephone:  (601) 856-7200
Facsimile:   (601) 856-7626
bleech@cctb.com
cmeredith@cctb.com
*Local Counsel for Capital One*