# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: PIONEER HEALTH SERVICES, INC., *et al.*[1] | NO. 16-01119-NPO |
| JOINTLY ADMINISTERED DEBTORS | CHAPTER 11 |

## MOTION OF COPELAND, COOK, TAYLOR & BUSH, P.A. FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR CAPITAL ONE NATIONAL ASSOCIATION

Copeland, Cook, Taylor & Bush, P.A. and its attorneys (collectively, "CCTB") requests leave to withdraw as counsel of record for Capital One National Association ("Capital One") in the above-captioned consolidated bankruptcy cases (the "Bankruptcy Cases"). Capital One has been and will continue to be represented in these Bankruptcy Cases by McGuireWoods LLP, and Capital One has no objection to CCTB's request to withdraw as its counsel of record.

**WHEREFORE**, CCTB respectfully requests that this Court enter an Order similar to the proposed Agreed Order submitted contemporaneously herewith granting CCTB leave to withdraw as counsel of record for Capital One. CCTB further prays for general relief.

**THIS** the 26th day of September, 2018.

Respectfully submitted,

**COPELAND, COOK, TAYLOR & BUSH, P.A.**

/s/ William H. Leech
William H. Leech, MSB No. 1175
COPELAND, COOK, TAYLOR & BUSH, P.A.
P.O. Box 6020
Ridgeland, MS  39158
Telephone:  (601) 856-7200
Facsimile:   (601) 856-7626
bleech@cctb.com

---

[1] Jointly administered with *In re Pioneer Health Services of Patrick County, Inc.*, No. 16-01220-NPO; *In re Pioneer Health Service of Newton County, LLC*, No. 16-01121-NPO; *In re Pioneer Health Services of Stokes County, Inc.*, No. 16-01122-NPO; *In re Pioneer Health Services of Choctaw County, LLC*, No. 16-01123-NPO; *In re Pioneer Health Services of Oneida, LLC*, No. 16-01124-NPO; *In re Pioneer Health Services of Monroe County, Inc.*, No. 16-01125-NPO; *In re Pioneer Health Services of Early County, LLC*, No. 16-01243-NPO; and *In re Medicomp, Inc.*, No. 16-01126-NPO.

**CERTIFICATE OF SERVICE**

Service provided via Notice of Electronic Filing (NEF) through ECF:

| | | | |
|---|---|---|---|
| *Joseph L. Adams;* | *Jeffrey K. Garfinkle;* | *John Lassiter;* | *Hiten H. Patel;* |
| *David Bruce Anderson;* | *Gill Geldreich;* | *Edward E. Lawler, Jr.;* | *David Glyn Porter;* |
| *William R. Armstrong, Jr.;* | *Craig M. Geno;* | *L. Jackson Lazarus;* | *Scherrie L. Prince;* |
| *Debra Devassy Babu;* | *Georgia Department of Comm. Health;* | *William J. Little, Jr.;* | *Jeff D. Rawlings;* |
| *Clay B. Baldwin;* | | *Stephen T. Masley;* | *Bradford Coleman Ray;* |
| *Jeffrey Ryan Barber;* | *Cody W. Gibson;* | *Patrick F. McAllister;* | *Mark Dannel Ray;* |
| *Charles F. F. Barbour;* | *Glenn E. Glover;* | *Ronald H. McAlpin;* | *James Eldred Renfroe;* |
| *R. Michael Bolen;* | *Douglas A. Goldstein;* | *Robert L. McArty;* | *Joanna C. Roberts;* |
| *John N. Bolus;* | *Mona P. Graham;* | *Katherine M. McCraw;* | *Sylvie D. Robinson;* |
| *David A. Bowling;* | *Patrick Gray;* | *James A. McCullough, II;* | *Kevin A. Rogers;* |
| *Victoria R. Bradshaw;* | *G. Grant Greenwood;* | *Stephanie B. McLarty;* | *Stephen W. Rosenblatt;* |
| *Marc E. Brand;* | *Whitney Groff;* | *Keely Rose McNulty;* | *Eileen N. Shaffer;* |
| *Robert Alan Byrd;* | *Sean R. Guy;* | *Watson Edward Meeks, Jr.;* | *Jim F. Spencer, Jr.;* |
| *J. Mitchell Carrington;* | *Chad J. Hammons;* | *Margaret O. Middleton;* | *Larry Spencer;* |
| *Victoria M. Chamberlain;* | *A. E. (Rusty) Harlow, Jr.;* | *Gregory A. Moffett;* | *Olivia Spencer;* |
| *Ollie Ancil Cleveland, III;* | *Derek A. Henderson;* | *Richard A. Montague, Jr.;* | *Stephen D. Stamboulieh;* |
| *Ryan K. Cochran;* | *Thomas M. Hewitt;* | *John D. Moore;* | *Christopher Steiskal, Sr.;* |
| *Michael A. Condyles;* | *Robert T. Higginbotham, Jr.;* | *Walter C. Morrison, IV;* | *Brian I. Swett;* |
| *John A. Crawford, Jr.;* | *James J. Holman;* | *James Ray Mozingo;* | *Robert A. Taggart, Jr.;* |
| *S. Carter Dobbs, Jr.;* | *Thomas Cleveland James;* | *John Leland Murphree;* | *Rue K. Toland;* |
| *Robert E. Dozier;* | *Harriett Johnson;* | *David R. Musgrove;* | *David Neal Usry;* |
| *Robert L. Duston;* | *Kristina M. Johnson;* | *Walter A. Neely;* | *Melanie T. Vardaman;* |
| *Allison L. Feldstein;* | *Joe A. Joseph;* | *J. Walter Newman, IV;* | *J. Wilbourn Vise;* |
| *Heath Alan Fite;* | *Crane Davis Kipp;* | *Jarret P. Nichols;* | *Gregory J. Walsh;* |
| *Betty Ruth Fox;* | *Sean C. Kulka;* | *Douglas C. Noble;* | *Andrew R. Wilson;* |
| *Alison Elko Franklin;* | *Darryl Scott Laddin;* | *James W. O'Mara;* | *Marcus M. Wilson; and* |
| *Stephen E. Gardner;* | *Hanna Lahr;* | *Evan N. Parrott;* | *The Office of the US Trustee* |

Service provided via First-Class Mail, postage prepaid:

Capital One, National Association
ATTN: Scott Koerner
299 Park Avenue
New York, NY  10171

**THIS** the 26th day of September, 2018.

/s/ William H. Leech
*Of Counsel*

2